**UNITED STATES DISTRICT COURT**  
**DISTRICT OF ARIZONA - Phoenix**               **MAGISTRATE JUDGE'S MINUTES**

DATE: 8/28/2014     CASE NUMBER: CR-12-01263-001-PHX-NVW

USA vs. Ahmad Ibrahim Al-Ahmad

U.S. MAGISTRATE JUDGE: JOHN A. BUTTRICK   #: 70KH

A.U.S. Attorney David A. Pimsner     INTERPRETER Paula Saba (sworn off the record)  
                                     LANGUAGE Arabic  
Attorney for Defendant Deborah Williams (AFPD)   Appointed

DEFENDANT: ☒ PRESENT  ☐ NOT PRESENT  ☒ CUSTODY

☐ DOA 05/17/2011   ☒ Initial Appearance   ☒ Appointment of counsel hearing held  
☐ Financial Afdvt taken   ☒ Defendant Sworn   ☐ Financial Afdvt sealed

☒ Defendant states true name to be Ahmed Alahmedalabdaloklah. Further proceedings ORDERED in Defendant's true name.

**STATUS HEARING RE DETENTION**

Set for:   9/8/14 at 10:00 AM  
Before:    Magistrate Judge Bade

☒ Defendant ordered temporarily detained in the custody of the United States Marshal  
☐ Defendant ordered released _____  
☐ Defendant continued detained pending trial  
  ☐ Flight risk   ☐ Danger

**ARRAIGNMENT HEARING:**

☒ Held   ☐ Con't   ☐ Reset

Set for:  
Before:

Plea of NOT guilty entered to all pending counts

PRETRIAL MOTIONS DEADLINE: 21 days

Defendant bound over to U.S.D.C. for trial on 10/7/2014 at 9:00 AM in Courtroom 504 before JUDGE NEIL V. WAKE

Other: Government's oral motion to unseal case is GRANTED. Case is ORDERED unsealed. LATER: Case number 11-mj-07234 is unsealed at the request of the Government.

Recorded by Courtsmart  
BY: Sandi Fredlund  
Deputy Clerk

IA: 3 min.  
ARR: 4 min.

10:06 a.m. - 10:14 a.m.