AO 44P (Rev 01/09) Arrest Warrant

LODGED
RECEIVED ___ COPY
SEP 0 3 2014
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

RECEIVED
US MARSHALS SERVICE
DIST-AZ PHOENIX
2011 MAY 10 PM 4:27

# UNITED STATES DISTRICT COURT
for the
District of Arizona

United States of America
v.
Ahmad Ibrahim Al-Ahmad

Defendant

Case No. 11-7234 M ~~SEALED~~
CR-12-1263-PHX

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
(name of person to be arrested) Ahmad Ibrahim Al-Ahmad,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
18:U.S.C. Section 2332(b)(2), Count 1
18:U.S.C., Section 2332(b)(2) (conspiracy to kill a United States national), all in violation of 18 U.S.C. Section 2339A., Count 2.

Honorable James F. Metcalf
Name of Issuing Officer

[signature]

United States Magistrate Judge
Title of Issuing Officer

May 10, 2011    PHOENIX, ARIZONA
Date            City/State

### Return

This warrant was received on (date) 5/10/2011, and the person was arrested on (date) 8/27/2014
at (city and state) Istanbul, Turkey.

Date: 8/28/2014

by [signature]
Arresting officer's signature

arrested by FBI
Printed name and title