AO 442 (Rev. 01/09) Arrest Warrant

FILED ___ LODGED ___
RECEIVED ___ COPY ___
SEP 03 2014
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Ahmad Ibrahim Al-Ahmad,<br>aka Ahmed Alahmedalabdaloklah<br>aka Ahmed Hassan Farhan,  aka Ahmad Ibrahim,<br>aka Ahmad Ebrahim<br>*Defendant* | )<br>)<br>)  Case No.   CR 12-1263-PHX-NVW<br>)<br>)<br>) |

RECEIVED
U S MARSHALS SERVICE
DIST-AZ PHOENIX
2014 AUG 13 PM 1:4[?]

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   AHMAD IBRAHIM AL-AHMAD                                                                                           ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☑ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

   18:2332a(a)(1) and (3) - Conspiracy to Use a Weapon of Mass Destruction
   18:844(f)(1),(2) and (n) - Conspiracy to Maliciously Damage or Destroy U.S. Government Property by Means
      of Explosive
   18:924(c)(1)(A) and (B)(ii) and 2 - Possession of a Destructive Device During a Crime of Violence, Aid and Abet
   18:924(o) - Conspiracy to Possess a Destructive Device During a Crime of Violence
   18:2332(b)(2) - Conspiracy to Commit Extraterritorial Murder of a United States National
   18:2339A - Providing Material Support to Terrorists

Date:  08/13/2014                                                                        _____ M. Pruneau (for)
                                                                                                                *Issuing officer's signature*

City and state:    Phoenix, Arizona                                              BRIAN D. KARTH, DCE/ CLERK OF COURT
                                                                                                                *Printed name and title*

---

**Return**

This warrant was received on *(date)* 8/13/2014 , and the person was arrested on *(date)* 8/27/2014
at *(city and state)* Istanbul Turkey .

Date: 8/28/2014                                                                           _____
                                                                                                                arrested by FBI
                                                                                                                *Arresting officer's signature*

                                                                                                                *Printed name and title*