IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR-12-01263-PHX-NVW |
| Plaintiff, | **PROTECTIVE ORDER** |
| vs. | |
| Ahmed Alahmedalabdaloklah, | |
| Defendant. | |

THIS MATTER COMING BEFORE THIS COURT on the unopposed motion of the United States for entry of a protective order concerning the disclosure of sensitive materials to be provided by the United States in this matter, in light of the sensitive information which may be disclosed in accordance with Fed.R.Crim.P. 16 and other discovery obligations of the parties as provided by law,

IT IS HEREBY ORDERED:

1. The government shall provide defense counsel a copy of the Sensitive Discovery Material, bate-stamped 15,863-19,256. All Sensitive Discovery Material provided by the United States will be handled in accordance with the terms of this Protective Order.

2. Defense counsel and his office staff ("defense team[1]") shall maintain these Sensitive Discovery Materials as follows:

---

[1] "Defense team" includes counsel of record, associated attorneys, investigators,

a. As with all discovery produced in this case, the defense team and defendant shall use the Sensitive Discovery Material solely and exclusively in connection with this case (including investigation, trial preparation, trial, and appeal), and not for any other purpose.

b. Copies of the Sensitive Discovery Material shall be maintained and secured by the defense counsel at the offices of the Federal Public Defender in locked rooms and on computers employing security measures, such as firewalls, to prevent unintended outside access to the evidence.  The sensitive materials shall not to be uploaded to public internet servers or public drop box websites.

c. A copy of this protective order shall be kept with the copies of the sensitive materials at all times.  No person, including the defendant, shall have access to the Sensitive Discovery Material until they have certified that they have read, understand, and agree to the terms of this Protective Order and have manifested their assent to be bound thereby, and to be subject to the jurisdiction of the Court for the purpose of proceedings relating to the performance under, compliance with, or violation of this Stipulated Protective Order, by signing a copy of the attached "Acknowledgment of Stipulated Protective Order in United States v. Ahmed Alahmedalabdaloklah,, CR-12-01263-PHX-NVW."  Once a person has executed an Acknowledgment, it shall not be necessary for that person to sign a separate Acknowledgment each time that person is subsequently given access to the discovery materials.  Each signed acknowledgment shall be maintained by counsel for defendant.

d. The only people who may view the Sensitive Discovery Material are the defense team, defendant, and any experts designated by the defense that would also be subject to this protective order and required to sign the Acknowledgment described above.

translators, secretarial, paralegal and clerical employees.

- 2 -

e. The procedures outlined above shall govern the experts' use, maintenance, disclosure, and safekeeping of the Sensitive Discovery Material; except that the experts may maintain the Sensitive Discovery Material at their offices, but only under the same secure conditions provided above.

3. Defense counsel, including any defense experts, shall keep an up to date list of all counsel, staff, experts, and agents who have accessed the Sensitive Discovery Material or had it described to them.

4. Defense counsel shall promptly notify the government and this Court if any Sensitive Discovery Materials are disclosed to anyone not designated by this Order or further order of the Court, either intentionally or unintentionally.  Defendant and any defense experts shall promptly notify defense counsel of any such disclosures.

5. No Sensitive Discovery Material may leave the geographic confines of the United States unless agreed to by the United States or authorized by the Court under terms and conditions ordered by the Court.  No sensitive materials may be faxed, copied, photographed, sketched, excerpted, or reproduced in any other fashion outside the United States.

6. Prior to publicly disclosing Sensitive Discovery Materials in this or related judicial proceedings, including motions, hearings, trial, or appeal the defendant and the United States, shall coordinate and receive authorization from the Department of Defense (DoD) for such public disclosure.  If such authorization is not provided, the parties may, under seal, seek appropriate relief through this Court.

Excludable delay under 18 U.S.C. § 3161(h) __ will commence on _____ for a total of ____ days.

Dated this ____day of _____, 2015.