JON M. SANDS
Federal Public Defender
District of Arizona
850 W. Adams, Suite 201
Phoenix, Arizona 85007
Telephone: 602-382-2700

GREGORY A. BARTOLOMEI, Bar No. 011803
JAMI JOHNSON, NY Bar No. 4823373
MOLLY A. KARLIN, Bar No.032902
ASHLEY E. SCOTT, Bar No. 033597
Assistant Federal Public Defenders
gregory_bartolomei@fd.org
jami_johnson@fd.org
molly_karlin@fd.org
ashley_scott@fd.org

*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | No. CR-12-01263-PHX-NVW |
|---|---|
| Plaintiff, | |
| vs. | **NOTICE OF FILING** |
| Ahmed Alahmedalabdaloklah, | |
| Defendant. | |

Defendant Ahmed Alahmedalabdaloklah, by and through undersigned counsel, hereby respectfully gives notice of filing of the Defendant's Motion to Reject CIPA's Application to Specific Evidence and to Compel the Government to Declassify Specific Evidence and to Reject any ex-parte Submissions by the Government Under CIPA Procedures (Exhibit A).

Respectfully submitted: May 19, 2017.

JON M. SANDS
Federal Public Defender

*s/Gregory A. Bartolomei*
GREGORY A. BARTOLOMEI
Asst. Federal Public Defender

Copy of the foregoing transmitted
by ECF for filing May 19, 2017, to:

CLERK'S OFFICE
United States District Court
Sandra Day O'Connor Courthouse
401 W. Washington
Phoenix, Arizona 85003

David Pimsner
Melissa Karlen
Joseph Kaster
William Solomon
Assistant U.S. Attorneys
Two Renaissance Square
40 North Central Avenue, Suite 1200
Phoenix, Arizona  85004

Copy mailed to Defendant:

Mr. Ahmed Alahmedalabdaloklah
USM #30021-408
CAFCC-WEST
PO Box 6300
Florence, Arizona 85132

*s/G. Bartolomei / ny*
G. Bartolomei / ny

2