# EXHIBIT  A

JON M. SANDS
Federal Public Defender
District of Arizona
850 W. Adams, Suite 201
Phoenix, Arizona  85007
Telephone: 602-382-2700

GREGORY A. BARTOLOMEI, Bar No. 011803
JAMI JOHNSON, NY Bar No. 4823373
MOLLY A. KARLIN, Bar No.032902
ASHLEY E. SCOTT, Bar No. 033597
Assistant Federal Public Defenders
gregory_bartolemei@fd.org
jami_johnson@fd.org
molly_karlin@fd.org
ashley_scott@fd.org

*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR-12-01263-PHX-NVW |
|---|---|
| Plaintiff, | **DEFENDANT'S MOTION TO REJECT CIPA'S APPLICATION TO SPECIFIC EVIDENCE** |
| vs. | **and** |
| | **TO COMPEL THE GOVERNMENT TO DECLASSIFY SPECIFIC EVIDENCE** |
| Ahmed Alahmedalabdaloklah, | **and** |
| Defendant. | **TO REJECT ANY EX-PARTE SUBMISSIONS BY THE GOVERNMENT UNDER CIPA PROCEDURES** |
| | **(Filed In Camera and *Under Seal* with the Classified Information Security Officer)** |
| | Assigned to the Hon. Neil V. Wake |