# EXHIBIT  A

JON M. SANDS
Federal Public Defender
District of Arizona
850 W. Adams, Suite 201
Phoenix, Arizona  85007
Telephone: 602-382-2700

GREGORY A. BARTOLOMEI, Bar No. 011803
JAMI JOHNSON, NY Bar No. 4823373
MOLLY A. KARLIN, Bar No.032902
ASHLEY E. SCOTT, Bar No. 033597
Assistant Federal Public Defenders
gregory_bartolemei@fd.org
jami_johnson@fd.org
molly_karlin@fd.org
ashley_scott@fd.org

*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| United States of America,<br><br>                    Plaintiff,<br><br>        vs.<br><br>Ahmed Alahmedalabdaloklah,<br><br>                    Defendant. | **CR-12-01263-PHX-NVW**<br><br>**NOTICE OF DEFENDANT'S INTENTION TO DISCLOSE CLASSIFIED EVIDENCE AT TRIAL AND AT PRE-TRIAL PROCEEDINGS**<br><br>**(Filed In Camera and *Under Seal* with the Classified Information Security Officer)**<br><br>Assigned to the Hon. Neil V. Wake |