IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | CR-12-1263-PHX-NVW |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| Ahmed Alahmedalabdaloklah, | |
| Defendant. | |

Upon consideration of Defendant's Motion to Dismiss Superseding Indictment for Lack of Constitutional Jurisdiction (Doc. ___), and finding good cause shown,

**IT IS HEREBY ORDERED** granting the Motion to Dismiss Superseding Indictment for Lack of Constitutional Jurisdiction (Doc. ___), with prejudice.

The Court finds excludable delay under 18 U.S.C. § 3161(h)(1)(D) from _____to _____ .

Dated this ____ day of _____, 2017.

_____
Neil V. Wake
Senior United States District Judge