# INDEX OF EXHIBITS

# MOTION TO SUPPRESS E-MAIL CONTENT
# AND DERIVATIVE EVIDENCE

<u>United States v. Ahmed Alahmedalabdaloklah</u>

No. CR-12-01263-PHX-NVW

| Exhibit No. | Description |
|---|---|
| 1 | Application of the United States For an Order Pursuant to 18 U.S.C. § 2703(d) [*Yahoo*, 12/30/2009] |
| 2 | Application of the United States For an Order Pursuant to 18 U.S.C. § 2703(d) [*Yahoo*, 01/29/2010] |
| 3 | Application of the United States For an Order Pursuant to 18 U.S.C. § 2703(d) [*Hotmail*, 01/29/2010] |
| 4 | Application of the United States For an Order Pursuant to 18 U.S.C. § 2703(d) [*Yahoo*, 04/19/2010] |
| 5 | Application of the United States For an Order Pursuant to 18 U.S.C. § 2703(d) [*Yahoo*, 05/03/2010] |
| 6 | Application of the United States For an Order Pursuant to 18 U.S.C. § 2703(d) [*Google*, 06/28/2010] |
| 7 | Application of the United States For an Order Pursuant to 18 U.S.C. § 2703(d) [*Yahoo*, 06/28/2010] |
| 8 | Application of the United States For an Order Pursuant to 18 U.S.C. § 2703(d) [*Hotmail-Live*, 06/28/2010] |
| 9 | Application of the United States For an Order Pursuant to 18 U.S.C. § 2703(d) [*Faccebook*, 12/16/2010] |
| 10 | Application of the United States For an Order Pursuant to 18 U.S.C. § 2703(d) [*Google*, 12/21/2010] |

| Exhibit No. | Description |
|---|---|
| 11 | Application for a Search Warrant [*Yahoo*, 09/09/2010] |
| 12 | Application for a Search Warrant [*Google*, 06/09/2011] |
| 13 | § 2703(d) Order [*Yahoo*, 12/31/2009] |
| 14 | § 2703(d) Order [*Yahoo*, 02/04/2010] |
| 15 | § 2703(d) Order [*Hotmail*, 02/04/2010] |
| 16 | § 2703(d) Order [*Yahoo*, 04/21/2010] |
| 17 | § 2703(d) Order [*Yahoo*, 05/03/2010] |
| 18 | § 2703(d) Order [*Google*, 06/28/2010] |
| 19 | § 2703(d) Order [*Hotmail-Live*, 06/28/2010] |
| 20 | § 2703(d) Order [*Yahoo*, 06/28/2010] |
| 21 | § 2703(d) Order [*Facebook*, 12/17/2010] |
| 22 | § 2703(d) Amended Order [*Facebook*, 01/07/2011] |
| 23 | § 2703(d) Order [*Google*, 12/22/2010] |
| 24 | Notice Extension Application & Order [*Yahoo*, 06/29/2010] |
| 25 | Notice Extension Application & Order [*Hotmail*, 06/29/2010] |
| 26 | 09/24/2014 "Notice" Letter From Government |