**EXHIBIT 14**

CERTIFIED COPY

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE APPLICATION AND CERTIFICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER PURSUANT TO 18 U.S.C. §§ 2703(d) (Yahoo) | 10-7546MB<br>**ORDER**<br>**(Filed Under Seal)** |

This matter having come before the Court pursuant to an application under Title 18, United States Code, Section 2703(b) and (c), which application requests the issuance of an order under Title 18, United States Code, Section 2703(d) directing Yahoo, an electronic communications service provider and a remote computing service to disclose certain records, other information, and the content of electronic communications, as set forth in Attachment A hereto, the Court finds that the applicant has offered specific and articulable facts showing that there are reasonable grounds to believe that the records, other information, and the content of the electronic communications sought are relevant and material to an ongoing criminal investigation.

IT APPEARING that the information sought is relevant and material to an ongoing criminal investigation, and that prior notice of this investigation, this application, or this Order to any person would seriously jeopardize the investigation;

IT IS ORDERED pursuant to Title 18, United States Code, Section 2703(d) that Yahoo will, within ten days of the date of this Order, turn over to the Federal Bureau of Investigation the records and other information set forth in Attachment A to this Order.

U.S. v. AIA 000541

IT IS FURTHER ORDERED that the application and this Order are sealed until otherwise ordered by the Court, and that Yahoo shall not disclose the existence of the investigation, the application, or this Order to the listed subscriber or to any other person, unless and until authorized to do so by the Court.

IT IS FURTHER ORDERED that the notification by the government otherwise required under 18 U.S.C. 2703(b)(1)(B) be delayed for a period of ninety days.

Dated this 3rd day of February, 2009.

HONORABLE EDWARD C. VOSS
United States Magistrate Judge

I hereby attest and certify on 2-4-10 that the foregoing document is a full, true and correct copy of the original on file in my office and in my custody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF ARIZONA

By C. Faust, Deputy

2

U.S. v. AIA 000542

# ATTACHMENT A

You are to provide the following information, if available, as data files on CD-ROM or other electronic media or by facsimile:

A. The following customer or subscriber account information for each account registered to or associated with the following email addresses: ahmed.voip@yahoo.com, john_john2008812@yahoo.com, and beverlygong@yahoo.com.cn for the time period January 1, 2005 to the date of this order:

1. name(s) and e-mail address;
2. address(es);
3. records of session times and durations;
4. length of service (including start date) and types of service utilized;
5. telephone or instrument number or other subscriber number or identity, including any temporarily assigned network address;
6. the means and source of payment for such service (including any credit card or bank account number); and
7. The Internet Protocol address used by the subscriber to register the account or otherwise initiate service.

B. User connection logs for the account(s) and time period in Part A, including:
1. connection time and date;
2. disconnect time and date;
3. method of connection to system (e.g., SLIP, PPP, Shell);
4. data transfer volume (e.g., bytes);
5. The IP address that was used when the user connected to the service.
6. connection information for other systems to which user connected, including:
   a. connection destination;
   b. connection time and date;
   c. disconnect time and date;
   d. method of connection to system (e.g., telnet, ftp, http);
   e. data transfer volume (e.g., bytes);
   f. any other relevant routing information.

7. Source or destination of any electronic mail messages sent from or received by the account, and the date, time, and length of the message; and
8. Any address to which electronic mail was or is to be forwarded from the account or e-mail address.

C. The content of electronic communications (not in electronic storage) that were placed or stored in Yahoo's computer systems in directories or files owned or controlled by the account identified in Part A above, from January 1, 2005 to July 31, 2009.