# EXHIBIT 21

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE APPLICATION AND CERTIFICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER PURSUANT TO 18 U.S.C. §§ 2703(d) (Facebook) | 10-642MB<br><br>**ORDER**<br><br>**(Filed Under Seal)** |

The United States has submitted an application pursuant to 18 U.S.C. § 2703(d), requesting that the Court issue an Order requiring Facebook, an electronic communications service provider and/or a remote computing service located in Palo Alto, California, to disclose the records and other information described in Attachment A to this Order.

The Court finds that the United States has offered specific and articulable facts showing that there are reasonable grounds to believe that the records or other information sought, which include the contents of communications and other stored files, are relevant and material to an ongoing criminal investigation.

The Court also finds that there is reason to believe that notifying any other person, including the subscribers of the account(s) listed in Attachment A, of the existence of the application of the United States, or the existence of this Order, will seriously jeopardize the ongoing investigation.

IT IS THEREFORE ORDERED, pursuant to 18 U.S.C. § 2703(d), that Facebook shall, within ten days of the date of this Order, disclose to the United States the records and other information described in Attachment A to this Order.

IT IS FURTHER ORDERED that Facebook shall not disclose the existence of the application of the United States, or the existence of this Order, to the subscribers of the account(s) listed in Attachment A, or to any other person, unless and until authorized to do so by the Court.

IT IS FURTHER ORDERED that any notifications by the government that may be required under 18 U.S.C. § 2703(b)(1)(B) be delayed for a period of ninety days.

IT IS FURTHER ORDERED that the application and this Order are sealed until otherwise ordered by the Court.

Dated this 17 day of December, 2010.

*Michelle Burns*
HONORABLE MICHELLE H. BURNS
United States Magistrate Judge

A TRUE COPY
Certified this 17 day of December 2010
MICHELLE H. BURNS
U.S. Magistrate Judge
By: _____
Deputy Clerk

2

U.S. v AIA 007353

ATTACHMENT A

I. The Accounts

The Order applies to certain records and information associated with the following:

(1) Facebook identification number 1795068006 registered to email account beverlygong@yahoo.com.cn; and (2) Facebook identification number 0129841889 registered to email account ahmed.voip@yahoo.com

II. Records and Other Information to Be Disclosed

Facebook is required to disclose the following records and other information, if available, to the United States for each account or identifier listed in Part I of this Attachment ("Account"), from the Account inception to the present:

A. The following information about the customers or subscribers of the Account:
1. Names (including subscriber names, user names, and screen names);
2. Addresses (including mailing addresses, residential addresses, business addresses, and e-mail addresses);
3. Local and long distance telephone connection records;
4. Records of session times and durations;
5. Length of service (including start date) and types of service utilized;
6. Telephone or instrument numbers (including MAC addresses);
7. Other subscriber numbers or identities (including temporarily assigned network addresses and registration Internet Protocol ("IP") addresses); and
8. Means and source of payment for such service (including any credit card or bank account number) and billing records.

B. All records and other information (not including the contents of communications) relating to the Account, including:
1. Records of user activity for each connection made to or from the Account, including log files; messaging logs; the date, time, length, and method of connections; data transfer volume; user names; and source and destination Internet Protocol addresses; and

U.S. v AIA 007354

2.     Information about each communication sent or received by the Account, including the date and time of the communication, the method of communication, and the source and destination of the communication (such as source and destination email addresses, IP addresses, and telephone numbers).

C.     The contents of the following wire and electronic communications:

1.     Wire and electronic communications associated with the Account that have been in electronic storage in Facebook's electronic communications system for more than 180 days.

U.S. v AIA 007355