**EXHIBIT 24**

| | |
|---|---|
| 1 | DENNIS K. BURKE<br>United States Attorney |
| 2 | District of Arizona |
| 3 | DAVID A. PIMSNER<br>Assistant U.S. Attorney |
| 4 | Two Renaissance Square<br>40 N. Central Avenue, Suite 1200 |
| 5 | Phoenix, Arizona 85004-4408<br>Arizona State Bar No. 07480 |
| 6 | Telephone (602) 514-7500<br>david.pimsner@usdoj.gov |

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE APPLICATION AND CERTIFICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER PURSUANT TO 18 U.S.C. §§ 2703(d) (Yahoo) | 09-655 MB<br><br>**GOVERNMENT'S APPLICATION FOR EXTENSION OF TIME TO PROVIDE NOTICE**<br>(Second Request)<br>**(FILED UNDER SEAL)** |

On December 31, 2009, an order was signed by U.S. Magistrate Judge Michelle H. Burns requiring Yahoo, an electronic communications service provider and a remote computing service located at located at 701 First Avenue, Sunnyvale, California 94089, to provide records, other information, and the contents of electronic communications pertaining to the account designated ahmsah1977@yahoo.com. Pursuant to the delayed notice provisions of 18 U.S.C. § 2705(a), the Court granted an order delaying any notification to the subscriber or customer for a period of 90 days. On March 29, 2010, U.S. Magistrate Judge David K. Duncan granted an extension of notification until June 29, 2010.

The FBI's investigation is ongoing. Further investigation has revealed that Al-Ahmad is continuing to acquire components used in improvised explosive devices intended for use in Iraq. As a result and pursuant to 18 U.S.C. § 2705(a)(4), the government is requesting an additional delay in notification to the subscriber or customer of ahmsah1977@yahoo.com for a period of 90 days from June 29, 2010. The United States further requests that pursuant to 18

U.S. v. AIA 000592

U.S.C. § 2705(b), the Court order Yahoo not to notify any person (including the subscriber or customer to which the materials relate) of the existence of the original court or this Order for extension for such period as the Court deems appropriate. A delay is necessary because notification at this time would adversely and seriously jeopardize the ongoing investigation. Such disclosure could give the subscriber an opportunity to destroy evidence, notify confederates, or flee from prosecution.

WHEREFORE, the United States respectfully requests that the Court grant the attached Order, (1) directing that the Application and Order be sealed; (2) directing that the notification by the United States otherwise required under 18 U.S.C. § 2703(b) be delayed for ninety days from June 29, 2010; and (3) directing Yahoo not to disclose the existence or content of the Order (including the subscriber or customer to which the materials relate), except to the extent necessary to carry out the Order.

Dated this 29th day of June, 2010.

DENNIS K. BURKE
United States Attorney
District of Arizona

DAVID A. PIMSNER
Assistant U.S. Attorney

U.S. v. AIA 000593

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE APPLICATION AND CERTIFICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER PURSUANT TO 18 U.S.C. §§ 2703(d) (Yahoo) | 09-655 MB<br><br>ORDER<br><br>(Filed Under Seal)<br>(Second Request) |

This matter having come before the Court pursuant to an application for an extension of notification.

IT APPEARING that providing notice of this investigation, the original Application of the United States for an Order Pursuant to 18 U.S.C.§ 2703(d), the original Order, the Government's Application for Extension of Time to Provide Notice, or this Order to any person would seriously jeopardize the investigation;

IT IS ORDERED that the Government's Application for Extension of Time to Provide Notice and this Order are sealed until otherwise ordered by the Court, and that Yahoo shall not disclose the existence of the investigation, original Application of the United States for an Order Pursuant to 18 U.S.C.§ 2703(d), the original Order, the Government's Application for Extension of Time to Provide Notice, or this Order to the listed subscriber of ahmsah1977@yahoo.com, or to any other person, unless and until authorized to do so by the Court.

//
//
//

Certified Copy

1    IT IS FURTHER ORDERED that the notification by the government otherwise required
2 under 18 U.S.C. 2703(b)(1)(B) be delayed for a period of ninety days from June 29, 2010.
3    Dated this ____1____ day of July, 2010.

*signature*
HONORABLE MICHELLE H. BURNS
United States Magistrate Judge

A TRUE COPY
Certified this __1__ day of July, 2010
MICHELLE H. BURNS
U.S. Magistrate Judge
By: _____*signature*_____
            Deputy Clerk

2

U.S. v. AIA 000591