# EXHIBIT 25

DENNIS K. BURKE
United States Attorney
District of Arizona

DAVID A. PIMSNER
Assistant U.S. Attorney
Two Renaissance Square
40 N. Central Avenue, Suite 1200
Phoenix, Arizona 85004-4408
Arizona State Bar No. 07480
Telephone (602) 514-7500
david.pimsner@usdoj.gov

AGENT

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE APPLICATION AND CERTIFICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER PURSUANT TO 18 U.S.C. §§ 2703(d) (Hotmail) | **10-7547 MB**<br><br>**GOVERNMENT'S APPLICATION FOR EXTENSION OF TIME TO PROVIDE NOTICE**<br><br>**(FILED UNDER SEAL)** |

On February 3, 2010, an order was signed by U.S. Magistrate Judge Edward C. Voss requiring Microsoft Network Hotmail (Hotmail), an Internet service provider, which functions as an electronic communications service provider and/or a remote computing service, located at 1065 La Avenida SVC4/1120; Mountain View, CA 94043, to provide records, other information, and the contents of electronic communications pertaining to the account designated ahmed.voip@hotmail.com. Pursuant to the delayed notice provisions of 18 U.S.C. § 2705(a), the Court granted an order delaying any notification to the subscriber or customer for a period of 90 days. The 90 day delay in notification expired on May 4, 2010. Due to a filing error by undersigned counsel, the original order was attached to the application and order in 10-7546 MB. As a result, when undersigned counsel applied for an extension in 10-7546 MB, he unintentionally and inadvertently overlooked the order in 10-7547 MB. The extension in 10-7546 MB was granted by U.S. Magistrate Judge Michelle H. Burns on May 3, 2010.

Undersigned counsel is requesting delayed notification in 10-7547 MB for the reason that the FBI's investigation is ongoing. Further investigation has revealed that Al-Ahmad is continuing to acquire components used in improvised explosive devices intended for use in Iraq. The FBI is working with the Department of Defense as well as other agencies in this continuing investigation due to the risk posed to United States military in Iraq. As a result and pursuant to 18 U.S.C. § 2705(a)(4), the government is requesting an additional delay in notification to the subscriber or customer of ahmed.voip@hotmail.com for a period of 90 days from May 4, 2010. The United States further requests that pursuant to 18 U.S.C. § 2705(b), the Court order Hotmail not to notify any person (including the subscriber or customer to which the materials relate) of the existence of the original court or this Order for extension for such period as the Court deems appropriate. A delay is necessary because notification at this time would adversely and seriously jeopardize the ongoing investigation. Such disclosure could give the subscriber an opportunity to destroy evidence, notify confederates, or flee from prosecution.

WHEREFORE, the United States respectfully requests that the Court grant the attached Order, (1) directing that the Application and Order be sealed; (2) directing that the notification by the United States otherwise required under 18 U.S.C. § 2703(b) be delayed for ninety days from May 4, 2010; and (3) directing Hotmail not to disclose the existence or content of the Order (including the subscriber or customer to which the materials relate), except to the extent necessary to carry out the Order.

Dated this 29th day of June, 2010.

DENNIS K. BURKE
United States Attorney
District of Arizona

DAVID A. PIMSNER
Assistant U.S. Attorney

Certified C

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE APPLICATION AND CERTIFICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER PURSUANT TO 18 U.S.C. §§ 2703(d) (Hotmail) | **10-7547 MB**<br><br>**ORDER**<br><br>**(Filed Under Seal)** |

This matter having come before the Court pursuant to an application for an extension of notification.

IT APPEARING that providing notice of this investigation, the original Application of the United States for an Order Pursuant to 18 U.S.C.§ 2703(d), the original Order, the Government's Application for Extension of Time to Provide Notice, or this Order to any person would seriously jeopardize the investigation;

IT IS ORDERED that the Government's Application for Extension of Time to Provide Notice and this Order are sealed until otherwise ordered by the Court, and that Hotmail shall not disclose the existence of the investigation, original Application of the United States for an Order Pursuant to 18 U.S.C.§ 2703(d), the original Order, the Government's Application for Extension of Time to Provide Notice, or this Order to the listed subscriber of ahmed.voip@hotmail.com, or to any other person, unless and until authorized to do so by the Court.

//

//

//

IT IS FURTHER ORDERED that the notification by the government otherwise required under 18 U.S.C. 2703(b)(1)(B) be delayed for a period of ninety days from May 4, 2010.

Dated this 29 day of June, 2010.

HONORABLE MICHELLE H. BURNS
United States Magistrate Judge

**A TRUE COPY**
**Certified this** 29 **day of** June, 2010
**MICHELLE H. BURNS**
**U.S. Magistrate Judge**
**By:** ____________
**Deputy Clerk**