# EXHIBIT 26





**U.S. Department of Justice**

United States Attorney
District of Arizona

| | |
|---|---|
| Two Renaissance Square | Main:   (602) 514-7500 |
| 40 N. Central Ave., Suite 1200 | Main Fax:  (602) 514-7693 |
| Phoenix, AZ  85004-4408 | |

September 24, 2014

Deborah L. Williams
Federal Public Defenders Office
850 W Adams St, Ste 201
Phoenix, AZ 85007

    RE:    *United States v. Ahmed Alahmedalabdaloklah*
             CR-12-01263-PHX-NVW

Dear Ms. Williams:

      Pursuant to statute, notice is hereby given that the government obtained and reviewed content of electronic communications that the subscriber had left in electronic storage for more than 180 days in the following email accounts:

> ahmsah1977@yahoo.com;
> haneen.jabar@gmail.com;
> sozan_sozan1981@yahoo.com;
> ahmed.voip@yahoo.com;
> john_john2008812@yahoo.com;
> samee_samee1981@yahoo.com; and
> ahmed.voip@hotmail.com.

      The disk containing the content was disclosed to you on September 18, 2014 and was labeled AIA-9.  Please call me if you have any questions.  Thank you.

                                  Sincerely,

                                  JOHN S. LEONARDO
                                  United States Attorney
                                  District of Arizona

                                  DAVID A. PIMSNER
                                  Assistant United States Attorney