**EXHIBIT 12**

Filter Review0000523



No. CONS 11-01215

The Embassy of the United States of America presents its compliments to the Ministry of Foreign Affairs of the Republic of Turkey and has the honor to request the extradition of Ahmad Ibrahim AL-Ahmad (hereinafter "AL-AHMAD"), pursuant to the Treaty on Extradition and Mutual Assistance in Criminal Matters between the United States and Turkey, signed on June 7, 1979.

AL-Ahmad was provisionally arrested on May 18, 2011, and is believed to be in the custody of Turkish authorities in the Bakirkoy District, Istanbul, Turkey. AL-Ahmad is wanted to stand trial in the United States District Court for the District of Arizona on terrorism-related charges. AL-Ahmad is the subject of Criminal Complaint No. 11-7234M, filed on May 10, 2011, in the United States District Court for the District of Arizona, charging him with one count of Conspiracy to Commit Extraterritorial Murder of a United States National, in violation of Title 18, United States Code, Section 2332(b)(2), with a maximum penalty of life imprisonment and $250,000 fine, or both; and one count of Providing Material Support to

Filter Review00000524

Terrorists, in violation of Title 18, United States Code, Section 2339A, with a maximum penalty of life imprisonment and $250,000 fine, or both. On May 10, 2011, a warrant for the arrest of AL-Ahmad was issued by United States Magistrate Judge James F. Metcalf of the aforementioned court.

The applicable U.S. statute of limitations does not bar prosecution of AL-Ahmad for the offenses for which extradition is sought.

The underlying facts of the case indicate that, beginning in or about 2005, and continuing to in or about July 2010, AL-Ahmad supplied terrorist organizations with the materials needed to construct Improvised Explosive Devices (IEDs). In addition, AL-Ahmad provided instruction on the construction and use of IEDs to violent terrorists within the country of Iraq. Specifically, AL-Ahmad had supplied lED components and instructions on their construction and use to the 1920 Revolution Brigades (Brigades). The Brigades are an Iraqi insurgent group which has participated in violent terrorist attacks against Coalition forces and the Iraqi government. The Brigades have claimed responsibility for over 230 lED attacks, 156

shelling attacks, 82 sniper and small arms attacks, and various other attacks against Coalition forces in Iraq, which caused the deaths of U.S. military personnel. A more detailed summary of the facts and the evidence in the case is provided in the extradition documents.

The offenses with which the fugitive is charged are covered under Article 2 and Appendix Items 1, 31 and 33 of the Treaty.

In accordance with Article 15 of the Treaty, the Embassy requests the seizure and eventual surrender of all articles acquired as a result of the offenses or which may be required as evidence relating to the offenses charged for surrender with the fugitive if extradition to the United States is granted.

AL-Ahmad is a citizen of Syria and Iraq, born on October 1,1977, in Deir Azzor, Syria. AL-Ahmad was born to mother Subhieh Alhammoud and father Ebrahim Alabdaloklah. He has a Syrian passport numbered 004365665 in the name of Ahmed Alahmedalabdaloklah, and an Iraqi passport numbered G2143019 in the name of Ahmed Hassan Farhan. Additional information concerning his other aliases is included in

Filter Review000050526

the extradition documents. Documents in support of this request, including a photograph and fingerprints of AL-AHMAD, are included with this request.

The Embassy of the United States of America avails itself of this opportunity to renew to the Ministry of Foreign Affairs the assurances of its highest consideration.

    Embassy of the United States of America
        Ankara, Turkey, June 21, 2011

Enclosures: As stated.