☐ FILED ☐ LODGED
☐ RECEIVED ☐ COPY

MAY 3 0 2017

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

**REDACTED FOR PUBLIC DISCLOSURE**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>vs.<br><br>Ahmed Alahmedalabdaloklah, aka<br><br>Ahmad Ibrahim Al-Ahmad, aka<br><br>Ahmed Hassan Farhan, aka<br><br>Ahmad Ibrahim, aka<br><br>Ahmad Ebrahim, and aka<br><br>Ahmed Hassan Farhan,<br><br>    Defendant. | CR-12-001263-PHX-NVW<br><br>**SECOND SUPERSEDING INDICTMENT**<br><br>VIO:  18 U.S.C.§§ 2332a(a)(1) and (3)<br>(Conspiracy to Use a Weapon of Mass Destruction)<br>Count 1<br><br>18 U.S.C. §§ 844(f)(1), (2) and (n)<br>(Conspiracy to Maliciously Damage or Destroy U.S. Government Property by Means of an Explosive)<br>Count 2<br><br>18 U.S.C. §§ 924(c)(1)(A) and (B)(ii) and 2<br>(Possession of a Destructive Device In Furtherance of a Crime of Violence and Aiding and Abetting)<br>Count 3<br><br>18 U.S.C. § 924(o)<br>(Conspiracy to Possess a Destructive Device In Furtherance of a Crime of Violence)<br>Count 4<br><br>18 U.S.C. § 2332(b)(2)<br>(Conspiracy to Commit Extraterritorial Murder of a United States National)<br>Count 5 |

| | 18 U.S.C. § 2339A |
| --- | --- |
| | (Providing Material Support to Terrorists) |
| | Count 6 |
| | |
| | 18 U.S.C. § 981(a)(1)(C) and |
| | 28 U.S.C. §2461(c) |
| | Forfeiture Allegation |

THE GRAND JURY CHARGES:

At all times material to this indictment, within the District of Arizona and elsewhere:

## COUNT 1

(Conspiracy to Use a Weapon of Mass Destruction)

1.  Certain component parts used in Improvised Explosive Devices (IED's), employed against U.S military personnel and U.S. military vehicles in Iraq, and used in furtherance of the charges contained in this Indictment were originally manufactured by a company headquartered in the United States, in the District of Arizona, and traveled in interstate or foreign commerce. Therefore, pursuant to Title 18, United States Code, Section 3237 jurisdiction is within the venue of the United States District Court for the District of Arizona. Additionally, the acts referred to in this Indictment were committed in Iraq and elsewhere outside of the United States, but within the extraterritorial jurisdiction of the United States and, therefore, pursuant to Title 18, United States Code, Section 3238, within the venue of the United States District Court for the District of Arizona.

2.  The defendant in this case is AHMED ALAHMEDALABDALOKLAH, a Syrian national, also known as, Ahmad Ibrahim Al-Ahmad, Ahmed Hassan Farhan, Ahmad Ibrahim, Ahmad Ebrahim, and Ahmed Hassan Farhan, hereinafter AHMED ALAHMEDALABDALOKLAH.

3. Beginning in or about January, 2005 and continuing to on or about July, 2010, in Iraq and elsewhere outside of the United States, defendant, AHMED ALAHMEDALABDALOKLAH, did knowingly combine, conspire, confederate, and agree together and with other persons, both known and unknown to the grand jury, without lawful authority, to use a weapon of mass destruction, that is, a destructive device, against

- 2 -

nationals of the United States, while such nationals were outside the United States and against property that was owned, leased and used by the United States outside the United States.

4. In furtherance of the aforesaid conspiracy and to accomplish the objects thereof, defendant, AHMED ALAHMEDALABDALOKLAH, together with his co-conspirators, both known and unknown to the Grand Jury, committed, among others, the following overt acts:

    a. Beginning in or about January, 2005 and continuing to on or about July, 2010, AHMED ALAHMEDALABDALOKLAH procured component parts for wireless initiation systems to be used in radio-controlled improvised explosive devices (IEDs) including from, but not limited to, a company headquartered in the District of Arizona.

    b. In and before August 2006, defendant, AHMED ALAHMEDALABDALOKLAH utilized a house located at 50 Omar Street, Baghdad, Iraq, to manufacture parts for wireless initiation systems to be used in radio-controlled IEDs which were used to target U.S. military personnel and U.S. military vehicles in Iraq.

    c. In and before August 2006, AHMED ALAHMEDALABDALOKLAH designed Dual Tone Multi Frequency (DTMF) decoder custom circuit boards which were utilized in radio-controlled IEDs that were used to target U.S. military personnel and U.S. military vehicles in Iraq.

    d. Beginning in or about January, 2005 and continuing to on or about July, 2010, AHMED ALAHMEDALABDALOKLAH communicated with coconspirators, both known and unknown, regarding attacks against Americans in Iraq.

    e. Beginning in or about January, 2005 and continuing to on or about July, 2010, defendant, AHMED ALAHMEDALABDALOKLAH, supplied component parts to members and associates of the 1920 Revolution Brigades, an Iraqi insurgent group. Those parts were then used in improvised explosive devices (IEDs) that were employed against United States military personnel and U.S. military vehicles in Iraq. Unknown

coconspirators of defendant, AHMED ALAHMEDALABDALOKLAH, then employed the component parts against U.S. military personnel including, but not limited to the following:

    i. On April 6, 2007, in the outskirts of southern Baghdad, near Baghdad International Airport, three U.S. soldiers were killed in action by a cellular phone initiated IED. The IED initiator used in this incident included a DTMF custom circuit that matched three circuits recovered from 50 Omar Street, Baghdad, Iraq in August 2006.

    ii. On May 14, 2007, in northern Baghdad, approximately one-half mile from the 50 Omar Street, Baghdad, Iraq, one U.S. soldier was killed in action and four wounded in action by a cellular phone initiated IED. The IED electronic switch used in this incident included a DTMF custom circuit that was very similar to three custom circuits recovered from 50 Omar Street, Baghdad, Iraq in August 2006

All in violation of Title 18, United States Code, Section 2332a(a)(1) and (3).

