IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Ahmed Alahmedalabdaloklah,<br><br>　　　　　Defendant. | No. CR-12-01263-PHX-NVW<br><br>**ORDER** |

　　　　A Revised Case Management Schedule (Doc. 182) for this case was ordered on May 9, 2017, and modified with respect to certain motions on May 15, 2017.  (Doc. 187.)  Before the Court are eleven pending motions on which oral argument will be heard on June 15 and 16, 2017.  Before the hearing, it is necessary that the parties indicate whether and to what extent the date on which each pending motion is decided might affect compliance with the Revised Case Management Schedule.

　　　　IT IS THEREFORE ORDERED that by June 14, 2017, at 5:00 p.m. each party file a statement identifying for each pending motion the latest date on which the motion can be decided without affecting the Revised Case Management Schedule.

　　　　Dated this 12th day of June, 2017.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Honorable Neil V. Wake
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Senior United States District Judge