IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>             Plaintiff,<br><br>v.<br><br>Ahmed Alahmedalabdaloklah,<br><br>             Defendant. | No. CR-12-01263-PHX-NVW<br><br>**ORDER** |

On March 10, 2017, the Court issued an Order Granting Leave to Take Foreign Depositions and to Use Deposition Testimony at Trial (Doc. 164).  The Order includes all of the provisions requested by the parties in their jointly proposed order. (Doc. 161-1.) It does not grant the use of Court video technology, Court facilities, or transporting Defendant to the courthouse for the foreign depositions.  Upon request, the Court will determine what arrangements can and should be made.  However, any use of Court facilities and staff will be limited to the Court's normal business hours.

IT IS THEREFORE ORDERED that the parties may file a request for Court services related to the foreign depositions to be provided during the Court's normal business hours.

Dated this 23rd day of June, 2017.

_____
Honorable Neil V. Wake
Senior United States District Judge