JON M. SANDS
Federal Public Defender
District of Arizona
850 W. Adams, Suite 201
Phoenix, Arizona 85007
Telephone: 602-382-2700

GREGORY A. BARTOLOMEI, Bar No. 011803
JAMI JOHNSON, NY Bar No. 4823373
MOLLY A. KARLIN, Bar No. 032902
ASHLEY E. SCOTT, Bar No. 033597
Assistant Federal Public Defenders
gregory_bartolomei@fd.org
jami_johnson@fd.org
molly_karlin@fd.org
ashley_scott@fd.org

*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Ahmed Alahmedalabdaloklah,<br><br>　　　　Defendant. | CR-12-01263-PHX-NVW<br><br>**DEFENDANT'S NOTICE REGARDING EXPERT WITNESS REPORTS**<br><br>(No Oral Argument Requested) |

Defendant Ahmed Alahmedalabdaloklah, by and through undersigned counsel, hereby provides notice in response to the Court's Minute Entry dated July 5, 2017 [ECF No. 325], that the Defendant's Experts listed in our previously filed Defense Notice of Experts (Dkt. #110) did not prepare any written reports. Thus, the Defendant has no affirmative expert reports to disclose.

However, the Defendant is preparing objections to the government's expert disclosures of June 23, 2017, and these objections may include rebuttal expert reports. Copies of any rebuttal reports will be provided in paper copy to the Court contemporaneous with the disclosure of those reports to the government.

     Defendant notes that it received only one expert report from the government on June 23, 2017, a report by proposed expert Evan Kohlmann, and further notes that that report was provided without production of the source materials on which Mr. Kohlmann appears to have relied in preparing his opinion, the majority of which do not appear to be in the public domain.

     It is not expected that excludable delay under *18 U.S.C. § 3161(h)(1)(D)* will occur as a result of this notice.

     Respectfully submitted: July 6, 2017.

                             JON M. SANDS
                             Federal Public Defender

                             *s/Gregory A. Bartolomei*
                             GREGORY A. BARTOLOMEI
                             Asst. Federal Public Defender

Copy of the foregoing transmitted by ECF for filing July 6, 2017, to:

Clerk's Office
United States District Court
Sandra Day O'Connor Courthouse
401 West Washington Street
Phoenix, Arizona 85003

David Pimsner
Melissa Karlen
Joseph Kaster
William Solomon
Assistant U.S. Attorneys
Two Renaissance Square
40 North Central Avenue, Suite 1200
Phoenix, Arizona  85004

Copy mailed to Defendant:
Mr. Ahmed Alahmedalabdaloklah
USM #30021-408
CAFCC
PO Box 6300
Florence, Arizona 85132

*s/G. Bartolomei / ny*
G. Bartolomei / ny