ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona
DAVID A. PIMSNER
MELISSA KARLEN
BILL C. SOLOMON
Assistant U.S. Attorneys
Arizona State Bar No. 007480
California State Bar No. 218101
Arizona State Bar No. 020012
Two Renaissance Square
40 N. Central Ave., Suite 1200
Phoenix, Arizona  85004
Telephone:  602-514-7500
David.Pimsner@usdoj.gov
Melissa.Karlen@usdoj.gov
William.Solomon@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR-12-01263-PHX-NVW |
| Plaintiff, | |
| vs. | **AMENDED SUPPLEMENT TO GOVERNMENT'S CONSOLIDATED RESPONSE TO DEFENDANT'S OBJECTIONS TO PROPOSED GOVERNMENT EXPERTS** |
| Ahmed Alahmedalabdaloklah, | |
| Defendant. | |

Pursuant to the Telephone Conference on August 18, 2017, the United States of America, by and through undersigned counsel, hereby amends the Supplement to the Government's Consolidated Response to Defendant's Objections to Proposed Government Experts (Doc. 435).  Because the government has complied with its obligations pursuant to Rule 16 of the Federal Rules of Criminal Procedure, this Court should overrule the objections to the expert testimony and permit the listed witnesses to testify.

# MEMORANDUM OF POINTS AND AUTHORITIES

## TABLE OF CONTENTS

Page

Legal Argument……………………………………………………..…………..7

    A.  The Nature of Expert Testimony……………………………………….…..7

    B.  Summaries of Expert Witness Opinions……………………………….….. 8

    B.1.  Mark Wickhman……………………………………………………..8

    B.2.  David Kilcullen………………………………………………………..9

    B.3.  Colonel Kurt J. Pinkerton…………………………………………10

    B.4.  Steve Malloy……………………………………………………….11

Opinions Regarding IED Design and Manufacturing Tools from Omar Cache………….11

    Report: Response to AIA Additions for FBI Lab, Revision 2, 12/15/2010…………..…11

    Q142, Q162 - IC Programmers (CEXC IZ/7935/06); FBI Laboratory Number: 061208606-Parts 43 and 54……………………………………………………..12

    Q17, Q211 - NRD-545 Receiver and Centrad FR 649 Frequency Counter (CEXC IZ/7935/06); FBI Laboratory Number: 061208606-Parts 68 and 102 ………..…...12

    Q18 - HP Laser Jet Printer (CEXC IZ/7935/06); FBI Laboratory Number 061208606-Part 72, Revision 1, 2/22/2011……………………………...……...12

    Q13 - Communications Receiver/ Scanlock 2000 (CEXC IZ/7935/06); FBI Laboratory Number: 061208606-Part 67, Revision 1, 3/23/2011…………………12

Opinions Regarding IED-Relevant Documents in the Omar Cache…………………...12

    Q140 - Instructions on how to use remote control to command or control signals of mobile, wireless and landline telephones for detonating explosives (CEXC IZ/7935/06); FBI Laboratory Number: 061208606 (Q140)-RFS ID Number: 2016-016, Revision 2, 05/21/2017……………………….……..……………..…...12

    Q22/Q140 - DTMF 11 decoder custom circuit trace layouts (CEXC IZ/7935/06); RFS ID Number: 2015-058, Revision 1, 05/12/2015………………………...……13

    Q112 - DTMF Decoder Custom Circuit Documents (Q112) (CEXC IZ/7935/06); 061208606-Part 23, 11/05/2010……………………………………………...……14

    Q112 - Princeton Technology Components Documents; 061208606-Part 24, 10.20.2010…………………………………………………………………………15

Opinions Regarding DTMF Encoder/Decoder Custom Circuits in the Omar Cache…….16

Q39; Q40; Q43; Q44; Q45; Q46; Q155; Q156; Q163 - DTMF 11 Custom Circuits (CEXC IZ/7935/06); Laboratory Numbers: 061208606-Parts 2, 4, 49, 50, and 55.....16

Q124 - DTMF-11 PCBs with 5 Outputs (CEXC IZ/7935/06); FBI Laboratory Number: 061208606-(7) DTMF Decoder Custom Circuits (Q124), 5/24/2017….….…17

Q157 - DTMF Encoder Circuit (CEXC IZ/7935/06); FBI Laboratory Number: 061208606-Part 51, Revision 1, 1/28/2011……………………………………..…17

Q158 - DTMF-9 Decoder Circuit (CEXC IZ/7935/06); FBI Laboratory Number: 061208606-Part 51, Revision 1, 1/28/2011……………………………………..18

Q171 - DTMF-2 Decoder Circuit (CEXC IZ/7935/06); FBI Laboratory Number: 061208606-Part 63, Revision 1, 1/17/2011……………………………………..…19

Associations to DTMF Decoder Custom Circuits from CEXC # IZ 7935/06; RFS ID Number 2011-166, Revision 1……………..………………………….……19

Opinions Regarding Radio Controlled Switches in the Omar Cache…………..…….20

Q38 - Radio Controlled Switch (CEXC IZ/7935/06)
FBI Laboratory Number: 061208606-Part 1, Revision 2, 10/19/2010………………20

Q170, Q172 - Low-Power RCIED: SZSAW YK1500-2 Transmitter and SZSAW JDQ-6B Receiver (CEXC IZ/7935/06); FBI Laboratory Number: 061208606-Part 64, Revision 1, 1/10/2011………..…………………………..…………….21

Q190 - JDQ-6A Receiver (CEXC IZ/7935/06); FBI Laboratory Number: 061208606-Part 84, Revision 1, 03/23/2011………..………………………………....22

Q41 - Custom Circuit (CEXC IZ/7935/06); FBI Laboratory Number: 061208606-Part 4, Revision 2, 10/19/2010……………………………………………23

Q109 - IED: Custom Switch Brd (CEXC IZ/7935/06); FBI Laboratory Number: 061208606-Part 40, Revision 1, 1/6/2011……………………………………....…….23

Q42 - Toy Car Receiver (CEXC IZ/7935/06); FBI Laboratory Number: 061208606-Part 5, Revision 2, 10/19/2010……………………..……………………24

Q58 - RC Toy Transmitter (CEXC IZ/7935/06); FBI Laboratory Number: 061208606-Part 6, Revision 2, 10/19/2010…………………………..………………25

Q59 - Al Khateb Key Fob transmitters (CEXC IZ/7935/06); FBI Laboratory Number: 061208606-Part 16, Revision 2, 10/20/2010.………………………………25

Q153 - Key Fob Transmitter (CEXC IZ/7935/06); FBI Laboratory Number: 061208606-Part 47, Revision 1, 01/04/2011……………………………………………25

Q102 - RCIED  custom receivers (2) (CEXC IZ/7935/06); FBI Laboratory Number: 061208606-Part 34, Revision 1, 1/5/2011…………………….………....……26

Opinions Regarding Receivers/Transmitters/PMRs in the Omar Cache……………...…27

    Q154 - RCIED Transmitter (CEXC IZ/7935/06); FBI Laboratory Number: 061208606-Part 48, Revision 1, 1/27/2011……………………………….………27

    Q83, Q84 - FM Audio Transmitters with Custom DTMF Circuits (CEXC IZ/7935/06); FBI Laboratory Number: 061208606-Part 56, Revision 1, 3/25/2011……………………………………………………………………………..27

    Q55 - Transceivers (2)/ PMR's (CEXC IZ/7935/06); FBI Laboratory Number: 061208606-Part 19, Revision 2, 10/20/2010……………………………………....28

    Q57 - GMRS handsets (CEXC IZ/7935/06); FBI Laboratory Number: 061208606-Part 17, Revision 2, 10/20/2010………………………………………...29

    Q143 - Custom Transmitter (CEXC IZ/7935/06); FBI Laboratory Number: 061208606-Part 44, Revision 2, 01/18/2011…………………………………………29

    Q167 - SZSAW DYK2000-12 Remote Control Transmitter (CEXC IZ/7935/06); FBI Laboratory Number: 061208606-Part 59, Revision 1, 01/18/2011…………………………………………………………..…………29

    Q168 - SZSAW DYK2000-8 Remote Control Transmitter (CEXC IZ/7935/06); FBI Laboratory Number: 061208606-Part 60, Revision 1, 01/18/2011…………………………………………………………..…………30

    Q169 - SZSAW DYK2000-4 Remote Control Transmitter (CEXC IZ/7935/06); FBI Laboratory Number: 061208606-Part 61, Revision 1, 01/18/2011…………………………………………………………..…………… 30

Opinions Regarding Mobile Phones in the Omar Cache………………………………...30

    Q35, Q36, Q37, Q47, Q48 – Mobile Phones (CEXC IZ/7935/06); FBI Laboratory Number: 061208606-Parts 14, 13, 15, 11, and 12………..……………30

    Q50 - Miniphones/DTMF (CEXC IZ/7935/06); FBI Laboratory Number: 061208606-Part 18, Revision 2, 10/20/2010………..…………………...32

Opinions Regarding LRCT Base Stations and Handsets in the Omar Cache……………32

    Q49 - LRCT handset (CEXC IZ/7935/06); FBI Laboratory Number: 061208606-Part 7, Revision 2, 10/19/2010……………………………………32

    Q51 - LRCT handset (CEXC IZ/7935/06); FBI Laboratory Number: 061208606-Part 8, Revision 2, 10/19/2010……………………………………33

    Q52 - LRCT handset (CEXC IZ/7935/06); FBI Laboratory Number: 061208606-Part 9, Revision 2, 10/19/2010……………………………………33

Q53 - LRCT handset (CEXC IZ/7935/06); FBI Laboratory Number: 061208606-Part 10, Revision 2, 10/19/2010……..……………………………...34

Q203 - LRCT handset (CEXC IZ/7935/06); FBI Laboratory Number: 061208606-Part 98, Revision 1, 03/14/2011……...…………………………..34

Q97 - LRCT base station (CEXC IZ/7935/06); FBI Laboratory Number: 061208606-Part 29, Revision 1, 03/15/2011…………..……………………...35

Q110 - LRCT base station (CEXC IZ/7935/06); FBI Laboratory Number: 061208606-Part 41, Revision 1, 01/28/2011…….....……………………...35

Q111 - Custom LRCT base station (CEXC IZ/7935/06); FBI Laboratory Number: 061208606-Part 42, Revision 2, 04/12/2011…….....……………35

Opinions Regarding Devices from CEXC # IZ 11836/07 and CEXC # IZ 12760/07…...35

Response to AIA Additions for FBI Lab, Revision 2, 12/15/2010…………………..35

Response to AIA Additions for FBI Lab, Revision 2, 12/15/2010…………………..36

Opinions Regarding Device from CEXC #IZ 16237/07………………………………36

Q88 - DTMF 11 CB with 5 outputs (CEXC IZ/16237/07)/080104807-Part 6, 9/22/2011………...…………………………..…………………………...36

Opinions Regarding IED-Relevant Emails…………………………………………37

Email 110908……………………………………………………………………37

Email 110908 Rev 2, 11/20/2014……………………..………………………37

Underlying Reports for Email 110908……………………………………37

FBI Laboratory Number: 091222742-Part 26 (Q107) CEXC Number: CEXC # IZ 26434/09………………………………...37

FBI Laboratory Number: 100115604 (Q184) CEXC Number: CEXC # IZ 26434/09……………………………..…………38

Email 101808……………………………………………………………………38

RFS ID Number: 2015-148, 2016-143 Rev 3, 1/30/2017…………………………38

Underlying Reports for 2015-148, 2016-143……………………………………40

FBI Laboratory Number: 091222742-Part 23/IZ 26434/09 (Q100)……..………40

FBI Laboratory Number: 091222742-Part 19/IZ 26434/09 (Q97)……..………40

FBI Laboratory Number: 091222742-Part 20/IZ 26434/09 (Q98)……..………41

FBI Laboratory Number: 091222742-Part 25/IZ 26434/09 (Q102)……..……..41

FBI Laboratory Number: 091222742-Part 24/IZ 26434/09 (Q70, Q101)……….42

Email 090208………………………………………………………………………42

Email 090208 , Rev 1, 7/1/2014…………………………………………42

Email 082609………………………………………………………………………43

Email 082609, Rev 1, 6/20/2014…………………………………………43

Underlying Report for Email 082609……………………………………43

FBI Laboratory Number: 091222742-Part 12/IZ 26434/09 (Q61)……..………43

Email 072409………………………………………………………………………44

Email 072409, Rev 1, 7/22/2014…………………………………………44

Email 073009………………………………………………………………………44

Email 073009, Rev 1, 7/22/2014…………………………………………44

B.5.  Christopher Graham and Steve Luhowy………………………………………44

B.6.  Evan Kohlmann………………………………………………………………48

Conclusion…………………………………………………………………………51

A. Exclusion of the Expert Testimony is Not Warranted……………………….....51

<u>Legal Argument</u>

   *A.  The Nature of Expert Testimony*

Federal Rule of Criminal Procedure 16(a)(1)(G) requires the government, upon a defendant's request, to give "a written summary of any testimony that the government intends to use under Rules 702, 703 or 705 of the Federal Rules of Evidence during its case-in-chief at trial."  The summary must include "the witness's opinions, the bases and reasons for those opinions, and the witness's qualifications."  *Id*.