## COUNT TWO

(Conspiracy to Maliciously Damage or

Destroy U.S. Government Property by Means of an Explosive)

1. Paragraphs 1 through 4 of Count One of this Indictment are hereby incorporated by reference as if fully re-alleged and restated herein.

2. Beginning in or about January, 2005 and continuing to on or about July, 2010, in Iraq and elsewhere outside of the United States, defendant, AHMED ALAHMEDALABDALOKLAH, did knowingly combine, conspire, confederate, and agree together and with other persons, both known and unknown to the grand jury, to maliciously damage, destroy, attempt to damage, attempt to destroy, vehicles, used by the United States Military in Iraq, in whole and in part owned, or possessed by the United States Department of Defense, a department of the United States) by means of explosives.

All in violation of Title 18, United States Code, Section 844(f)(1), (2) and (n).

## COUNT THREE

(Possession of a Destructive Device In Furtherance of a Crime of Violence and Aiding and Abetting)

1. Paragraphs 1 through 4 of Count One of this Indictment are hereby incorporated by reference as if fully re-alleged and restated herein.

2. Beginning in or about January 2005 and continuing to on or about July 2010, in Iraq and elsewhere outside of the United States, defendant, AHMED ALAHMEDALABDALOKLAH, aided and abetted other persons, both known and unknown to the grand jury, to knowingly possess a firearm, that is, a destructive device, in furtherance of a crime of violence for which they may be prosecuted in a court of the United States, that is, Conspiracy to Use a Weapon of Mass Destruction, as set forth in Count One of this Indictment and Conspiracy to Maliciously Damage or Destroy U.S. Government Property by Means of an Explosive, as set forth in Count Two of this Indictment.

All in violation of Title 18, United States Code, Sections 924(c)(1)(A) and (B)(ii) and 2.

## COUNT FOUR

(Conspiracy to Possess a Destructive Device in Furtherance of a Crime of Violence)

1. Paragraphs 1 through 4 of Count One of this Indictment are hereby incorporated by reference as if fully re-alleged and restated herein.

2. Beginning in or about January 2005 and continuing to on or about July 2010, in Iraq and elsewhere outside of the United States, defendant, AHMED ALAHMEDALABDALOKLAH, did knowingly combine, conspire, confederate, and agree together and with other persons, both known and unknown to the grand jury to commit an offense under Title 18, United States Code, Section 924(c), that is, to possess a firearm, that is, a destructive device, in furtherance of a crime of violence for which he may be prosecuted in a court of the United States, that is, Conspiracy to Use a Weapon of Mass Destruction, as set forth in Count One of this Indictment and Conspiracy to Maliciously Damage or Destroy U.S. Government Property by Means of an Explosive, as set forth in

Count Two of this Indictment.

All in violation of Title 18, United States Code, Section 924(o).

## COUNT FIVE

(Conspiracy to Commit Extraterritorial Murder of a United States National)

1. Paragraphs 1 through 4 of Count One of this Indictment are hereby incorporated by reference as if fully re-alleged and restated herein.

2. Beginning in or about January, 2005 and continuing to on or about July, 2010, in Iraq and elsewhere outside of the United States, defendant, AHMED ALAHMEDALABDALOKLAH, and others both known and unknown, did knowingly combine, conspire, confederate and agree together and with other persons to kill a national of the United States while such national was outside the United States, with Malice aforethought.

All in violation of Title 18, United States Code, Section 2332(b)(2).

## COUNT SIX

(Providing Material Support to Terrorists)

1. Paragraphs 1 through 4 of Count One of this Indictment are hereby incorporated by reference as if fully re-alleged and restated herein.

2. Beginning in or about January, 2005 and continuing to on or about July, 2010, in Iraq and elsewhere outside of the United States, defendant, AHMED ALAHMEDALABDALOKLAH, provided material support or resources knowing and intending that the support was to be used in preparation for and in carrying out a violation of Title 18, United States Code, Section 2332(b)(2) (conspiracy to kill a United States national).

All in violation of Title 18, United States Code, Section 2339A.

## FORFEITURE ALLEGATION

1. The allegations contained in Counts One through Six of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to

Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the offenses set forth in this Indictment, defendant, AHMED ALAHMEDALABDALOKLAH, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense.

3. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;
    b. has been transferred or sold to, or deposited with, a third party;
    c. has been placed beyond the jurisdiction of the court;
    d. has been substantially diminished in value; or
    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

All pursuant to Title 18 United States Code, Section 981(a)(1)(C) and Title 28 United States Code, Section 2461(c).

A TRUE BILL

/s/

FOREPERSON OF THE GRAND JURY
Date: MAY 30, 17

ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona

/s/

DAVID A. PIMSNER
Assistant U.S. Attorney