Federal Rule of Evidence 702 provides that "if specialized knowledge will assist the trier of fact to understand the evidence … a witness qualified as an expert by knowledge, skill, experience, training, or education, may testify thereto in the form of an opinion or otherwise."  The assumption that experts testify only in the form of opinions is logically unfounded.  *See*, Fed. R. Evid. Rule 702, Advisory Committee Notes on 1972 Proposed Rules.  Rule 702 "accordingly recognizes that an expert on the stand may give a dissertation or exposition of scientific or other principles relevant to the case, leaving the trier of fact to apply them to the facts."  *Id*.  In fact, "it seems wise to recognize that opinions are not indispensable and to encourage the use of expert testimony in non-opinion form when counsel believes the trier can itself draw the requisite inference."  *Id*.  "Whether the situation is a proper one for the use of expert testimony is to be determined on the basis of assisting the trier."  *Id*.

The United States has already provided summaries of the testimony it anticipates its expert witnesses will give at trial.  As Rule 702 permits, those summaries apply not only to expert opinions, but also to explanations, or expositions, of scientific or other principles that will assist the trier of fact to understand the evidence at trial.  Below, the United States will set forth summaries of the opinions of the experts the defense has challenged.  Where possible, the United States has submitted as exhibits copies of all reports referenced in this supplement.  While each report should be reviewed as a cohesive whole, we have attempted to provide the page numbers within those reports where the summarized opinions, and the bases and reasons for those, opinions are located.

### B. Summaries of Expert Witness Opinions

#### 1. Mark Wickham

This witness was noticed as a fact and an expert witness. Nothing precludes a witness providing both lay and expert testimony. *See, e.g., United States v. Figueroa-Lopez*, 125 F.3d 1241, 1246 (9th Cir. 1997). As previously stated, as an expert, Mr. Wickham will explain the realities and protocol implemented to collect IED parts or devices in war-time conditions. (See Exhibit A, WTI Handbook, version 2, pages 000186-000187; 000204-000208; 000209-000213; 000218-000222; 000226-000228; 000234-000246; 000250-000257; 000266-000270; 000302-000313; 000351-000355; 000360-000364; 000398-000402; and 000407-000409.) He will explain the formation of the CEXC facility located in Iraq and the protocol and efforts made by military personnel to recover insurgent devices at caches/storage areas, or implanted in the field, for technical and forensic review. (See Exhibit A, WTI Handbook, version 2, pages 000150; 000209-000213; 000218-000222; 000226-000228; 000234-000246; 000250-000257; 000266-000270; 000289; 000302-000313; 000333-000355; 000351-000355; 398-000402; and 000407-000409.)   He will explain the significance and importance in recovering IED devices and parts and analyzing them technically and forensically to assist counter-insurgent efforts in creating counter measures. (See Exhibit A, WTI Handbook, version 2, pages 000153; 000170-000174; 000178-000182; 000191-000193; 000204-000213; 000218-000222; 000226-000228; 000234-000246; 000250-000257; 000266-000270; 000282-000296; 000302-000313; 000351-000355; 000360-000364; 000398-000402; and 000407-000409.)   He will describe the principals governing the analysis and review of IEDs, specifically, force-protection, targeting, sourcing and forensics to support prosecution. (See Exhibit A, WTI Handbook, version 2, pages 000153; 000191-000193; 000234-000246; 000266-000270; 000283-000296; 000302-000313; 000351-000355; 000360-000364; 000398-000402; 000407-000409.)   He will also opine on how such information can be recorded and used to identify those who created, manufactured, implanted and used these devices. (See Exhibit A, WTI Handbook, version 2, pages

000153; 000170-000174; 000178-000182; 000191-000193; 000204-000213; 000218-000222; 000226-000228; 000234-000246; 000250-000257; 000266-000270; 000282-000296; 000302-000313; 000351-000355; 000360-000364; 00398-000402; and 00407-000409.)

The United States has provided to defense, and incorporates into this response, the WTI Handbook, Version I and II, and the WTI Improvised Explosive Device Lexicon, dated June 6, 2007, and December 2008.

### 2. David Kilcullen

As indicated in the original notice, Dr. Kilcullen will be called to testify as both a fact and expert witness. The supporting documentation for Dr. Kilcullen's opinions, and the bases and reasons for his opinions, is derived from his numerous publications, books and articles. In this filing, the United States has referenced the title of the publication, the relevant page numbers, and the relevant quotes. (See Exhibit B, 000435-000453.)

As an expert witness, Dr. Kilcullen will describe the combat strategies of certain insurgent groups, including the 1920 Revolution Brigades. (See Exhibit B.) He will opine that this strategy involved attacks that effectively separated Iraqis from Americans, and Sunni from Shia. Dr. Kilcullen will further describe the advantage insurgent groups would obtain from such an approach, specifically that it made it so difficult to accomplish objectives in Iraq that certain groups simply left the situation. (See Exhibit B.) Dr. Kilcullen will provide a description of the advantage insurgent croups would obtain from such an approach, that it made it so difficult to accomplish objectives in Iraq that certain groups chose to simply leave the situation. (See Exhibit B.) Dr. Kilcullen will opine that the 1920 RB, and other insurgent groups, sought to remove the United States from Iraq and how IEDs became the weapon of choice. (See Exhibit B.) Dr. Kilcullen will describe the use of IEDs by insurgent groups which specifically targeted United States military. (See Exhibit B.) He will opine that insurgent groups frequently, continuously adapted IEDs and did so to prevent the United States from developing effective counter measures. (See

Exhibit B.)  Dr. Kilcullen will opine that the use of IEDs increased significantly around 2006 and subsequently declined in 2007.  (See Exhibit B.)

The United States has provided to defense and incorporates into this response the list of publications attached to Dr. Kilcullen's curriculum vitae.  This list includes, numerous books and handbooks on the subject of the Iraq war and Insurgency groups authored by Dr. Kilcullen, including: Quarterly Essay, "Blood Year Terror and the Islamic State"; parts of the United States Army Field Handbook 3-24 "Counterinsurgency";  the United States handbook "Counterinsurgency: A Guide for Decision-Makers"; the Australian Army future warfighting concept—"Complex Warfighting"; "Countering Global Insurgency"; "Counterinsurgency *Redux*"; "Twenty-Eight Articles"; "Religion and Insurgency"; the full length book "Counterinsurgency"; the Washington Post bestseller "The Accidental Guerilla" and "Out of the Mountains: The Coming Age of the Urban Guerrilla."  (See Exhibit C, 000455-000458.)

*3.  Colonel Kurt J. Pinkerton*

This witness was noticed as both a fact and an expert witness.  As an expert witness, Colonel Pinkerton will discuss IEDs as used in an offensive and defensive manner.  (See Exhibit A, WTI Handbook, version 2, pages 000160; 000176-000178; 000183-000184; and 000194.)  He will opine that in his experience, IEDs were used by insurgent groups offensively to harm United States military and strategically placed along routes used by American military.  (See Exhibit A, WTI Handbook, version 2, pages 000154; 000156; 000160; 000177-000178; 000192; and the WTI Lexicon dated  June 2007, page 000101.)

He will further opine that IEDs used in a defensive manner were placed around areas that the insurgent groups sought to keep United States military out of, such as the cities they were primarily located in.  (See Exhibit A, WTI Handbook, version 2, pages 000172; and 000176.)  Colonel Pinkerton will opine that different types of IED detonators were used depending on the area they were placed in.  (See Exhibit A, WTI Handbook, version pages 000172; 000177; 000204; and 000339.) Colonel Pinkerton will also opine that the detonators used evolved over time, and were being changed to circumvent American

counter measures that were being used. (See Exhibit A, WTI Handbook, version 2, pages 000153; 000154; 000157; 000172; 000203-000204; 000309-000313; 000339; 000342-000343; and the WTI Lexicon dated June 2007, pages 000099-000100.)  The United States has provided to defense and incorporates into this response the WTI Handbook, Version I and II, and the WTI Improvised Explosive Device Lexicon, dated June 6, 2007, and December 2008.

### 4.  Steve Malloy

The witness was noticed as both a fact and an expert witness.  A summary of the expert opinions Mr. Malloy's will provide follow.  Each report referenced below is contained in Exhibit D.  The page number following each paragraph references the page number in the report appearing in bold above the paragraph.

**Opinions Regarding IED Design and Manufacturing Tools from Omar Cache Report: Response to AIA Additions for FBI Lab, Revision 2, 12/15/2010**

The IEDE lab analyzed six complete DTMF-11 circuits from the cache, which Mr. Malloy will opine represent the finished product of the board manufacturing process.  He will also opine that the items found in the cache are sufficient to produce approximately 50 to 60 DTMF-11 custom circuits.  The cache could also have been intended for modifying commercial electronics to function as low-power Radio Controlled IEDs (RCIED), or for manufacturing the DTMF-11 and DTMF-9 type of custom circuits. (000463-000472)

Mr. Malloy will opine that the cache appears intended to construct DTMF-11 circuits, which are commonly used as initiators in RCIEDs.  However, components for other types of RCIED initiators were also present in the cache.  (000463)

Mr. Malloy will opine that assorted documents, including a DTMF-11 circuit board layout, parts list, and datasheets are likely design notes for the manufacturing of IED electronics.  The cache includes design documents, intermediate products (unpopulated circuit boards), and tools required for the manufacturing process; this indicates that the cache was not simply a storage site for IED related materials, but that it was likely intended to build electronic IED switches (e.g., an IED electronics factory).  (000463, 000472)

**Q142, Q162 - IC Programmers (CEXC IZ/7935/06); FBI Laboratory Number: 061208606-Parts 43 and 54**

Mr. Malloy will opine that it is unlikely these devices were directly used in an IED, although they could be used to program microcontrollers for use in IEDs. (Q142 - 000486/Q162- 000498)

**Q17, Q211 - NRD-545 Receiver and Centrad FR 649 Frequency Counter (CEXC IZ/7935/06); FBI Laboratory Number: 061208606-Parts 68 and 102**

Mr. Malloy will opine that while there is no clear indication that either the NRD-545 receiver or the Centrad FR 649 frequency counter were intended for use in an IED, it is also possible that these devices were used to test and troubleshoot electronics used in IEDs.  (Q17 - 000507, 000514/Q211 - 000527, 000533)

**Q18 - HP Laser Jet Printer (CEXC IZ/7935/06); FBI Laboratory Number 061208606-Part 72, Revision 1, 2/22/2011**

There are no apparent modifications or indications that the functionality of the printer has been altered.  It is unclear if the printer is intended for use in an IED application. (000547)

**Q13 - Communications Receiver/Scanlock 2000 (CEXC IZ/7935/06); FBI Laboratory Number: 061208606-Part 67, Revision 1, 3/23/2011**

The device under analysis is a Scanlock 2000 communications receiver.  There are no apparent modifications or indications that the functionality has been altered.  It is unclear if the device is intended for use in an IED.  Mr. Malloy will opine that the receiver is likely used to eavesdrop on over-the-air communications. (000553, 000558-000564)

**Opinions Regarding IED-Relevant Documents in the Omar Cache**

**Q140 - Instructions on how to use remote control to command or control signals of mobile, wireless and landline telephones for detonating explosives (CEXC IZ/7935/06); FBI Laboratory Number: 061208606 (Q140)-RFS ID Number: 2016-016, Revision 2, 05/21/2017**

Mr. Malloy will opine that the Q140 document revealed the following IED-related

content:  a reference to hex code programming used to program microcontrollers for use in IEDs, including a switching circuit diagram, which could be used as a switched output in an IED application; a descriptions of electronic components commonly used in the construction of IEDs; mobile phone modification instructions, exploiting the vibrating motor to act as a switch in an RCIED; instruction on how to make an improvised detonator using a match stick; schematics of wireless receivers that have possible IED application; schematic drawings of DTMF decoder custom circuits; use of a safe-to-arm delay timer to prevent accidental detonation; discussion of DTMF tone and output of the MT8870 DTMF decoder IC; and DTMF decoder custom circuit silkscreen traces.  (000567-000599)

Mr. Malloy will opine that the DTMF decoder custom circuit trace layouts on page 34 are nearly identical to custom circuits previously analyzed by TEDAC, including three variation of this same DTMF decoder circuit from # IZ 7935B/06 (Omar Cache).  (000599-000603)

**Q22/Q140 - DTMF 11 decorder custom circuit trace layouts (CEXC IZ/7935/06); RFS ID Number: 2015-058, Revision 1, 05/12/2015**

Mr. Malloy will opine that documents Q22H, Q22I, Q22W, Q140D, and Q140 (Q140X)[1] all depict DTMF Decoder Custom Circuit Trace Layouts associated with RCIEDs.   He will opine that the Q22H and Q22I trace layouts are nearly identical to one another, and Q22W is nearly identical to Q22H and Q22I, except that drill-hole placements are present in Q22W but not in Q22H or Q22I. (000614, 000619, 000620)

Although the trace layouts (Q22H, Q22I, and Q22W) are similar to many previously observed custom circuits, TEDAC has not observed any circuit that is an exact match.  A nearly identical DTMF decoder custom circuit trace layout from the Omar Cache is found at FBI Lab # 0612086 06-Part 23, TEDAC # IZ 7935/06.   (000625)

---

[1] In the report, the document referred to as "Q140" is more precisely identified as "Q140X."  While "Q140" refers to the main "Q" number, documents with latent print identifications were labeled with "sub-Q" numbers by TEDAC and the specific document analyzed in the report is "Q140X."

Document Q22J depicts an AC power interrupter trace layout, which is not a component that has been found in IEDs.  Mr. Malloy will opine that the trace layout in Q22J is an exact match to two partially populated PCB recovered from the Omar Cache (FBI Lab # 061208606-Part 38, TEDAC # IZ 7935/06)  (000614, 000625-000626)

Mr. Malloy will opine that Q140[1] depicts four DTMF decoder custom circuit trace layouts, which are nearly identical.  Mr. Malloy will opine that the DTMF decoder custom circuit trace layouts in Q140[1] are nearly identical to several custom circuits previously analyzed, including TEDAC # IZ 7935B/06 (Omar Cache), which has three variations of this same DTMF decoder custom circuit.  It is likely the same person, or people working closely together or following similar instructions, is responsible for creating these devices.  (000622, 000627-000630)

Mr. Malloy will opine that Q140D depicts a DTMF decoder custom circuit components and trace layout.  He will opine that the DTMF decoder custom circuit components and trace layout with audio feedback circuitry within Q140D is unique.  TEDAC has analyzed similar custom circuits that incorporate an audio feedback circuitry to report the status of the device back to the user.  It is unclear if there are any other associations between these devices.  (000624, 000631)

TEDAC has observed many DTMF decoder custom circuits that are similar to the custom circuits and circuit trace layouts depicted in Q22H, Q22I, Q22W, Q140D, and Q140[1].  The DTMF decoder custom circuits are categorized by CEXC Iraq as a DTMF-11.  It is possible that the same person, or people working closely together or following similar instructions, is responsible for creating these devices. (000636-000644)

**Q112 - DTMF Decoder Custom Circuit Documents (Q112) (CEXC IZ/7935/06); 061208606-Part 23, 11/05/2010**

Mr. Malloy will opine that the two items under analysis are documents that could be used in the design of a DTMF decoder custom circuit (Figure 1 and Figure 2 of the TEDAC report).  One document has an image of a circuit trace layout (Figure 1).  The trace layout is similar to many DTMF decoder custom circuits commonly used in IEDs.  The

similar devices are all in the DTMF-11 family of custom circuits.  The second document (Figure 2) has a list of electronic components that are compatible with the trace layout shown in Figure 1.  (000649-000651)

Mr. Malloy will opine that, with the device configured as shown in the schematic diagram in the TEDAC report, it functions in an RCIED in the following manner.  The device typically exploits a wireless receiver, typically a mobile phone, to receive DTMF digits.  Once the device is powered, it is immediately armed and waiting to receive the activation digit from a wireless transmitter.  Upon receiving a DTMF 8, the circuit switches power to the detonator output.  The output remains active until another valid DTMF digit (other than 8) is received.  (000649, 000652-000654, 000661)

**Q112 - Princeton Technology Components Documents; 061208606-Part 24, 10.20.2010**

Mr. Malloy will opine that the items under analysis are two documents (Figure 1 and Figure 2 in the TEDAC report) and multiple pages from Princeton Technology encoder and decoder datasheets (Figure 3–Figure 11) that could be used in the design of custom transmitter and receiver circuits.  The first document (Figure 1) is a torn piece of paper with hand-drawn schematics of a Princeton Technology decoder circuit on the front and two circuit diagrams on the back.  The paper also includes various notes and signal plots. Similar Princeton Technology decoder circuits are commonly used in RCIEDs; however, it is unclear if the schematic is intended for use in the design and construction of IEDs. (000665-000676)

The second document (Figure 2) is a Computer-Aided Design (CAD) drawing of an SZSAW CZS-3A super-regenerative AM receiver module. The IEDE lab has previously analyzed devices using CZS-3A RF modules with Princeton Technology decoder ICs in RCIEDs; however, it is unclear if the submitted CAD drawing is intended for use in the design and construction of IEDs.  (000665, 000667, 000676)

**Opinions Regarding DTMF Encoder/Decoder Custom Circuits in the Omar Cache**

**Q39; Q40; Q43; Q44; Q45; Q46; Q155; Q156; Q163 - DTMF 11 Custom Circuits (CEXC IZ/7935/06); Laboratory Numbers: 061208606-Parts 2, 4, 49, 50, and 55**

These DTMF decoder custom circuits have all been categorized by CEXC Iraq as a DTMF-11.  Mr. Malloy will opine that the circuit is designed to be used in conjunction with a wireless receiver, likely a mobile phone, in order to function as an RCIED.  Several mobile phones capable of providing an activation signal to the custom circuits were included in the overall Omar Cache submission, but no phone was clearly associated with the submitted circuit. (Q39; Q40; Q43 - 000685/ Q44; Q45; Q46 - 000714\ Q155 - 000739\ Q156 - 000763\Q163 - 000786)

Mr. Malloy will opine that, with the custom circuits configured as shown in the schematics in the TEDAC reports, the circuit functions as an RCIED.  The circuit exploits the audio output of a wireless device, likely a mobile phone, to receive DTMF digits.  When powered on, the custom circuit waits to receive an incoming call from a transmitting phone.  With a connection established, reception of a DTMF 8 causes the custom circuit to switch power to the detonator output.  Simultaneously, the piezoelectric buzzer emits a tone to indicate that the circuit's output is active. (Q39; Q40; Q43 – 000693, 000709/ Q44; Q45; Q46 - 000720, 000734\ Q155 - 000745, 000758\ Q156 – 000769, 000781 \Q163 – 000790, 000804)

The DTMF decoder custom circuits in Q39, Q40, and Q43 are nearly identical to several devices previously observed by the IEDE lab.  It is likely that the same person, or people working closely together or following similar instructions, is responsible for creating these devices.  (000693-000697)

The DTMF decoder custom circuits in Q44, Q45, and Q46 are nearly identical to several devices previously observed by the IEDE lab.  It is likely that the same person, or people working closely together or following similar instructions, is responsible for creating these devices.  (000720-000722)

The IEDE lab has previously analyzed many custom circuits nearly identical to

Q155.  It is likely that the same person, or people working closely together or following similar instructions, is responsible for creating these devices.  (000745-000747)

The custom circuit included in Q156 is nearly identical to others previously observed by the IEDE lab.  It is likely that the same person, or people working closely together or following similar instructions, is responsible for creating these devices. (000769-000771)

The IEDE lab has observed several previous devices that use custom circuits nearly identical to Q163.  It is likely that the same person, or people working closely together or following similar instructions, is responsible for creating these devices.  (000791-000793)

**Q124 - DTMF-11 PCBs with 5 Outputs (CEXC IZ/7935/06); FBI Laboratory Number: 061208606-(7) DTMF Decoder Custom Circuits (Q124), 5/24/2017**

The devices under analysis are seven DTMF decoder custom circuits.  Mr. Malloy will opine that, when paired with a receiver, the custom circuit functions as a decoder and switch in an RCIED.  Mr. Malloy will opine that the unpopulated DTMF decoder custom circuits are nearly identical to one custom circuit previously analyzed by TEDAC (FBI Lab # 80104807-Part 6/TEDAC # IZ 16237/07/DTMF Decoder Custom Circuit (Q88)). [2]  The DTMF decoder custom circuits are likely designed and made by the same bomb-maker. (000808, 000811-000812)

TEDAC has observed many DTMF decoder custom circuits that are similar to the custom circuit under analysis.  The basic board design is prolific, with numerous minor circuit board variations (groups) observed.  The custom circuit under analysis is an exact match to board group Y.  It is unclear if there are any further associations between these devices. (000812-000821)

**Q157 - DTMF Encoder Circuit (CEXC IZ/7935/06); FBI Laboratory Number: 061208606-Part 51, Revision 1, 1/28/2011**

---

[2] The government also references CEXC IZ 16237/07 as the "Amiriyah Cache," due to its location in the Amiriyah neighborhood of Baghdad, Iraq.

Mr. Malloy will opine that the device under analysis is a DTMF encoder custom circuit that is designed to work with a wireless transmitter to function in an RCIED. The custom circuit was non-operational as received.  (000827)

Mr. Malloy will opine that, with the device configured as shown in the schematic diagram in Appendix A, it functions as a transmitter in an RCIED as follows: Pressing the pushbutton causes the custom circuit to generate a repeating DTMF sequence, which is sent over the air by a wireless transmitter.  A matching receiver would provide the DTMF sequence to a custom decoder circuit, which would then activate its detonator output. (000833, 000838)

The IEDE lab has analyzed several DTMF encoder custom circuits that are nearly identical to the circuit under analysis.  It is likely that the same person, or people working closely together or following similar instructions, is responsible for creating these devices. (000833-000834)

**Q158 – DTMF-9 Decoder Circuit (CEXC IZ/7935/06); FBI Laboratory Number: 061208606-Part 51, Revision 1, 1/28/2011**

Mr. Malloy will opine that the device under analysis is a DTMF decoder custom circuit that is designed to work with a wireless receiver to function in an RCIED.  CEXC Iraq categorized the circuit board as a DTMF-9.  The circuit was nonoperational as received, as it does not include a microcontroller.  (000843)

Mr. Malloy will opine that, with the device configured as shown in the schematic diagram in Appendix A, it functions as a receiver in an RCIED as follows: Once power is applied, the device initiates a safe to aim delay.  After the delay expires, the device is armed and waiting to receive the activation signal from a transmitting device.  Receipt of the DTMF activation sequence prompts the device to switch power to the detonator output.  The piezoelectric buzzer sounds as an indicator of output activation. (000847, 000860)

The IEDE lab has analyzed several previous devices that use custom circuits nearly identical to the device under analysis.  It is likely that the same person, or people working

closely together or following similar instructions, is responsible for creating these devices. (000847-000849)

**Q171 - DTMF-2 Decoder Circuit (CEXC IZ/7935/06); FBI Laboratory Number: 061208606-Part 63, Revision 1, 1/17/2011**

The device under analysis is a DTMF decoder custom circuit, which has been categorized by CEXC Iraq as a DTMF-2.  As received, the circuit is non-operational and missing key components.  Mr. Malloy will opine that the circuit is designed to operate with a wireless receiver to function in an RCIED.   (000865)

Mr. Malloy opine that, with the device configured as shown in the schematic diagram in Appendix A, it functions as a receiver in an RCIED as follows: Once power is applied to the custom circuit and the safe to aim delay of approximately five minutes and 15 seconds expires, the device is armed and ready to receive an activation signal from a transmitting device.  Receipt of a DTMF 9 prompts the device to switch power to the detonator output.  The detonator output remains active as long as the DTMF 9 is received. (000865, 000877, 000868)

The IEDE lab has observed three previous devices that use a custom circuit nearly identical to the circuit under analysis.  It is likely that the same person, or people working closely together or following similar instructions, is responsible for creating these devices. (000869-000870)

**Associations to DTMF Decoder Custom Circuits from CEXC # IZ 7935/06; RFS ID Number 2011-166, Revision 1**

TEDAC identified three DTMF- 11 circuits in IZ 7935/06 (Omar Cache) that match board group A and compared these to the 381 DTMF-11 circuits of interest.  Among these circuits, the ones listed in Table 1 of the TEDAC Report (RFS ID Number 2011-166) also match board group A.  It is likely that the same person or people working closely together or following similar instructions is responsible for creating these devices.  (000881-000884, 000893-000900)

TEDAC identified one DTMF- 11 circuit in IZ 7935/06 (Omar Cache) that matches

board group C and compared this circuit to the 381 DTMF-11 circuits of interest. Among these circuits, the ones listed in Table 2 of the TEDAC Report (RFS ID Number 2011-166) also match board group C. It is likely that the same person, or people working closely together or following similar instructions, is responsible for creating these devices. (000885-000887)

TEDAC identified three DTMF-11 circuits in IZ 7935/06 (Omar Cache) that match board group I and compared these to the 381 DTMF-11 circuits of interest. Among these circuits, the ones listed in Table 3 of the TEDAC Report (RFS ID Number 2011-166) also match board group I. It is likely that the same person or people working closely together or following similar instructions is responsible for creating these devices. (000887-000890)

TEDAC identified 16 unpopulated DTMF-11 circuit boards in IZ 7935/06 (Omar Cache) that match board group Y and compared these board to the 381 DTMF-11 circuits or interest. Among these circuits, the ones listed in Table 4 of the TEDAC Report (RFS ID Number 2011-166) also match board group Y. It is likely that the same person or people working closely together or following similar instructions is responsible for creating these devices. (000890-000891)

### Opinions Regarding Radio Controlled Switches in the Omar Cache

**Q38 - Radio Controlled Switch (CEXC IZ/7935/06)**
**FBI Laboratory Number: 061208606-Part 1, Revision 2, 10/19/2010**

Mr. Malloy will opine that the SZSAW JDQ-3A wireless receiver with switched output integrates a commercially available SZSAW CZS-3 RF receiver module into a SZSAW JDQ-3A PCB. The PCB provides signal decoding performed by a SC2272-L4 decoder IC. The JDQ-3A receiver contains one relay for general purpose switching applications, making it capable of being used in an RCIED with little or no modification. (000905)

Mr. Malloy will opine that the following modifications were to the SZSAW JDQ-3A: red wire soldered to 5-pin header for power; black wire soldered to 5-pin header for ground; white/brown wire soldered to 5-pin header for possible detonator output; and yellow wire soldered to 5-pin header for possible detonator ground. In this configuration,

a logic high from D1 turns on Q1 and energizes the coil of SPDT relay K1, which then switches to its Normally Open (NO) position and applies battery power to the detonator. The amber LED D4 illuminates to indicate device activation. (000913)

When combined with a matching transmitter, the device would be capable of operating in an RCIED as follows: Once power is applied, the device is armed and waiting for command signals from the matching transmitter. Once a valid signal is received from the transmitter, the device will switch power to a detonator output. The amber LED illuminates to indicate device activation. (000914, 000925)

The IEDE lab has observed one other JDQ-3A radio controlled switch manufactured by Shenzhen Szsaw Electronic Co., LTD.  It is possible that the same person, or people working closely together or following similar instructions, is responsible for creating these devices.  (000918)

**Q170, Q172 - Low-Power RCIED: SZSAW YK1500-2 Transmitter and SZSAW JDQ-6B Receiver (CEXC IZ/7935/06); FBI Laboratory Number: 061208606-Part 64, Revision 1, 1/10/2011**

Mr. Malloy will opine that that the commercially available SZSAW YK1500-2 transmitter, and the matching SZSAW JDQ-6B receiver with a switched output, together, form a complete wireless RCIED system capable of switching power to a detonator output.  (000931)

The YK1500-2 transmitter and JDQ-6B receiver are designed to function as a complete RCIED system.  The SZSAW YK1500-2 transmitter's positive battery terminal has been removed, though it is unclear if this was an intentional modification.  (000939)

Mr. Malloy will opine that the following modifications were made to the SZSAW JDQ-6B in order for it to be used in an IED system: a custom yellow wire is soldered from relay K1's NO pin to relay K2's COM pin; a custom white wire is soldered to relay K2's NO pin; and a yellow/black wire is soldered to ground.  These wires provide a connection to the detonator output.  A PCB trace connecting the coil and COM pins of relay K2 is cut, isolating the COM pin.  (000940)

When configured as shown in the schematic diagram in Appendix A, the device operates as an RCIED system as follows: Once power is applied to the JDQ-6B receiver, it is armed and ready to receive an address and command signal from the matching YK1500-2 transmitter.  Once a valid command signal is received from the transmitter, the JDQ-6B switches power to the detonator output. (000941, 000953)

The IEDE lab has previously analyzed several JDQ-6B receivers manufactured by Shenzhen Szsaw Electronic Co., LTD.  The receivers have been similarly modified for use in an RCIED.  It is likely that the same person, or people working closely together or following similar instructions, is responsible for creating these devices.  (000947-000949)

The IEDE lab has previously analyzed several SZSAW YK1500-2 wireless transmitters.  The transmitters are typically used in an RCIED application to activate a matching SZSAW JDQ-6B receiver.  It is unclear if there are any further associations between these devices. (000949-000950)

**Q190 - JDQ-6A Receiver (CEXC IZ/7935/06); FBI Laboratory Number: 061208606-Part 84, Revision 1, 03/23/201**1

Mr. Malloy will opine that the device under analysis in Q190 is a commercially available SZSAW JDQ-6A wireless receiver.  As received, the receiver's PCB is partially populated and not operational. (000957)

Mr. Malloy will opine that, when fully populated, the device could function as the receiver in an RCIED as follows: Once power is applied, the device is armed and ready to receive an address and data command signal from a matching transmitter.  Once a valid command signal is received from the transmitter, a relay on the receiver switches to the NO position, which may be used to supply power to a possible detonator output. (000963)

The IEDE lab has previously analyzed several SZSAW JDQ-6A receivers that contain various modifications to the PCB, and are not identical between the JDQ-6A receivers.  Typically, the NO pin from the output relay is often exploited to provide

switched power to a possible detonator output.  It is unclear if there are any further associations between these devices.  (000964-000965)

**Q41 - Custom Circuit (CEXC IZ/7935/06); FBI Laboratory Number: 061208606-Part 4, Revision 2, 10/19/2010**

Mr. Malloy will opine that the device under analysis in Q41 is an unidentified custom circuit.  Because the custom circuit is incomplete and missing components, its possible use as an IED is undetermined.  (000971)

Mr. Malloy will opine that it is possible that the custom circuit is intended to function as a timer.  The circuit does not implement any signal inputs, and its 20-pin IC socket could house a microcontroller, which is commonly used to control a time delay. In this case, the circuit would typically initiate a time delay at power-on, and its external LED (D2) would be used as an indicator of the time delay.  When the delay expires, the circuit would apply power to its output. (000975, 000979)

**Q109 - IED: Custom Switch Brd (CEXC IZ/7935/06); FBI Laboratory Number: 061208606-Part 40, Revision 1, 1/6/2011**

Mr. Malloy will opine that the device under analysis in Q109 is a custom switching circuit.  The device's IED functionality (e.g., RCIED, CWIED) is dependent upon the type of trigger source attached to the circuit's input.  As received, the custom circuit is damaged and nonoperational. (000983)

The circuit's IED functionality (e.g., RCIED, CWIED) is determined by the type of external device connected to the circuit's input. Because the circuit was recovered with a wireless transmitter, it is possible that it was intended to operate in an RCIED.  (000992)

With the device configured as shown in the schematic diagram in Appendix A, it functions in an IED in the following manner: Once powered, the custom switching circuit is armed.  When a DC bias is applied from an external device to the circuit 's servomotor, the circuit switches power to the detonator output and illuminates the red and blue LEDs. (000993, 000997)

The custom switching circuit under analysis is the first of its type to be analyzed by the IEDE lab.  The circuit uses a servomotor as a mechanical switch, which is an unusual design.  The IEDE lab has previously analyzed one device with a similar switched output design.  It is unclear· if there are any further associations between these devices. (000993-000994)

**Q42 - Toy Car Receiver (CEXC IZ/7935/06); FBI Laboratory Number: 061208606-Part 5, Revision 2, 10/19/2010**

The device under analysis in Q42 is a commercially available RC toy car receiver. Mr. Malloy will opine that the receiver has been modified to switch power to an external LED.  The receiver 's modifications are commonly seen in RCIEDs, and the receiver could be easily reconfigured to function in an RCIED.   (001002)

Mr. Malloy will opine that the toy car receiver could be used in an RCIED as follows: Once the receiver is powered, it waits to receive a command from a matching transmitter.  When a 'right ' or 'left' command is received, the device will activate the appropriate left/right circuitiy, causing the receiver to power its LED.  This functionality is very similar to toy car receivers exploited for use in an RCIED.  As such, it is possible that the device was used in the design or testing of IEDs, or was intended for use as an RCIED.  (001009, 001018)

The device under analysis is physically unique among previously observed toy car receiver PCBs.  The device does not include any new functionality, and is similar to several previously analyzed toy car receivers.  It is unclear if there are any further associations between these devices.  (001013-001015)

The output of the receiver's 'left' and 'right' steering controls is connected to an LED rather than a detonator output.  In similar previously analyzed devices, these controls are typically exploited as a detonator output.  The device under analysis could easily be configured to control a detonator output, and its PCB contains all necessary modifications to operate as an IED.  As a result, it is possible that the device was used in the design or testing of IEDs, or was intended for use as an RCIED.  (001016)

**Q58 - RC Toy Transmitter (CEXC IZ/7935/06); FBI Laboratory Number: 061208606-Part 6, Revision 2, 10/19/2010**
**Pages**

Mr. Malloy will opine that the device under analysis in Q58 is a commercially available RC toy airplane/helicopter transmitter manufactured by JR.  The device does not include a matching receiver and has no modifications relevant to an IED application, so it is unclear if the device was intended for use in this manner.  (001023)

Mr. Malloy will opine that RC toy transmitters are typically used to provide a wireless communications link in an IED application.  The XP662 transmitter under analysis does not include a matching receiver; therefore, it is unclear if the transmitter was intended for use in an IED. (001031)

**Q59 - Al Khateb Key Fob transmitters (CEXC IZ/7935/06); FBI Laboratory Number: 061208606-Part 16, Revision 2, 10/20/2010**

The devices under analysis in Q59 are five Al Khateeb Remote Keyless-Entry (RKE) key fob transmitters.  Mr. Malloy will opine that, when paired with matching receivers, the transmitters are capable of functioning as part of an RCIED, though it is unclear if they were intended for use in this manner.  (001043)

When combined with a matching receiver, the transmitter can be used as part of an RCIED as follows: Once the receiver is deployed and armed, it is ready to receive commands from the transmitter.  Pressing the command buttons on the transmitter will activate the corresponding relay output on the receiver, thereby switching power to a detonator output.  (001049)

The IEDE lab has previously analyzed multiple devices that included Al Khateeb remote keyless-entry key fob transmitters.  It is unclear if there are any further associations between these devices.  (001053-001055)

**Q153 - Key Fob Transmitter (CEXC IZ/7935/06); FBI Laboratory Number: 061208606-Part 47, Revision 1, 01/04/2011**

The device under analysis in Q153 is an Al Khateeb RKE transmitter.  Mr. Malloy will opine that, when paired with a matching receiver, the transmitter is capable of

functioning as part of an RCIED, though it is unclear if it was intended for use in this manner.  (001063)

When combined with a matching receiver, the transmitter can be used as part of an RCIED as follows: Once the receiver is deployed and armed, it is ready to receive commands from the transmitter.  Pressing the command buttons on the transmitter activates the corresponding relay output on the receiver, thereby switching power to a detonator output.  However, it is unclear if the transmitter was intended for use in this manner.  (001068)

The IEDE lab has previously analyzed multiple devices that included Al Khateeb RKE key fob transmitters.  All of the Al Khateeb transmitters are nearly identical and use the Princeton Technology signal structure.  It is unclear if there are any further associations between these devices.  (001072-001074)

**Q102 - RCIED  custom receivers (2) (CEXC IZ/7935/06); FBI Laboratory Number: 061208606-Part 34, Revision 1, 1/5/2011**

Mr. Malloy will opine that the devices under analysis in Q102 are two nearly identical custom receivers, each of which uses a commercially available RX3302 super-regenerative RF receiver module and a Princeton Technology PT2272A-M2 remote control decoder to function in an RCIED.  The custom receiver is designed to function as part of an RCIED that responds to specific sequential commands from a matching RF transmitter.  (001083, 001087-001088)

With the device configured as shown in the schematic diagram in Appendix A, it operates in an RCIED as follows: When power is applied, the device initiates a safe to arm delay lasting approximately ten minutes and 25 seconds, during which time the detonator output is disabled.  Once the delay expires, the device is armed and waits to receive two specific sequential commands from a matching transmitter containing a compatible, similarly configured remote control encoder.  Upon receiving the proper commands within a window of approximately 13.6 seconds, the circuit activates its output relay, thereby delivering power to the attached detonator output.  (001089, 001104)

The IEDE lab has previously observed several other custom receivers that are nearly identical to the devices under analysis.  It is likely that the same person, or people working closely together or following similar instructions, is responsible for creating these devices.  (001095-001096)

**Opinions Regarding Receivers/Transmitters/PMRs in the Omar Cache**

**Q154 - RCIED Transmitter (CEXC IZ/7935/06); FBI Laboratory Number: 061208606-Part 48, Revision 1, 1/27/2011**

The SZSAW DYK2000-2 is designed to be a general-purpose wireless remote control.  Mr. Malloy will opine that, when paired with a matching receiver, the device can act as the transmitter in an RCIED.  There are no modifications to the device, nor are any required for it to be used as a transmitter in an RCIED.  (001109, 001115)

The DYK2000-2 is capable of functioning as a transmitter in an RCIED when combined with a matching receiver that includes a switched output.  Once the matching receiver is deployed and armed, the device is ready to receive signals from the DYK2000-2 transmitter.  Upon receipt of a valid signal from the transmitter, the matching receiver switches power to its detonator output.  (001117)

The IEDE lab has previously analyzed numerous commercially available wireless transmitters that use the Princeton Technology signal structure.  They are often combined with a compatible commercial or custom receiver capable of controlling one or more switched outputs for use in an RCIED.  (001120)

**Q83, Q84 - FM Audio Transmitters with Custom DTMF Circuits (CEXC IZ/7935/06); FBI Laboratory Number: 061208606-Part 56, Revision 1, 3/25/2011**

The devices under analysis are two Shinwa FM audio transmitters and DTMF encoder custom circuits.  Mr. Malloy will opine that, together, the FM audio transmitter and custom circuit operate as a transmitter in an RCIED.  (001128)

Mr. Malloy will opine that, when configured as shown in the schematic diagram in the TEDAC report, the device operates as the transmitter in an RCIED as follows: The

custom circuit exploits the transmit circuitry of the FM audio transmitter to send a DTMF 8 or 9 to a matching receiver.  The matching receiver is likely combined with a DTMF decoder circuit configured to switch power to its detonator output upon receipt of the transmitted DTMF digit.  (001137, 001144)

The FM audio transmitters are the first of their type to be observed by the IEDE lab; however, the devices are part of a cache (Omar Cache) that includes a Shinwa VHF transceiver containing transmit PCBs nearly identical to those of the transmitters under analysis.  The IEDE lab has observed several devices containing transmitters as part of RCIEDs.  The IEDE lab has previously analyzed DTMF encoder custom circuits that are similar to the custom circuits under analysis.  (001140-001142)

**Q55 - Transceivers (2)/ PMR's (CEXC IZ/7935/06); FBI Laboratory Number: 061208606-Part 19, Revision 2, 10/20/2010**

The devices under analysis are two commercially available CHK BF-71B transceivers.  Mr. Malloy will opine that the CHK BF-71B transceivers appear to have no intentional electrical modifications, though no modifications are necessary for the transceivers to be used in an RCIED.  Each transceiver is capable of transmitting DTMF digits from a DTMF generator to another radio that may be used as part of an IED system. The transceivers can also be paired with the DTMF decoder custom circuits in Part 2 and Part 3 of the current submission (Omar Cache). [3]  When paired with a custom circuit, a transceiver would be used as a receiver in an RCIED, with its audio output exploited by the custom circuit.  (001150)

Mr. Malloy will opine that unmodified radios used in IEDs are typically combined with a modified hands-free headset and a custom switching circuit.  The transceivers under analysis do not appear to have been intentionally modified, nor were they associated with any custom electronics; therefore, it is unclear if the transceivers were intended for use in

---

[3] See 000682 for Part 2 and 000711 for Part 3

an IED.  (001160)

The IEDE lab has previously observed multiple nearly identical transceivers.  It is unclear if there are any further associations between these devices.  (001171-001173)

**Q57 - GMRS handsets (CEXC IZ/7935/06); FBI Laboratory Number: 061208606-Part 17, Revision 2, 10/20/2010**

The devices under analysis are two commercially available Audiovox GMRS 7000 PMRs.  Mr. Malloy will opine that unmodified radios used in IEDs are typically combined with a modified hands-free headset and a custom switching circuit.  The custom circuit would exploit the radio's audio circuitry to activate its switched output.  Additionally, an unmodified radio has the capability to transmit DTMF digits from a DTMF generator to activate an RCIED.  The radios under analysis do not appear to have been intentionally modified, nor were they associated with any custom electronics; therefore, it is unclear if the radios were intended for use in an IED.  (001183)

The IEDE lab has previously observed three submissions that included Audiovox GMRS 7000 PMRs.  It is unclear if there are any further associations between these devices.  (001203-001205)

**Q143 - Custom Transmitter (CEXC IZ/7935/06); FBI Laboratory Number: 061208606-Part 44, Revision 2, 01/18/2011**

The device under an analysis is a custom OOK transmitter.  Mr. Malloy will opine that, while it is unclear whether the device was intended for use in an IED, it is possible the transmitter was designed to send wireless signals to an RCIED receiver.  (001238)

There is no clear indication that this device was intended for use in an IED, though it is capable of transmitting OOK signals to an RCIED receiver.  The custom circuit amplifies, modulates, and broadcasts signals applied to its input.  Mr. Malloy will opine that, with one or more compatible receivers deployed and armed, the receivers would wait for a command signal from the transmitter.  When a receiver decodes a valid activation signal, it switches power to its detonator output.  (001243)

**Q167 - SZSAW DYK2000-12 Remote Control Transmitter (CEXC IZ/7935/06); FBI**

**Laboratory Number: 061208606-Part 59, Revision 1, 01/18/2011**

Mr. Malloy will opine that the DYK2000-12 can function as a transmitter in an RCIED when combined with a matching receiver with a switched detonator output.  Once the matching receiver is deployed and armed, it is ready to receive signals from the DYK2000-12 transmitter.  Upon receipt of a valid command signal from the transmitter, the receiver switches power to its detonator output.  Because the transmitter was not associated with a matching receiver or any custom electronics, it is unclear if it was used in an IED application.  (001261)

**Q168 - SZSAW DYK2000-8 Remote Control Transmitter (CEXC IZ/7935/06); FBI Laboratory Number: 061208606-Part 60, Revision 1, 01/18/2011**

Mr. Malloy will opine that the DYK2000-8 can function as a transmitter in an RCIED as follows: When deployed and armed, a matching receiver with a switched detonator output waits to receive signals from the DYK2000-8 transmitter.  Upon receipt of a valid command signal from the transmitter, the receiver switches power to its detonator output.  Because the transmitter was not associated with a matching receiver or any custom electronics, it is unclear if it was used in an IED.  (001281)

**Q169 - SZSAW DYK2000-4 Remote Control Transmitter (CEXC IZ/7935/06); FBI Laboratory Number: 061208606-Part 61, Revision 1, 01/18/2011**

Mr. Malloy will opine that the DYK2000-4 can function as a transmitter in an RCIED as follows: When deployed and armed, a matching receiver with a switched detonator output waits to receive signals from the DYK2000-4 transmitter.  Upon receipt of a valid command signal from the transmitter, the receiver switches power to its detonator output.  Because the transmitter was not associated with a matching receiver or any custom electronics, it is unclear if it was used in an IED.  (001302)

**Opinions Regarding Mobile Phones in the Omar Cache**

**Q35, Q36, Q37, Q47, Q48 – Mobile Phones (CEXC IZ/7935/06); FBI Laboratory Number: 061208606-Parts 14, 13, 15, 11, and 12**

Mr. Malloy will opine that the above referenced mobile phones appear to have no

modifications relevant to an IED application, but no modifications are necessary for the phones to be used in an RCIED.  The phone are capable of generating and transmitting DTMF digits to another phone that may be used as part of an IED system.  The phones can also be paired with the DTMF decoder custom circuits in Part 2 and Part 3 of the current submission (Omar Cache).[4]  When paired with a custom circuit, the phone would be used as a receiver in an RCIED, with its audio output exploited by the custom circuit.  (Q35 - 001315/Q36 - 001335/ Q37 - 001354/Q47 - 001372/Q48 – 001389)

Mr. Malloy will opine that mobile phones used in IEDs are typically combined with a modified hands-free headset and a custom switching circuit.  The custom circuit would exploit the received audio signal from the mobile phone to activate its switched output.  The IEDE lab has also analyzed mobile phones used in RCIEDs with modifications to exploit the backlight circuitry or vibrate motor circuitry.  Additionally, an unmodified phone has the capability to generate and transmit DTMF digits to activate an RCIED.  The mobile phones under analysis do not appear to have been intentionally modified for use in an IED, nor was they associated with any custom electronics; therefore, it is unclear if the phones were intended for use in this manner.  (Q35 - 001321/Q36 - 001342 / Q37 - 001360 /Q47 - 001379/Q48 – 001394)


The IEDE lab has previously observed a large number of devices that included Q35 (Nokia 3310) mobile phones.  Most of the devices were recovered in Iraq, and many also included a DTMF custom switching circuit which exploited the mobile phone's audio circuitry.  It is unclear if there are any further associations between these devices.  (001325-001326)

The IEDE lab has previously observed a large number of devices that included Q36

---

[4] See 000682 for Part 2 and 000711 for Part 3

(Hyundai HM-L120) mobile phones.  All of the devices were recovered in Iraq, and many also included a DTMF custom switching circuit which exploited the mobile phone's audio circuitry.  It is unclear if there are any further associations between these devices.  (001345-001346)

The IEDE lab has previously observed a large number of devices that included Q37 (Siemens Xelibri 2) mobile phones.  All of the devices were recovered in Iraq, and many also included a DTMF custom switching circuit which exploited the mobile phone's audio circuitry.  It is unclear if there are any further associations between these devices.  (001363-001364)

**Q50 - Miniphones/DTMF (CEXC IZ/7935/06); FBI Laboratory Number: 061208606-Part 18, Revision 2, 10/20/2010**

Previously analyzed Genius 99 Super Miniphones have been exploited to provide DTMF tones to a transmitter in an RCIED.  Mr. Malloy will opine that, when connected to a wireless transmitter in this manner, the device under analysis could be used to generate DTMF tones.  The transmitter would send the tones to a matching receiver, which would apply power to its detonator output after decoding the correct tone sequence.  (001448)

The IEDE lab has previously analyzed several devices that use miniature corded telephones and the audio output in most of these devices was exploited to provide DTMF tones to a PMR.  The audio channel in Q50 was similarly exploited, but it is not associated with a PMR.  It is possible that the same person, or people working closely together or following similar instructions, is responsible for creating these devices.  (001456-001457)

## Opinions Regarding LRCT Base Stations and Handsets in the Omar Cache

**Q49 - LRCT handset (CEXC IZ/7935/06); FBI Laboratory Number: 061208606-Part 7, Revision 2, 10/19/2010**

The device under analysis is a SENAO SN-328 LRCT handset.  Mr. Malloy will opine that the handset has been modified to exploit its audio output.  Although the device was not associated with custom switching circuitry, its modifications are consistent with devices exploited for use as receivers in RCIEDs.  The device is likely intended to operate

as a receiver in an IED.  (001465)

The SENAO SN-328 LRCT handset has been modified to exploit the audio output from its connection pads on the handset's main PCB.  Mr. Malloy will opine that, although the device does not include a custom switching circuit, its modifications are consistent with previously analyzed devices used as receivers in RCIEDs.  An external device or custom switching circuit would typically exploit the handset's audio output to receive an activation signal.  (001473-001474)

The IEDE lab has previously analyzed many SENAO SN-328 LRCTs.  The device under analysis is unique in that it contains modifications to exploit its audio circuity, which has not been observed on previously analyzed Senao SN-328 LRCT handsets.  Audio modifications such as this are most commonly observed on PMRs used as receivers in RCIEDs.  It is unclear if there are any further associations between these devices.  (001479)

**Q51 - LRCT handset (CEXC IZ/7935/06); FBI Laboratory Numbers: 061208606-Part 8, Revision 2, 10/19/2010**

Mr. Malloy will opine that the SENAO SN-328 LRCT handset has been modified to exploit its microphone input.  This modification may have been made to provide inputs from an external signal source; however, the device does not include an external signal source, and it is unclear if these modifications were made in order for the handset to be used in an IED.  Similar previously analyzed LRCT handsets used in IEDs typically exploited the call/page functionality or backlight display to switch power to a detonator output.  (001488, 001494-001495)

The IEDE lab has previously analyzed many SENAO SN-328 LRCTs.  The device under analysis is unique in that it contains modifications to exploit the handset's microphone input, which has not been observed on previously analyzed Senao SN-328 LRCT handsets.  An exploited microphone input is commonly used in RCIEDs as a signal input, or to provide feedback to the user of the device's status.  It is unclear if there are any further associations between these devices.  (001503)

**Q52 - LRCT handset (CEXC IZ/7935/06); FBI Laboratory Number: 061208606-Part**

9, Revision 2, 10/19/2010

The NOKIA 6150 LRCT handset has been modified for a non-standard power source and its speaker was removed. Four 1.2V rechargeable batteries were connected in series (4.8V total) and used to power the handset. Mr. Malloy will opine that the modification to use an external power source is typical of devices used as receivers in RCIEDs, and indicates that the handset was likely intended for use in an IED. Power circuitry modifications are most commonly observed on PMRs used as receivers in RCIEDs. An external device or custom switching circuit would typically exploit the handset's audio output to receive an activation signal. (001511-001512, 001516-001520, 001526)

**Q53 - LRCT handset (CEXC IZ/7935/06); FBI Laboratory Number: 061208606-Part 10, Revision 2, 10/19/2010**

Mr. Malloy will opine that the SENAO 3310 LRCT handset has been modified to allow exploitation of its audio output. Although the device does not include a custom switching circuit, its modifications are consistent with previously analyzed devices used as receivers in RCIEDs. Therefore, the device is likely intended to operate as a receiver in an IED. An external device or custom switching circuit would typically exploit the handset's audio output to receive an activation signal. Audio modifications such as this are most commonly observed on PMRs used as receivers in RCIEDs. (001534-001535, 001542-001543, 001550)

**Q203 - LRCT handset (CEXC IZ/7935/06); FBI Laboratory Number: 061208606-Part 98, Revision 1, 03/14/2011**

The Nokia 6150 LRCT handset has been modified to use a non-standard power source and its speaker was removed. Mr. Malloy will opine that these modifications are typical of devices used as receivers in RCIEDs. An external device or custom switching circuit would typically exploit the handset' s audio output to receive an activation signal. The IEDE lab has not confirmed that the handset was used in this manner, as it is unassociated with any custom circuitry and its audio output has not been exploited.

(001560, 001565-001568)

**Q97 - LRCT base station (CEXC IZ/7935/06); FBI Laboratory Number: 061208606-Part 29, Revision 1, 03/15/2011**

The device under analysis is a Senao SN-3310N LRCT base station.  There are no apparent modifications to the base station; therefore, it is unclear if the device was intended for use in an IED.  (001582)

**Q110 - LRCT base station (CEXC IZ/7935/06); FBI Laboratory Number: 061208606-Part 41, Revision 1, 01/28/2011**

The device under analysis is a Senao SN-32811 LRCT base station PCB and two documents containing images of the PCB.  All components have been removed from the PCB, rendering it non-operational.  It is unclear if the device is intended for use in an IED application.  (001604)

**Q111 - Custom LRCT base station (CEXC IZ/7935/06); FBI Laboratory Number: 061208606-Part 42, Revision 2, 04/12/2011**

The device under analysis is a partially populated custom LRCT base station PCB and is likely a replica of the Senao SN-32811 LRCT base station and used for prototyping purposes.  There are no apparent modifications to the PCB, therefore it is unclear whether the device was intended for use in an IED.  (001614-001615)

**Opinions Regarding Devices from CEXC # IZ 11836/07 and CEXC # IZ 12760/07**

**Response to AIA Additions for FBI Lab, Revision 2, 12/15/2010[5]**

Mr. Malloy will opine that the IED initiator used in this incident (CECX # IZ 11836/07 (4/6/07 IED Attack)) includes a DTMF-11 custom circuit that is an exact match to three circuits recovered in the Omar Cache (CEXC # IZ 7935/06).  The circuits all have nearly identical traces, share a common set of electrical components, and function

---

[5] This report is the first report in Exhibit D.

identically.  It is likely that the same person, or people working closely together or following similar instructions, is responsible for creating these devices.  Furthermore, the circuits were likely manufactured using the same processes.  Mr. Malloy will opine there is a strong possibility that the circuit used in CEXC # IZ 11836/07 was created using the materials in the Omar Cache (CEXC # IZ 7935/06).  (000472-000473)

**Response to AIA Additions for FBI Lab, Revision 2, 12/15/2010**

Mr. Malloy will opine that the IED electronic switch used in this incident (CEXC # IZ 12760/07 (5/14/07 IED Attack)) includes a DTMF-11 custom circuit that is very similar to three custom circuits recovered in the Omar Cache (CEXC # IZ 7935/06).  The custom circuits have subtle differences in their trace layouts, but otherwise use a common set of components and function identically.  It is possible that the same person, or people working closely together or following similar instructions, is responsible for creating these circuits.  Furthermore, the circuit used in CECX # IZ 12760/07 could have been manufactured using the material recovered in the Omar Cache (CEXC # IZ 7935/06).  (000473-000474)

<u>**Opinions Regarding Device from CEXC # IZ 16237/07**</u>

**Q88 - DTMF 11 CB with 5 outputs (CEXC IZ/16237/07)/080104807-Part 6, 9/22/2011**

The device under analysis is a DTMF decoder custom circuit (Figure 1).  Mr. Malloy will opine that the custom circuit is likely designed to exploit a wireless receiver, such as a mobile phone or PMR, to function as a receiver in an RCIED.  Notably, the device implements five independent detonator outputs, which is unusual for a DTMF decoder custom circuit.  (001629-001630, 001634-001637)

Mr. Malloy will opine that, with the device configured as shown in the schematic diagram in Section 5.3, it functions as a receiver in an RCIED as follows: Once power is applied, the device is immediately armed and ready to receive one or more activation digits (DTMF 1, 3, 5, 7, or 9) from a wireless receiver.  Each activation digit controls a separate detonator output, providing the user with control over five independent outputs.  When the circuit receives an activation digit, it switches power to the corresponding detonator output.

(001639-001640)

## Opinions Regarding IED-Relevant Emails

### Email 110908

### Email 110908 Rev 2, 11/20/2014

Mr. Malloy will opine that the image included in Email 110908[6] appears to be the result of a computer aided design (CAD) tool used to help layout an electrical circuit that will eventually be used to create circuit boards.  (001648, 001657)

The image from Email 110908[6] and a physical document known as FBI Lab#100115604 (Ql84), CEXC # IZ 26434/09[8] were compared and all markings and position of electrical pads and traces in both images appear to be identical.  (001651, 001657)

The image from Email 110908 and the circuit board submitted in FBI Lab# 091222742 (Q107), CEXC # IZ 26434/09[8] were compared and found to be consistent. Nearly all of the components match, and the electrical traces and component pads are in similar locations.  They are not an exact match, but because they are very close with only minor differences, it is possible these two circuits represent revision changes.  One minor difference is the relocation of some of the component markings to within the border of the circuit board.  (001654, 001657)

Mr. Malloy will opine that the circuit depicted in Email 110908 was found to be consistent with four variations of IEDs recovered in Iraq in 2008 and 2009, and processed by the Combined Explosives Exploitation Cell (CEXC) formerly stationed in Iraq and the Terrorist Explosives Device Analytical Center (TEDAC).  (001651-001657)

### Underlying Reports for Email 110908

**FBI Laboratory Number: 091222742-Part 26 (Q107)**
**CEXC Number: CEXC # IZ 26434/09[8]**

---

[6] Email 110908 was found in account john_john2008812@yahoo.com and was produced to the defense in Bates# 004970, 008616, and AIA Emails 1327/1338

Mr. Malloy will testify that the custom circuit is intended for use in conjunction with a wireless device, such as a mobile phone, to operate as a Radio Controlled Improvised Explosive Device (RCIED).  When connected to a wireless receiver, such as a mobile phone, the custom circuit can operate as part of a DTMF, Radio Controlled IED (RCIED). When assembled, and connected as shown in the schematic in Appendix A, the device operates as a DTMF RCIED. (001666, 001670-001671, 001679)

**FBI Laboratory Number: 100115604 (Q184)**
**CEXC Number: CEXC # IZ 26434/09[8]**

Mr. Malloy will opine that the DTMF decoder custom circuit trace layouts on page 6 and 9 (identified as Circuit A) are nearly identical to several custom circuits previously analyzed by TEDAC.  The custom circuits share the following characteristics: nearly identical component layouts and etched traces and main components including microcontroller – P/N: PIC16F630, DTMF Decoder – P/N: 8870, Transistors – P/N: BDxxx, C1815, Crystal 3.579545 MHz, Various Diodes – P/N: 1N4007, and LEDs – Red, Green.  (001687, 001690, 001692-001694).

The DTMF decoder custom circuit identified as Circuit B is a mirror image design of six previously analyzed custom circuit boards.  The custom circuits share nearly identical trace routing, with the exception of a minor trace variation, and share the following characteristics: nearly identical component layouts and traces routing and main components including microcontroller – P/N: PIC16F628, DTMF Decoder – P/N: 8870, transistors – P/N: BDxxx, C1815, crystal 3.579545 MHz, various Diodes – P/N: 1N4007, LEDs – Red, Green.  (001695-001697)

**Email 101808**

**RFS ID Number: 2015-148, 2016-143 Rev 3, 1/30/2017**

The submitted images depict four different IED trace layouts; two DTMF decoder custom circuits, a transistor controlled relay custom circuit, and a timer custom circuit. (001718-001719)

Mr. Malloy will opine that the transistor controlled relay custom circuit trace layout

on page 4 of email 101808[7] is nearly identical to 229 previously observed custom switching circuits from a cache submission (FBI Lab# 091222742-Part 23, CEXC # IZ 26434/09[8]. The custom circuits share the same component layouts and etched traces.  The custom switching circuits from the cache have an additional etched marking "04" on the bottom of the PCB.  The files used to produce the custom switching circuits and the submitted trace layout are likely originated from the same design.  The etched marking on the bottom of the PCB indicates multiple design files are available to fabricate the board. (001725-001726)

Mr. Malloy will opine that the timer custom circuit trace layout on page 3 of the email 101808 is similar to three custom circuits from Custom Switching Circuits (308) in 091222742-Part 19, CEXC # IZ 26434/09[8] and Custom Switching Circuits (221) in 091222742-Part 20, CEXC # IZ 26434/09[8].  The devices are likely originated from the same IED design because of similarities in component layout and placements, distinct trace runs, and geometric shape pads.  Variations in etched markings, minor traces, PCB materials, and solder mask indicate the devices were produced by different bomb-makers. (001727-001729)

The DTMF decoder custom circuit trace layout on page 2 of email 101808 has been categorized by CEXC Iraq as a DTMF-18D and is nearly identical to 150 unpopulated DTMF decoder custom circuits in FBI Lab# 091222742-Part 25, IZ CEXC # IZ 26434/09[8]. The additional etched marking "03" on the custom switching circuits from the cache CEXC # IZ 26434/09[8]  indicates multiple design files are available to fabricate the custom board. The files used to produce these custom boards are likely made by the same IED designer. Variations in etched marking and PCB materials indicate the devices were produced by different bomb-makers.  (001722, 001729-001732)

---

[7] Email 101808 was found in account hasan_j79@yahoo.com and was produced to the defense in Bates # 013376, 033463, and AIA Email 1186-1188.

[8] The Government refers to CEXC # IZ 26434/09 as the "Rabie Cache" due to its location on Rabie Street.

The DTMF decoder custom circuit trace layout on page 5 of email 101808 has been categorized by CEXC Iraq as a DTMF-18D.  It is nearly identical to the DTMF Decoder Custom Circuit in FBI Lab # 091222742-Part 24, CEXC # IZ 26434/09[8] (Q70, Q101) and 91 unpopulated DTMF decoder custom circuits in FBI Lab# 091222742-Part 26, CEXC # IZ 26434/09[8].  The files used to produce these custom boards are likely made by the same IED designer.  Variations in markings, board traces, color, and PCB materials indicate the devices were produced by different bomb-makers.  (001725, 001732-001733, 001736-001737)

The DTMF decoder custom circuit trace layout on page 5 of email 101808 is also nearly identical to the DTMF Decoder Custom Circuit Trace Layout in FBI Lab # 100115604 IZ, CEXC # IZ 26434/09[8] (Q184) and the DTMF Decoder Custom Circuit Trace Layout in Email 110908C.  (001732-001735)

**Underlying Reports for 2015-148, 2016-143**

**FBI Laboratory Number: 091222742-Part 23/IZ 26434/09[8] (Q100)**

Mr. Malloy will opine that the submission consists of 229 unpopulated custom circuits that can be used in the construction of IEDs.  The custom circuits are designed to provide a basic switching capability, and their overall functionality (radio controlled, victim operated, or time delayed) would be determined based on the connected triggering device.  (001753)

Mr. Malloy will opine that, when assembled, and connected as shown in the schematic in Appendix A, the device operates as a basic switching circuit.  When the custom circuit receives a triggering signal (radio controlled, victim operated, or time delayed, depending upon the connected device), the custom circuit will switch power to the detonator output.  It is likely that a Light-Emitting Diode (LED) illuminates to provide a visible indication of custom circuit activation. (001753, 001764)

**FBI Laboratory Number: 091222742-Part 19/IZ 26434/09[8] (Q97)**

Mr. Malloy will opine that the submission consists of 308 unpopulated custom circuits that, based on circuit trace analysis and a similar, previously analyzed device,

- 40 -

appear to be designed as switched output circuits and are likely intended to be used in an Improvised Explosive Device (IED). (001768)

Mr. Malloy will opine that, with the custom circuit configured as shown in the schematic in Appendix A, it will operate as a switching circuit in an IED in the following manner: The user would deploy the device and press the custom circuit's pushbutton switch to initiate the safe-to-arm delay. After the delay expires, the device is armed and awaiting an input signal. When the custom circuit receives the input signal, power is then applied to the detonator output. (001771, 001777)

**FBI Laboratory Number: 091222742-Part 20/IZ 26434/09[8] (Q98)**

Mr. Malloy will opine that the submission consists of 221 unpopulated custom circuits that, based on circuit analysis and similar, previously analyzed devices, appear to be designed as switched output circuits and are likely intended to be used in an IED. (001781)

Mr. Malloy will opine that, with the custom circuit configured as shown in the schematic in Appendix A, it will operate as a switching circuit in an IED in the following manner: The user would deploy the device and press the custom circuit's pushbutton switch to initiate the safe-to-arm delay.  After the delay expires, the device is armed and awaiting an input signal.  When the custom circuit receives the input signal, power is then applied to the detonator output.  (001786, 001793)

**FBI Laboratory Number: 091222742-Part 25/IZ 26434/09[8] (Q102)**

The submission consists of 150 identical Dual-Tone Multi-Frequency (DTMF) decoder custom circuit boards, of which only one board is populated with components. Mr. Malloy will opine that the custom circuit is intended for use in conjunction with a wireless device, such as a mobile phone, to operate as a RCIED.  (001797)

Mr. Malloy will opine that, when configured as shown in the schematic in Appendix A, the custom circuit would function as a DTMF RCIED in the following manner: When the custom circuit is powered and the safe-to arm delay has expired, it will wait to receive an incoming call from the transmitting phone.  Once a connection is established, the circuit

switches power to the detonator output upon receipt of the DTMF activation sequence. (001804, 001813)

**FBI Laboratory Number: 091222742-Part 24/IZ 26434/09[8] (Q70, Q101)**

The submission consists of 13 Dual-Tone Multi-Frequency (DTMF) Decoder custom circuits categorized by CEXC Iraq as a DTMF 18D.  Mr. Malloy will opine that each custom circuit can be combined with a wireless receiver, such as a mobile phone, to operate as a DTMF RCIED.  (001817)

Mr. Malloy will opine that, when assembled and connected as shown in the schematic in Appendix A, the device operates as a DTMF RCIED.  When the custom circuit receives the DTMF activation signal, it will switch power to the detonator output. The custom circuit includes several LEDs that likely provide status information (such as indicating the safe-to-arm delay or detonation states).  If connected to a mobile phone or other two-way device, the custom circuit likely provides an audio feedback signal to the user, via the microphone input.  (001823, 001834)

**Email 090208**

**Email 090208 , Rev 1, 7/1/2014**

Mr. Malloy will opine that the document Email 090208[9] (Appendix A) appears to be a shopping or parts list to create 2,000 DTMF circuits or devices.  The translated parts list does not appear to contain all of the components required to create a fully functioning DTMF circuit.  A power source or power sources, voltage regulation, and additional discrete components, such as capacitors and resistors, would be expected to support the MT8870 dual-tone multi-frequency (DTMF) and microcontroller (PIC16F630 or PIC16F628).  (001838, 001848)

Each of the 2,000 circuits would contain one microcontroller, either a PIC16F630 or PIC16F628, one MT8870 DTMF receiver/decoder, one 3.579454 MHz crystal, one

---

[9] Email 090208 was found in account john_john2008812@yahoo.com and was produced to the defense in Bates # 004989 and AIA Emails 1182-1185.

BD680 PNP and BD681 NPN Darlington transistors, two 9 volt battery clips, and two 4.7 resistors (exact values unknown).  (001838-001840)

**Email 082609**

**Email 082609, Rev 1, 6/20/2014**

Mr. Malloy will opine that the document Email 082609[10] appears to be an invoice to purchase 14 different types of Radio Frequency (RF) modules with a quantity of two each (items 1-14), and a variety of computer related items (items 15-38).  TEDAC has processed 10 of the 14 RF modules types listed, and at the time of this report they have all been part of one submission, FBI Lab# 091222742, IZ 26434/09[8].  This submission was originally recovered in Iraq, and processed by CEXC before being submitted to TEDAC.  (001863-001874, 001876-001878)

Although it is impossible to determine with certainty if these RF modules were to be used in IEDs, it is worth noting that several items submitted in FBI Lab# 091222742, CEXC # IZ 26434/09[8] appear to be, to include Q61 (Figure 13) which is identified as a potential Victim Operated, DTMF RCIED that includes a RF module, although of a different type then those in Email 082609.  (001863, 001875)

**Underlying Report for Email 082609**

**FBI Laboratory Number: 091222742-Part 12/IZ 26434/09[8] (Q61)**

The submitted device consists of a professionally manufactured wireless narrowband Frequency Modulation (FM) DTMF receiver, a DTMF decoder custom Circuit that has been categorized by CEXC Iraq as a DTMF-18D, and a Paradox PA-461 Passive Infrared (PIR) motion detector.  Mr. Malloy will opine that the receiver provides all wireless communication and may be capable of operating as a RCIED, as seen from previous submissions.  The DTMF custom circuit and PIR detector provide a second

_____

[10] Email 082609 was found in account john_john2008812@yahoo.com and was produced to the defense in Bates # 005017-005019 and AIA Emails 1266-1272.

1   independently controlled switched output, and are combined with the receiver for increased

2   operational flexibility as a Victim Operated IED (VOIED).   (001911-001913, 001926,

3   001936-001937, 001942-001944, 001961)

4   **Email 072409**

5   **Email 072409, Rev 1, 7/22/2014**

6          Mr. Malloy will opine that the document Email 072409[11] (Appendix A) appears to

7   be a price list for 11 different types of KYL Radio Frequency (RF) data transceiver modules

8   provided by Shenzhen KYL Communication Equipment Co., Ltd. (001964, 001975-001977)

9          TEDAC has processed eight of the 11 RF modules types listed, and at the time of

10  this report they have all been part of one submission, FBI Lab # 091222742 (CEXC # IZ

11  26434/09)[8].   Although it is impossible to determine with certainty if these RF modules

12  were to be used in IEDs, it is worth noting that several items submitted in the same

13  submission appear to be.   (001964)

14  **Email 073009**

15  **Email 073009, Rev 1, 7/22/2014**

16         Mr. Malloy will opine that the document Email 073009[12] appears to contain

17  reference to three user manuals for three types of Radio Frequency (RF) modules.  The RF

18  modules listed are SRWF-508, SRWF-1028 and SRWF-1108.  TEDAC has processed

19  these three types of RF modules, and at the time of this report they have all been part of

20  one submission, FBI Lab# 091222742 (CEXC # IZ 26434/09)[8].  Although it is impossible

21  to determine with certainty if these RF modules were to be used in IEDs, it is worth noting

22  that several items in the same submission appear to be.  (001989-001995)

23         *5.  Christopher Graham and Steve Luhowy*

24

25  [11] Email 072409 was found in account john_john2008812@yahoo.com and was produced
26  to the defense in Bates # 005083 and  014821-014827.

27  [12] Email 073009 was found in account john_john2008812@yahoo.com and was produced
    to the defense in Bates # 005055 and 011930.

28

As to Christopher Graham and Steven Luhowy, both witnesses have been noticed as fact and expert witnesses. Their testimony will be based on their personal knowledge of the items recovered in the cache as well as their education, training, and experience as electrical engineers. Although grouped together in this response, it is simply done to avoid duplicity and answer perceived objections to their testimony. The United States does not intend to elicit answers on these points from both witnesses.

Mssrs. Graham and Luhowy will explain the components, parts and purpose of an IED. (See Exhibit A, WTI handbook, version 2, pages 000150, 000156, 000170, 000191-000194, 000218-000222, 000227-000228, 000237-000241, 000245-000247.) One of the experts may describe the creation and use of CEXC in Iraq to provide contemporaneous forensic analysis of insurgency devices, including IEDs. (See Exhibit A, WTI handbook, version 2, pages 000150, 000156, 000158, 000218-000222, 000237-000241, and 000245-000247.) There will be descriptions of the general protocol used in the forensic analysis in the field, and the specific analysis of certain items submitted to CEXC while they were stationed in Iraq. (See Exhibit A, WTI handbook, version 2, pages 000156, 000159, 0000206-000212, 000218-000222, 000227-000228, 000237-000241 and various materials provided to defense in classified discovery.) Mr. Graham will explain the creation, manufacturing process, and use of a dual-tone multi-frequency (DTMF) board (See Exhibit A, WTI handbook, version 2, pages 000195-000199, 000241 and 000408; WTI Lexicon dated June 2007, pages 000075 and 000092-000094; WTI Lexicon dated December 2008, pages 000024-000029; and Exhibit E, pages 002011-002097), and opine regarding the purpose and use of DTMF boards in IEDs and/or radio controlled improvised explosive devices. (See Exhibit A, WTI handbook, version 2, pages 000192, 000238, 000354-000355, 000408; the WTI Lexicon dated December 2008, pages 000027-000029.) He will opine about the different categorizations/numbers given to the DTMF boards and the process to create a new categorization. (See Exhibit A, WTI handbook, version 2, pages 000158, 000241, 000338, 000354-000355; and Exhibit E, pages 002011-002097.) They will also testify regarding the evolution of various boards based upon their experiences,

observations, and examinations. (See Exhibit A, WTI handbook, version 2, pages 000158, 000241, and Exhibit E, pages 002011-002097.)   They will opine comparing items, evidence, boards and schematics submitted to CEXC for review, identifying their similarities and differences. (See Exhibit A, WTI handbook, version 2, pages 000156-000157, 000158, 000204-000205, 000206-000212, 000227-000228, 000237-000241, 000245-000247, 000303, 000309-000313, 000338, 000366; WTI Lexicon dated June 2007, pages 000075; and 000090-000095; and WTI Lexicon dated December 2008, pages 000007; and 000024-000029.) In addition, as noticed both Mssrs. Graham and Luhowy's testimony will also be reliant on certain TEDAC reports for the comparison of evidence, boards and to opine that the Omar Cache was an IED manufacturing site.  Specifically, those reports are contained in Exhibit D, and include: on Response to AIA Additions for FBI Lab Revision 2, 12/15/2010 (000463-000472); Q140 (Analysis Summary of IED Instruction Manual) (00567-000599, 000599-000603); Q38 (FBI Lab 061208606- Part 1, Revision 2, 10/19/10) (000905, 000913, 000914-, 000925, 000918); Q39, Q40, Q43 (FBI Lab 061208606-Part 2, Revision 2, 10/19/10) (000685, 000693, 000709, 000693-000697); Q41 (FBI Lab 061208606-Part 4, Revision 2, 10/19/10) (000971, 000975, 000979); Q44, Q45, Q46 (FBI Lab 061208606-Part 4, Revision 2, 10/19/10)(000714, 000720, 000734, 000720-000722); Q83, Q84 (FBI Lab 061208606-Part 56, Revision 1, 3/25/11)(001128, 001137, 001144, 001140-001142); Q102 (FBI Lab 061208606-Part 34, Revision 1, 1/5/11)(001083, 001087-001088, 001089, 001104, 001095-001096); Q109 (FBI Lab 061208606-Part 40, Revision 1, 1/6/11)(000983, 000992, 000993, 000997, 000993-000994); Q154 (FBI Lab 061208606-Part 48, Revision 1, 1/27/11)(001109, 001115, 001117, 001120); Q155 (FBI Lab 061208606-Part 49, Revision 1, 2/10/11)(000739, 000745, 000758, 000745-000747); Q156 (FBI Lab 061208606-Part 50, Revision 1, 1/2/11)(000763, 000769, 000781, 000769-000771); Q157 (FBI Lab 061208606-Part 51, Revision 1, 1/28/11)(000827, 000833, 000838, 000833-000834); Q158 (FBI Lab 061208606-Part 52, Revision 1, 1/17/11)(000843, 000847, 000960, 000847-000849); Q163 (FBI Lab 061208606-Part 55, Revision 1, 1/6/11)(000786, 000790, 000804, 000791,

000793); Q170, Q172 (FBI Lab 061208606-Part 65, Revision 1, 1/19/11)(000931, 000939, 000940, 000941, 000953, 000947-000949, 000949-000950); Q171 (FBI Lab 061208606-Part 63, Revision 1, 1/17/11)(000865, 000877, 000868, 000869-000870); Q13 (FBI Lab 061208606-Part 67, Revision 1, 3/23/11)(000553, 000558-000564); Q18 (FBI Lab 061208606-Part 72, Revision 1, 2/22/11)(000547); Q35 (FBI Lab 061208606-Part 14, Revision 2, 10/20/10)(001315, 001321, 001325-001326); Q36 (FBI Lab 061208606-Part 13, Revision 2, 10/20/10)(001335, 001342, 001345-001346); Q37 (FBI Lab 061208606-Part 15, Revision 2, 10/20/10)(001354, 001360, 001363-001364); Q42 (FBI Lab 061208606-Part 5, Revision 2, 10/19/10)(001002, 0001009, 001018, 001013-001015, 001016); Q47 (FBI Lab 061208606-Part 11, Revision 2, 10/20/10)( 001372, 001379); Q48 (FBI Lab 061208606-Part 12, Revision 1, 7/16/10)( 001389, 001394); Q49 (FBI Lab 061208606-Part 7, Revision 2, 10/19/10)( 001465, 001473-001474, 001479); Q50 (FBI Lab 061208606-Part 18, Revision 2, 10/20/10)( 001448, 001456-001457); Q51 (FBI Lab 061208606-Part 8, Revision 2, 10/19/10)( 001488, 001494-001495, 001503); Q53 (FBI Lab 061208606-Part 10, Revision 2, 10/19/10)(001534-001535, 001543, 001550); Q57 (FBI Lab 061208606-Part 17, Revision 2, 10/20/10)( 001183, 001203-001205); Q59 (FBI Lab 061208606-Part 16, Revision 2, 10/20/10)( 001043, 001049, 001053-001055; Q110 (FBI Lab 061208606-Part 41, Revision 1, 1/28/11)( 001604); Q111 (FBI Lab 061208606-Part 42, Revision 2, 4/12/11)(001614-001615); Q142 (FBI Lab 061208606-Part 43, Revision 1, 12/30/10)( 000486-000498); Q143 (FBI Lab 061208606-Part 44, Revision 2, 1/18/2011)( 001238, 001243); Q153 (FBI Lab 061208606-Part 47, Revision 1, 01/04/2011)(001063, 001068, 001072-001074); Q162 (FBI Lab 061208606-Part 54, Revision 1, 12/29/2010)(000498); Q167 (FBI Lab 061208606-Part 59, Revision 1, 01/18/2011)(001261);   Q168   (FBI   Lab   061208606-Part   60,   Revision   1, 01/18/2011)(001281);   Q169   (FBI   Lab   061208606-Part   60,   Revision   1, 01/18/2011)(001302);   Q190   (FBI   Lab   061208606-Part   84,   Revision   1, 03/23/2011)(000957, 000963, 000964-000965); Q203 (FBI Lab 061208606-Part 98, Revision 1, 03/14/2011)(001560, 001565-001568); Q211 (FBI Lab 061208606-Part 102,

Revision 1, 02/24/2011)(000527, 000533); Q140 (FBI Lab 061208606 (Q140)-RFS ID Number: 2016-016, Revision 2, 05/21/2017)( 000627-000630, 000624, 000631, 000624, 000631, 000636-000644); Q22 (RFS ID Number: 2015-058  "RCIED: DTMF Decoder Custom Circuits, AC Power Interrupter Custom Circuit", Revision 1, 05/12/2015)( 000614, 000619, 000620, 000625, 000625-000626, 000622); and Q112 (FBI Lab 061208606-Part 24, 10/20/2010; FBI Lab 061208606-Part 23, 11/05/2010)(000649-000651, 000649, 000652-000654, 000661, 000665-000767, 000665, 000667, 000676).

There will be expert opinions on the cache items located in Iraq (relevant to this case), based upon their experience, observations, and analysis regarding the use of these kinds of materials in insurgency devices against coalition forces versus legitimate purposes. (See Exhibit A, WTI handbook, version 2, pages 000173, 000186, 000227-000228, 000237; see list above for Q numbers and corresponding reports.)  In addition, there will be testimony relating to the availability of the items located in the caches in Iraq between 2006 and 2009. (See Exhibit A, WTI handbook, version 2, pages 000173, 000186, 000237, and 000408-000409.)

The United States has provided to defense and incorporates into this response the WTI Handbook, Version I and II, and the WTI Improvised Explosive Device Lexicon, dated June 6, 2007, and December 2008, and DTMF 1-21 Recognition Guide.

*6. Evan Kohlmann*

Mr. Kohlmann's report is attached as Exhibit F.  The page numbers following each paragraph refer to page numbers in that report.  The following is a summary of the opinions Mr. Kohlmann will provide:

Mr. Kohlmann will testify that the 1920 Revolution Brigades (Brigades) originated in the early 20th century when Iraqis fought for independence from British colonial rule. He will explain how the anti-British rebellion was strongly nationalist in tenor, and involved cooperation from almost all of Iraq's various ethnic and religious sects.  Mr. Kohlmann will further explain that the Brigades was one of the first Sunni rebel groups to reappear shortly after U.S. forces arrived in Iraq.  He will explain how by invoking the

legacy of the anti-colonial struggle for independence the 1920 Revolution Brigades established itself as a non-sectarian Sunni nationalist movement.    (Exhibit F, pages 002103-002105.)

Mr. Kohlmann will testify regarding the Brigades resurgence on May 9, 2003, only one month after the fall of Baghdad.  He will opine that this coincided with the day that the United States and United Kingdom presented a blueprint to the United Nations Security Council outlining their plan to rebuild the government and infrastructure of Iraq which thereby established them as occupying powers.  (Exhibit F, pages 002103-002105.)

Mr. Kohlmann will testify that a variety of rebel and insurgent organizations arose, including the Brigades, to challenge the authority of the United States and the emerging government of Iraq.  He will opine how many of the insurgents who took up arms were from restive, alienated Sunni areas of northern, western, and central Iraq as the result of the dominance of Shiite leaders in the new government and the purging of Baath officials from the government who were loyal to Saddam.  He will further opine that the Sunni insurgent organizations that appeared in Iraq between 2003 and 2005 ranged from hardline jihadi extremist factions to more nationalist-inclined rebel groups made up largely of former members of the Saddam-era Iraqi military and other governmental agencies. (Exhibit F, pages 002103-002105.)

Mr. Kohlmann will opine that the ideology of the Brigades is nationalistic and how the primary goal was to drive the occupation forces from Iraq.  He will explain the Brigades never shied away from invoking the language of jihad, or holy struggle to accomplish this goal.    He will describe how the Brigades used its official Internet websites, online magazines, and communiqués in order to elaborate on their ideological principles.  Mr. Kohlmann will also describe online forums utilized by the Brigades and other insurgent groups to distribute their message. Mr. Kohlmann will explain how Al-Hesbah forum was one of these sites, until it was closed down, and was known to be used by the Brigades.  He will further explain how the site was quickly replaced by the "Fallujah Islamic Network" also known as Al-Faloja.  (Exhibit F, pages 002105-002109 and 002118-002123.)

Mr. Kohlmann will opine about the relationship of the Brigades with other insurgent groups in Iraq and where the Brigades sat in the spectrum of insurgent groups. He will testify about the relationship with other Sunni rebel groups including Al-Qaida and the Islamic State of Iraq (ISI). He will describe how the relationship with Al-Qaida soured and the reasons for the change. And that despite this change, the primary goal of the Brigades, to remove occupation forces from Iraq, never changed. As the conflict between the Brigades and the ISI continued to fester, the leaders of the Brigades spurred on the formation of a new Sunni insurgent alliance and in September 2007, the new alliance was publicly revealed as the "Front for Jihad and Change." Despite the persistent infighting with Al-Qaida, Brigades leaders continued to emphasize the goal of absolute solidarity among insurgents against the American occupation of Iraq. (Exhibit F, pages 002118-002121.)

Mr. Kohlmann will testify regarding the leadership of the Brigades and opine how the Brigades was more cautious about publicly identifying the senior leaders of its movement. He will identify leaders who have been actually named in its propaganda; specifically, Dr. Abdallah Sulayman al-Omari, Abdullah al-Ani and Harith al-Dhari. Dr. al-Omeri Al-Ani were considered official spokesmen and al-Dhari a military commander. (Exhibit F, pages 002110-002113.)

Mr. Kohlmann will explain the tactics used by the Brigades to accomplish its goal and how the group primarily targeted the U.S. military using mortars, rockets, snipers, and, most frequently, Improvised Explosive Devices (IEDs) as their preferred military tactics. He will describe how IEDs were routinely featured in the group's propaganda releases. He will further explain that between 2007 and 2011, the official media wing of the 1920 Brigades published a total of at least 55 separate video clips depicting individual IED attacks in Iraq, the vast majority of which targeted U.S. military vehicles. (Exhibit F, pages 002116-002118.)

Mr. Kohlmann will testify about the area where the Brigades operated He will further describe how the Brigades established fighting units across large swaths of

northern, central, and western Iraq—including in many of Iraq's major urban areas.   He will opine that the locations of these fighting units closely correspond with the number of attacks and enemy casualties published by the group.   Based on publications, he will identify the names of Brigades' units and their specific areas of operation.   (Exhibit F, pages 002116-002118.)

Conclusion

A.   *Exclusion of the Expert Testimony is Not Warranted*

The government's previous expert disclosures, along with the information provided herein, more than satisfy the letter and the spirit of Rule 16.  The defendant has failed to establish that the government has violated the requirements of Rule 16(a)(1)(G).   The defendant cannot establish surprise or prejudice, or provide any other basis for excluding the testimony of the complained-of expert witnesses.   Furthermore, this Court has discretion to fashion a less drastic remedy if it deems that there has been a violation.  For all of these reasons, the government respectfully requests that the Court overrule the defendant's objections.

Respectfully submitted this 19th day of August, 2017.

ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona

*s/ David Pimsner*
*s/ Melissa Karlen*
*s/ Bill C. Solomon*
DAVID A. PIMSNER
MELISSA KARLEN
BILL C. SOLOMON
Assistant U.S. Attorneys

1

**CERTIFICATE OF SERVICE**

2

3

I hereby certify that on the 19th day of August, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and that true and accurate copies have been transmitted electronically to counsel for the defendant via the ECF system.

4

5

Gregory Bartolomei
Jon Sands
Molly Karlin
Jami Johnson

6

7

Attorneys for Defendant

8

 s/DAP
U.S. Attorney's Office

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28