## ⚠ **CAUTION**

ONLY USE THE AUDIOVOX-APPROVED RECHARGER WHEN RE-CHARGING THE NICKEL METAL HYDRIDE (NiMH) BATTERY PACK. USE ONLY THE AUDIOVOX RECHARGEABLE BATTERY PACK AP-PROVED FOR THIS UNIT. DO NOT USE THE AUDIOVOX CHARGER WITH OTHER BRANDS OF BATTERIES.

AVOID PLACING THE GMRS-7000 RADIO TRANSCEIVER FOR PRO-LONGED PERIODS OF TIME IN DIRECT SUNLIGHT OR TEMPERA-TURES BELOW -4° F (-20° C) OR ABOVE 140 ° F (60° C).

KEEP THE ANTENNA AT 1 INCH (2.5 cm) AWAY FROM YOUR HEAD AND BODY. DO NOT USE YOUR GMRS-7000 RADIO TRANSCEIVER WITH A DAMAGED ANTENNA.PLACE THE RUBBER COVER ON JACKS WHEN NOT IN USE.

**GMRS LICENSE:**

USE OF THIS RADIO WITHIN THE UNITED STATES REQUIRES AN FCC GMRS LICENSE. AN INDIVIDUAL18 YEARS OF AGE OR OLDER, WHO IS NOT A REPRESENTATAIVE OF A FOREIGN GOVERNMENT, IS ELIGIBLE TO APPLY FOR A GMRS SYSTEM LICENSE. YOU WILL NEED TWO FORMS FROM THE FCC; FCC FORM 159 AND FCC FORM 605 MAIN FORM AND SCHEDULE F. YOU CAN FIND THE FORMS ONLINE AT: HTTP://WWW.FCC.GOV/FORMPAGE.HTML, OR CALL 1-800-418-3676.

**POWER SETTING (Refer to Page 12.)**
Your GMRS-7000 can operate at two power levels: High (2W) and Low (0.5W). You will find that for the majority of your needs, the low-power setting will provide adequate communications and there should seldom be any need to use high power, except in situations where you need absolute maximum range. Using low power will greatly extend battery life. We suggest you experiment with switching between low and high power. However, we do recommend that you **not change** this setting unless it proves to be necessary in your particular situation.

EXPERT 001211

## Model GMRS-7000   (FCC License Required)



**1.** Battery Pack
**2.** Monitor (**M**)/Backlight Button
**3.** Carry Clip Stud
**4.** Push-To-Talk (**PTT**) Button
**5.** Antenna
**6.** External Speaker(**SPK**)/Microphone (**MIC**) Jack
**7.** Built-in Speaker
**8.** Liquid Crystal Display (LCD)
**9.** Built-in Microphone
**10.** Up Channel/Volume Button
**11.** Down Channel/Volume Button

**12. MODE** Button
**13. SCAN**/Lock Button
**14.** Emergency (**EMG**) Call Button
**15.** Power On/Off Control
**16.** Combination Transmit Indicator (Red)/Receive and Monitor Indicator (Green)
**17.** Battery Pack Charging Jack (**CHG**)
**18.** Battery Pack Charging Contacts

EXPERT 001212

## Model GMRS-7000 DISPLAY



1. **Key Lock Indicator:** Icon appears when the keypad is locked. This function disables keys such as channel up/down and MODE.
2. **Monitor Indicator:** Icon appears when the Monitor (**M**) button is pressed and the channel monitor function is activated.
3. **Dual Watch Mode Indicator:** Indicator appears when dual watch mode is active.
4. **Voice Activated Transmission (VOX) Indicator:** This function allows hands free conversation. The indicator appears when the VOX mode is activated.
5. **Battery Level Indicator:** Icon indicates the battery charge level.
6. **Out of Range Indicator:** Icon will be on steady when received signal strength is normal; icon flashes when signal strength becomes weak and intermittant.
7. **Large Segment Display:** Indicates the channel number in use.
8. **Signal Strength Indicator:** Icon appears when a signal is being received. The icon consists of five bars to indicate the received signal level.
9. **Emergency Indicator:** EMG Icon appears when the EMG button is pressed. (The frequency is **NOT** monitored by authorities).

4

10. **Weather Mode Indicator:** Icon will be on steady when in the weather band mode. The icon will blink when in the GMRS mode with the alert active.

11. **HI/LO Indictors:** Appropriate icon appears when the transmit power is set to desired output power.

12. **Caller Identification (ID) Indicator:** This indication appears when you select a caller identification code (between 1 and 10). ID selection operates in conjunction with the small segment display, and can also be used to identify a calling party in the monitor mode.

13. **Coded Tone Controlled Squelch System (CTC) Indicator:** Indicator appears when the CTCSS tone function is active.

14. **Small Segment Display:** Displays the CTCSS tone option in the channel from (00-38).

15. **Scan Indicator:** This function allows the user to scan a channel and/or a tone code every .5 second to search for a valid signal.

16. **Beep Tone Indicator:** Icon appears when beep button confirmation tone is selected; icon disappears when tone is off.

17. **RogerBeep Tone On/Off Indicator:** This icon appears when the Roger Beep tone is on, and disappears when tone is not in use.

## Powering the transceiver:

Your GMRS-7000 radio transceiver operates on an NiMH rechargeable battery pack. Only Audiovox-approved rechargeable batteries can be recharged in the radio transceiver using the charging Adapter supplied with the unit. This will ensure optimum performance for the GMRS-7000. Use of the Audiovox Adapter with other brands of batteries is not recommended.

### Batteries

The GMRS-7000 is powered by:

Audiovox Rechargeable NiMH Battery Pack - (Rechargeable NiMH battery pack and Charging Adapter included). Use only the Audiovox-approved rechargeable battery pack and charger when charging the battery pack internal to the unit.

EXPERT 001214

**NOTE:** To extend battery life, avoid overcharging the battery pack.

**Installing the battery pack:**

Battery pack installation is made more convenient when the carry clip is removed.  To do this, press down on the spring latch securing the clip to radio and slide the clip downward and away from the mounting stud.   Next, at the battery pack retaining clip, press up with the thumb to release the top of the battery pack and lift off the entire pack assembly.



1. Using thumb, press up on battery retaining clip to release top of battery pack.

2. While holding retaining clip up, grasp battery pack tabs with other hand and lift battery pack up and off unit.

3. Insert bottom of battery pack into bottom of compartment; then press top into place until retaining clip clicks into locked position. Replace carry clip onto mounting stud.

EXPERT 001215

To improve performance and provide longer operating times for the GMRS-7000:

If the unit is not to be used for an extended period of time, remove the battery pack. An old or leaking battery pack can cause damage to the unit and will void the warranty.



BATTERY CHARGING (CHG)JACK

AC/DC ADAPTER, MODEL SJ-08350 INPUT: 120 VAC OUTPUT: 8 VDC

CHARGING LED (RED)

EXPERT 001216

## GMRS-7000 OPERATIONAL MODES



```
WEATHER BAND                    GMRS BAND

        CHANNEL                         CHANNEL
        SELECT                          SELECT

                                        CTCSS
                                        SELECT
        WEATHER
        BAND ALERT                      POWER
                                        SELECT

                                        VOX
                                        SELECT

                                        DUAL
                                        WATCH

                                        ROGER
                                        BEEP

                                        BUTTON
                                        BEEP

                                        I D CODE
                                        SELECT

                                        CALL
                                        SELECT
```

## Controls:
### Power On/Off (15) Button

Press and hold the power on/off button ( ⏻ ) for at least 2 seconds. You will hear a confirming melody to indicate the unit is on. To turn the unit off, press and hold the button for at least 2 seconds.

### Monitor/Display Backlight Button (2)

This button is used to check activity on the current frequency before transmitting. Check activity by pressing the Monitor (M) Button longer than 2 seconds; the 🔊 icon will apppear on the display and you will hear static if frequency is clear. ***Do not transmit if you hear conversation.***

8

Hold down the Monitor Button again longer than 2 seconds and the ◀ icon will disapppear from the display.

The monitor function will temporarily bypass the squelch setting and play all signals on a given channel. This feature is useful when communicating with other parties at extreme range.

By pressing the monitor button momentarily, the LCD backlight is turned on accompanied by a beep tone; the LCD backlight will turn off automatically in about 5 seconds, or when the monitor button is pressed momentarily once again.

**Push To Talk (PTT) Button (4)**

Pressing and holding this button will allow you to speak to any transceiver that is set to the same channel and privacy code setting as yours. Hold the transceiver approximately 1 to 2 inches from your face as you speak into the built in microphone (9). After you have finished speaking, release the PTT Button to allow reception of incoming signals. It is not possible to transmit and receive at the same time. The Transmit/Monitor LED (16) on the right side of the LCD Panel (8) will light *red* while the PTT Button is pressed.

Releasing the button allows the unit to revert to standby mode. When receiving an incoming signal, the Transmit/Monitor LED indicator will light *green* and the received signal strength indicator ( ) will display the relative strength of the signal.

The PTT Button can also be used as a two-way call ringer. Pressing the button twice quickly will call another party on the same channel. The Transmit LED will light *red* for approximately 3 seconds and then go out.

**Up Channel/Volume Button (10)**

In the standby mode, pressing this button will increment the listening volume. When in function edit mode this button will be used to adjust the unit's settings. The display will indicate the current volume level between 1 and 7 by the small number in the icon ( **U** 05 ).

9

EXPERT 001218

**Down Channel/Volume Button (11)**

In the standby mode, pressing this button will decrement the listening volume. When in function edit mode this button will be used to adjust the unit's settings. The display will indicate the current volume level between 1 and 7 by the small number in the icon ( **U** 05 ).

**Mode Button (12)**

This button is used to select the various GMRS and weather band feature settings such as channel/CTCSS code selection, VOX mode, etc.

**Emergency (EMG) Call Button Button (14)**

This radio has a quick access button (EMG) to the Emergency and Assistance Channel. This channel is **NOT** monitored by local authorities. When using this channel, *EMG* appears on the display. Pressing this button will set the transceiver to channel 10, operating on 462.6750 MHz.

**External Speaker (SPK)/Microphone (MIC) Jack (6)**

This jack accepts an optional Audiovox headset/microphone connector. For additional optional equipment and accessories for the GMRS-7000 visit the Audiovox web site at **www.audiovox.com**.

**Scan/Lock Button (13)**

Press this Button momentarily to enable or disable the scan mode. Press and hold Button for more than 1 second to lock or unlock the key pad, except Power, PTT, Monitor (M), EMG, and Volume Up/Down. When the keypad is locked, the ( 🔒 ) icon will display in the bottom left corner.

## Operating Modes and Features

### GRMS Operation:

- From GMRS standby mode, press and hold the ( ⏻ ) button for 2 seconds to turn on power.
- Press the MODE button so the Channel number flashes.

EXPERT 001219

- Select the desired channel with the Up (10) and Down (11) Buttons. When receiving a call, the signal strength meter appears to indicate incoming received signal strength and the Monitor section of the Transmit/Monitor LED (16) lights **_green_**.
- Press and hold the PTT button (4) to transmit, then speak into the microphone clearly and slowly. The Transmit section of the Transmit/Monitor LED (16) lights **_red_**.
- Release PTT Button (4) to receive.
- Communication can only be accomplished when the channel and CTCSS tone frequency of at least two parties are the same.
- The **CTC** icon will be displayed on the LCD panel if the CTCSS tone frequency function is enabled.

## Channel Selection

In order to communicate with other GMRS units, both transmitting and receiving party must be on the same frequency.

The GMRS-7000 has 15 channels (frequencies) (1-15) indicated by the large digits on the LCD display panel.   Channels 1 through 7 are the same frequency as FRS channels 1 through 7. Communication with Audiovox FRS and compatible units is possible on these seven channels. Before transmitting on the selected channel, press the Monitor (M) Button (2) to check the activity on that channel. If there is activity on the selected channel, change to another channel that is clear.

To change the channel:
- From GMRS standby mode,  press the MODE button once so the channel number flashes.
- Press the Up Button (10) briefly to move to the next higher main channel number.
- Press the Down Button (11) briefly to move to the next lower main channel number.

EXPERT 001220

## CTCSS Mode (Sub-Channel) Selection

The Coded Tone Controlled Squelch System (CTCSS) provides 38 Sub-Fre-quencies. This feature allows you to utilize the coded squelch tones (01–38) within a main channel to communicate with another party on the same main channel using the same subcode. (This filters out unwanted trans-missions without the same coded squelch tone). There are 38 CTCSS Sub-channels for each main channel. A different subcode may be se-lected for each of the 15 channels.

To change the CTCSS Sub-channel:

- From GMRS standby mode, press the MODE Button twice; a flashing **oF** or sub-channel number is displayed, together with the flashing **CTC** icon. If **oF** is displayed, press the Up or Down button to enable the CTCSS mode; the **CTC** icon will also flash on the display with the flashing sub-channel number.

- Then press the Up or Down button to select the desired sub-channel for use.

- Press the PTT button momentarily to confirm selection.

The CTCSS mode can be turned off by selecting the **oF** icon as the setting.

**NOTE:** To communicate with other GMRS units, they must be switched to the same channel and CTCSS subcode. To communicate with other GMRS units that do not have subcodes, switch your unit to the same channel with the subcode set to **oF**.

The CTCSS subcodes do not prevent others from hearing your transmission. This will only allow you to ignore all traffic on a given channel not using the same subcode.

## Transmit Power Selection Mode

This feature permits selection of the transmitting power level to high or low. Using low power, the unit will have a lower transmit range but battery life will be increased. (Refer to page 2 for Power Setting notes.)

To access the transmitter power selection function:

- From GMRS standby mode, press the MODE Button three times until the **Po** icon appears with a flashing **HI** or **Lo** indication on the display.

12

EXPERT 001221

- Press the Up or Down button to toggle between the **HI** and **Lo** selections.
- Press the PTT button momentarily to confirm selection.

The display will indicate the current setting in GRMS standby mode.

## VOX Selection Mode

This option enables you to have hands-free conversation. Your voice or nearby sound is detected and the radio transmits without the need to press the PTT button.

To set radio for VOX operation:

- From GMRS standby mode, press the MODE button four times until the **VOX** icon flashes on the display.
- Press the Up or Down button to select VOX On (if **oF** appears flashing) and the **1-5** VOX level sensitivity.
- Momentarily press the PTT button to confirm the VOX selection; the **VOX** icon will appear steady on the LCD display.

A VOX sensitivity of 5 is the most sensitive, and should be used in a relatively quiet surrounding. A VOX sensitivity of 1 is the least sensitive and should be used in a noisy surrounding.

VOX can be turned off by selecting **oF** as the setting.

## Dual Watch Mode

This feature allows you to monitor two channels at the same time. While in dual watch mode, the unit will continuously monitor both the primary and dual watch channel. Received signals will be played for 5 seconds, then the unit will resume scanning the two channels. Pressing the PTT button during a received transmission will set the unit to transmit on the same channel. Pressing the PTT button when no signal is received will set the unit to transmit on the primary channel.

To set the Dual Watch Mode:

- From GMRS standby mode, press the MODE button five times; **dc** appears on the display with the flashing **DW** icon. If the dual watch mode

13

is off, the **oF** icon will also appear flashing.

- To enable the dual watch mode, press the Up or Down button; the dual watch channel number will flash and start to increment up or down as the Up or Down button is pressed.

   **NOTE:** while selecting the dual watch channel, a long tone will sound when the channel selected for dual watch mode is the same as the primary channel when the key tone feature is enabled.

- Press the PTT button to confirm selection of the dual watch channel. The display will now alternate between the primary channel and the dual watch channel just selected.

## Roger Beep Tone

The Roger Beep is a tone which is automatically transmitted whenever the PTT button is released. This tone alerts the receiving party that the transmission has been terminated intentionally.

To enable and disable the Roger Beep tone:

- From GMRS standby mode, press the MODE Button six times until **rb** appears on the display with the flashing Roger Beep icon ( ♪ ) and **On** or **oF**.
- Press the Up or Down Button to select the tone on or off as desired.
- When enabled, the tone icon ( ♪ ) appears steady on the display.
- Press the PTT button momentarily to confirm selection.

## Key Tone

This feature allows the transceiver to sound a confirmation tone whenever the following keys are pressed: Monitor (M) Button, Up/Down Buttons, MODE Button, SCAN Button, or the EMG Button.

To turn the key tones on or off:

- From GMRS standby mode, press the MODE Button seven times until **bP**, the Bell ( 🔔 ) icon, and **On** or **oF** flash on the LCD display.
- Press the Up or Down Button to toggle the key tone feature On or Off.
- Press the PTT button momentarily to confirm selection.

EXPERT 001223

When the key tone feature is on, the Bell icon appears steady on the display, and the beep tones sound in response to button activation.

## Caller Identification (ID) Select

The caller ID function allows you to assign an ID code between 1 and 10; this code accompanies your transmission whenever you call another party, and will appear at the receiving unit, provided it has caller ID capability.

To select a caller ID code for your unit:

-   From GMRS standby mode, press the MODE button eight  times; **Id** appears, together with a flashing **ID** and number (or **oF**) indication.
-   If **oF** appears, press the Up or Down Button to select the desired caller identification code for your unit between 1 and 10.
-   Press the PTT button momentarily to confirm selection.

Now, your caller ID number will accompany each transmission, and will appear on the receiving unit, if the receiving unit is so equipped, and vice-versa.

## Call Ringer Selection Mode

The transceiver provides 3 user-selectable call ringer melodies to alert you to an incoming call.

To select your favorite call ringer melody:

-   From GMRS standby mode, press the MODE button nine times; **C** will appear on the display, together with a flashing number (or **oF**) between **01** and **03**, and an appropriate call ring.
-   Press the Up or Down Button to preview  and hear the 3 available call melodies.
-   Press the PTT button momentarily to confirm selection.

Refer to the PTT button (4) can also be used to initiate a call; pressing the button twice quickly will call another party on the same channel and  transmit the call ring signal at the same time.

EXPERT 001224

## Emergency and Assistance Channel Mode

This radio has a quick access button (EMG) to the Emergency and Assistance Channel. This channel is **NOT** monitored by local authorities.

To turn the Emergency Channel feature on or off:

- Press and release the EMG Button; *EMG* appears on the display together with a Channel 10 indication.
- When the transceiver is set to Emergency Channel 10, The transceiver transmits and receives on a special frequency (CH10: 462.6750 MHz).

The Emergency Channel can be selected quickly from any user mode.

- To exit the Emergency Channel mode, press the Emergency (EMG) Button; *EMG* and Channel **10** disappear from the display, and the radio reverts to the current user selected channel.

## Channel Scan  Operation

This feature allows you to monitor all channels automatically for valid signals. While scanning, you can transmit and receive. When a signal is received, the scan is interrupted and will return to scan mode 15 seconds after reception is terminated.

**NOTE:** While the scan function is active, the MODE button will be inoperative. The scan mode will reduce the overall battery life since the battery save function is overridden. The scan function is disabled if the radio is set to the Emergency Channel feature.

To enable the channel scan mode:

- From GMRS standby mode,  momentarily press the SCAN Button; (**SCAN**) will appear on the LCD display.
- The radio will display each channel (1-15), and CTCSS subcode, if enabled,  in order as the scan mode operates to find an active main channel.
- If the unit doesn't find any signals and you want to transmit, press the PTT switch to return to home channel operation.  The transceiver will

16

automatically resume scanning approximately 15 seconds after the communication is completed.

- If there is no activity and you want to leave the scan mode, press the SCAN button momentarily and the unit will return to normal operation; the **SCAN** icon will disappear from the LCD display.

## Auto Key Lock Selection Mode

This feature prevents accidental channel change to the preferred settings of the unit. The Auto Key Lock function temporarily disables the MODE and SCAN Buttons.

To access the Auto Key Lock selection menu:

- From GMRS standby mode, press and hold the Scan Button for over 2 seconds to Lock the Auto Key function; the ( 🔒 ) icon appears on the display.
- The Power, PTT, Up/Down, EMG and Monitor Buttons are not effected.
- To unlock the Auto Key function, press and hold the SCAN button for at least 2 seconds; the icon ( 🔒 ) disappears from the display.
   **NOTE:**   If the unit is turned off while Key Lock is on, the Key Lock mode will still be in effect when the unit is turned on again.

## Out of Range Indication

The GMRS-7000 provides an Out-of-Range indication when reception is no longer intelligible or too weak to be discernible. When this condition occurs, the **OUT OF RANGE** message and the 📵 icon appears on the display, reminding you that you are outside the range of the unit, or that signal reception is being obstructed by natural or man-made objects.

## Weather Band Operation
## Channel Selection

This feature provides access to 10 channels within the weather band (7 NOAA channels and 3 Canadian marine channels. To select a weather channel, the unit must be in the weather channel mode. Press and hold

EXPERT 001226

the MODE button for at least 2 seconds; the weather alert icon ( 📻 ) will appear, together with a channel number in the band.  Press the MODE button (12) until the channel number flashes.

To change the channel:

- Press the Up Button (10) briefly to move to the next higher main channel number.
- Press the Down Button (11) briefly to move to the next lower main channel number.

## Weather Alert Mode

The weather alert mode notifies the user of  unusual weather situations when the radio is set to the GMRS mode.

To access the weather alert function:

- From Weather Band standby mode, press the MODE button once to access the weather channels and use the Up  or Down Button to select the desired channel.
- Press the MODE button again to access the weather alert function; weather icon ( 📻 ) and **AL On** or **oF** appear flashing on the display.
- Use the Up or Down buttons to enable (**On**)/disable (**oF**) the alert function.  The weather icon will stop blinking on the display in the GMRS mode when the alert is disabled.
- Press the PTT Button to confirm your selection.
- Press and hold the MODE button for at least 2 seconds to exit the weather function.

## Battery Alert

The battery icon ( ▰▰▰ ) on the LCD display indicates the battery charge level.  When the battery icon appears empty, recharge the battery or install a fresh battery pack.  If the battery pack is not replaced, an audio tone will sound every 10 seconds to warn the user that the battery pack must be replaced or recharged.

EXPERT 001227

**NOTES FOR GOOD COMMUNICATION**

1. The GMRS-7000 15 channels are shared on a 'take turns' basis. This means other groups may be talking on any of the channels. A common code of ethics/courtesy is to switch to another vacant channel and not to attempt to talk over someone who is already using the channel you first selected.

2. The GMRS-7000 has been designed to maximize performance and improve transmission range in the field. To avoid interference, it is recommended that you do not use the units closer than 5 feet apart.

3. For best transmission results, always keep your mouth about 2-3 inches from the microphone (9) and speak slowly in a normal voice.

4. To increase battery life, avoid features such as Scan and Dual Watch. These features will reduce operating time considerably.

## Warning

- Do not operate the transceiver unless you are licensed to do so.

- Remove the battery from the transceiver if it is not expected to be used for long periods. This will eliminate the possibility of chemicals leaking from the battery and corroding the transceiver.

- Avoid exposing the transceiver to water or extremes of temperature.

- Do not use this device in or near a mining facility, which uses remotely triggered explosives or in areas labeled "Blasting Area". Premature or accidental detonation may result.

- Do not attempt to modify or in any way increase the output of this transceiver. Its output is designed to meet the legal limits set by the FCC.

- Do not use this device or change the battery in potentially explosive atmospheres as sparks in such areas could result in an explosion.

- Turn your transceiver off wherever posted notices restrict the use of radios or cellular telephones. Facilities such as hospitals may use equipment that is sensitive to RF energy.

EXPERT 001228

- Turn your transceiver off on board aircraft when requested to do so.
- Do not place your radio in front of a vehicle's air-bag. If the air-bag deploys, it could propel the transceiver like a projectile causing bodily injury.

## Troubleshooting

| Problem | Possible cause | Correction |
|---|---|---|
| No transmission while pressing the PTT Button | Weak battery pack | Charge or replace battery pack |
| Weak or no signal received | Weak battery pack | Charge or replace battery |
| | Channel and privacy code not set the same as target transceiver | Adjust the transceiver's settings to match those settings of the target transceiver |
| | Volume level too low PTT Button inadvertently depressed | Increase volume level Release PTT Button |
| | Excessive radio interference on a particular channel Obstruction of radio signal | Change to a different channel Avoid operating in or near large buildings or obstructions |
| Unit beeps, but will not function when turned on | Battery pack extremely discharged | Charge or replace battery pack |
| Reception of unwanted signals | CTCSS privacy mode not on | Turn on the CTCSS privacy mode and set code number to match the setting of the target transceiver. |
| | Interference from electronic devices such as computers or TVs | Turn the devices off or move farther away from them. |

EXPERT 001229

# Technical Specifications:

## General

Frequency Range

| | |
|---|---|
| GMRS (15 Channels) | 462.5500 - 462.7250 MHz |
| Channel Spacing | 12.5 kHz |
| Weather Band (7 Channels) | 162.4000 - 162.5500 MHz |
| Canadian Maritime (3 Channels) | 161.6500, 161.7750, 163.2750 MHz |
| Privacy Codes | 38 for each main channel |
| Dimensions (W x H x D) | 2.10 in x 3.86 in x 1.10 in |
| (Without Antenna) | 52 mm x 117 mm x 36 mm |

## Power Supply

| | |
|---|---|
| Power Source | Ni-MH rechargeable, Battery Pack, 6.0 VDC, 900 mAh |
| Operating Time | 9 hours Low Power |
| (Transmit: Receive: Standby) | 7 hours High Power |
| (5: 5: 90 ratio) | |

## Receiver

| | |
|---|---|
| Useable Sensitivity | >-119 dBm |
| Maximum Audio Output Power | > 0.3 Watt maximum (8 Ohm ) |
| Modulation Distortion | < 5% (1 kHz 70%) |

## Transmitter

| | |
|---|---|
| RF Output Power | 3.0 Watt maximum (high power) |
| | 1.0 Watt maximum (low power) |
| Maximum Deviation | +/- 2.5 kHz |
| Modulation Distortion | < 5% (1 kHz 70%) |

21

EXPERT 001230

This transceiver complies with FCC regulations for use in the United States of America. Use in other countries may be prohibited or restricted by local regulation. Please check with the local regulating agency before using this device outside the United States of America.

## Weather Channel Frequencies:

| Channel | Freq. MHz | Channel | Freq. MHz |
|---------|-----------|---------|-----------|
| 1 | 162.550 | 6 | 162.500 |
| 2 | 162.400 | 7 | 162.525 |
| 3 | 162.475 | 8* | 161.650 |
| 4 | 162.425 | 9* | 161.775 |
| 5 | 162.450 | 10* | 163.275 |

*Canadian Marine

## Main Channel Frequencies:

| Channel | Freq. MHz | Channel | Freq. MHz |
|---------|-----------|---------|-----------|
| 1 | 462.5625 | 9 | 462.6250 |
| 2 | 462.5875 | 10 | 462.6750 |
| 3 | 462.6125 | 11 | 462.5500 |
| 4 | 462.6375 | 12 | 462.6000 |
| 5 | 462.6625 | 13 | 462.6500 |
| 6 | 462.6875 | 14 | 462.7000 |
| 7 | 462.7125 | 15 | 462.7250 |
| 8 | 462.5750 | | |

**NOTE:** Channels 1 through 7 are shared with FRS radios.

EXPERT 001231

## Continuous Tone Coded Squelch System Tone Frequencies (in Hz)

| CTCSS | Freq. Hz | CTCSS | Freq. Hz |
|:---:|:---:|:---:|:---:|
| 1 | 67.0 | 20 | 131.8 |
| 2 | 71.9 | 21 | 136.5 |
| 3 | 74.4 | 22 | 141.3 |
| 4 | 77.0 | 23 | 146.2 |
| 5 | 79.7 | 24 | 151.4 |
| 6 | 82.5 | 25 | 156.7 |
| 7 | 85.4 | 26 | 162.2 |
| 8 | 88.5 | 27 | 167.9 |
| 9 | 91.5 | 28 | 173.8 |
| 10 | 94.8 | 29 | 179.9 |
| 11 | 97.4 | 30 | 186.2 |
| 12 | 100.0 | 31 | 192.8 |
| 13 | 103.5 | 32 | 203.5 |
| 14 | 107.2 | 33 | 210.7 |
| 15 | 110.9 | 34 | 218.1 |
| 16 | 114.8 | 35 | 225.7 |
| 17 | 118.8 | 36 | 233.6 |
| 18 | 123.0 | 37 | 241.8 |
| 19 | 127.3 | 38 | 250.3 |

\* **oF** = No Tone

EXPERT 001232

## 90 DAY LIMITED WARRANTY

*Applies to Audiovox Family Radio and General Mobile Service Products.*

AUDIOVOX CORPORATION (the Company) warrants to the original retail purchaser of this product that should this product or any part thereof, under normal use and conditions, be proven defective in material or workmanship within 90 days from the date of original purchase, such defect(s) will be repaired or replaced with new or recondiioned product (at the Company's option) wihout charge for parts and repair labor.

To obtain repair or replacement within the terms of this Warranty, the product is to be delivered with proof of warranty coverage (e.g. dated bill of sale), specification of defect(s), transportation prepaid, to the warranty center at the address shown below.

The Company disclaims liability for communications range of this product.

This Warranty does not apply to any product or part thereof which, in the opinion of the Company, has suffered or been damaged hrough alteration, improper installation, mishan-dling, misuse, neglect, accident, or by removal or defacement of the factory serial number/bar code label(s). THE EXTENT OF THE COMPANY'S LIABILITY UNDER THIS WARRANTY IS LIMITED TO THE REPAIR OR REPLACEMENT PROVIDED ABOVE AND, IN NO EVENT, SHALL THE COMPANY'S LIABILITY EXCEED THE PURCHASE PRICE PAID BY PURCHASER FOR THE PRODUCT.

This Warranty is in lieu of all other express warranties or liabilities. ANY IMPLIED WARRANTIES, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY, SHALL BE LIMITED TO THE DURATION OF THIS WRITTEN WARRANTY. ANY ACTION FOR BREACH OF ANY WARRANTY HEREUNDER INCLUDING ANY IMPLIED WARRANTY OF MER-CHANTABILITY MUST BE BROUGHT WITHIN A PERIOD OF 30 MONTHS FROM DATE OF ORIGINAL PURCHASE. IN NO CASE SHALL THE COMPANY BE LIABLE FOR ANY CONSEQUENTIAL OR INCIDENTAL DAMAGES FOR BREACH OF THIS OR ANY OTHER WARRANTY, EXPRESS OR IMPLIED, WHATSOEVER. No person or representative is authorized to assume for the Company any liability oher han expressed herein in connecion wih he sale of this product.

Some states do not allow limitations on how long an implied warranty lasts or he exclusion or limitation of incidental or consequential damage so the above limitations or exclusions may not apply to you. This Warranty gives you specific legal rights and you may also have other rights which vary from state to state.

AUDIOVOX CORPORATION, 150 MARCUS BLVD., HAUPPAUGE, NEW YORK 11788
1-800-290-6650                     128-5385A

**PRINTED IN CHINA**                **128-6294**

24

EXPERT 001233

# Appendix B: (U) Abbreviations and Terms

**(List is UNCLASSIFIED)**

**A**
AC: Alternating Current
AIR: Active Infrared
ASK: Amplitude-Shift Keying

**C**
CDR: Call Data Record
COTS: Commercial-Off-The-Shelf
CTCSS: Continuous Tone-Coded Squelch System
CWIED: Command Wire IED

**D**
DC: Direct Current
DTMF: Dual-Tone Multi-Frequency

**E**
EEPROM: Electrically Erasable Programmable Read-Only Memory

**F**
FM: Frequency Modulation
FRS: Family Radio Service
FSK: Frequency-Shift Keying

**G**
GMRS: General Mobile Radio Service
G-MSK: Gaussian-Filtered Minimum Shift Keying
GSM: Global System for Mobile Communication
GPS: Global Positioning System

**I**
IC: Integrated Circuit
ICCID: Integrated Circuit Card Identification
IEC: Interface Eliminator Code
IED: Improvised Explosive Device
IF: Intermediate Frequency
IMEI: International Mobile Equipment Identity
IMSI: International Mobile Subscriber Identity
IR: Infrared
ISO: International Standards Organization

**L**
LCD: Liquid Crystal Display
LED: Light-Emitting Diode
LO: Local Oscillator
LRCT: Long-Range Cordless Telephone

**M**
MCC: Mobile Country Code
MNC: Mobile Network Code
MSC: Mobile Switching Center
MSIN: Mobile Subscriber Identification Number
MSK: Minimum-Shift Keying

**N**
NC: Normally Closed
NMSI: National Mobile Subscriber Identity
NO: Normally Open

**O**
OEM: Original Equipment Manufacturer
OGA: Other Government Agency
OOK: On-Off Keying

**P**
PCB: Printed Circuit Board
PIR: Passive Infrared
PMR: Personal Mobile Radio
PTT: Push-To-Talk

**R**
RCIED: Radio Controlled IED
RF: Radio Frequency

**S**
SIM: Subscriber Identity Module
SMS: Short Messaging Service
SWR: Standing Wave Ratio

**U**
UHF: Ultra High Frequency

**V**
VHF: Very High Frequency
VOIED: Victim Operated IED

UNCLASSIFIED//FOR OFFICIAL USE ONLY

**(U) Custom OOK Transmitter (Q143)**

**(U) Electronic and Trend Analysis Report**

**(U) FBI Laboratory Number:  061208606-Part 44**
**(U) CEXC Number:  IZ 7935/06**

Revision 2
1.18.2011



# Federal Bureau of Investigation
## Terrorist Explosive Device Analytical Center
### Improvised Explosive Device Electronics Program

For Lead Purposes Only

UNCLASSIFIED//FOR OFFICIAL USE ONLY

EXPERT 001235

## (U) Table of Contents

**1 (U) ANALYSIS SUMMARY TABLES** ............................................................................ **3**

   1.1 (U) CUSTOM OOK TRANSMITTER ...................................................................... 3

   1.2 (U) CUSTOM OOK TRANSMITTER CHARACTERISTICS .................................... 3

**2 (U) BACKGROUND** ................................................................................................. **4**

**3 (U) EXECUTIVE SUMMARY** .................................................................................. **4**

**4 (U) PHYSICAL DEVICE DESCRIPTION** ............................................................... **6**

   4.1 (U) CUSTOM TRANSMITTER ............................................................................... 6

**5 (U) FUNCTIONAL ANALYSIS** .............................................................................. **9**

   5.1 (U) CUSTOM OOK TRANSMITTER ...................................................................... 9

   5.2 (U) OPERATIONAL USE IN AN IED ..................................................................... 9

**6 (U) COMMUNICATIONS CHARACTERISTICS** ................................................. **10**

   6.1 (U) RF PERFORMANCE AND SIGNAL CHARACTERISTICS ............................ 10

**7 (U) POSSIBLE TRENDS** ....................................................................................... **13**

   7.1 (U) UNIQUE CUSTOM TRANSMITTER ............................................................. 13

**8 (U) ANALYSIS CONSIDERATIONS** .................................................................... **13**

**9 (U) IEDE PROGRAM MODIFICATIONS** ............................................................. **14**

**10 (U) CUSTOMER SURVEY AND CONTACT INFORMATION** ............................ **15**

**APPENDIX A: (U) SCHEMATIC DIAGRAMS** ........................................................ **16**

**APPENDIX B: (U) ABBREVIATIONS AND TERMS** .............................................. **17**

# 1   (U) ANALYSIS SUMMARY TABLES

## 1.1   (U) CUSTOM OOK TRANSMITTER

**(Table is U//FOUO)**

| Description | Custom OOK Transmitter |
|---|---|
| Sophistication of Design (1–5) 1=Simple, 5=Complex | 2 |
| Quality of Workmanship (1–5) 1=Novice, 5=Expert | 2 |
| Functionality of Design | Functional |
| Operational Status | Operational |
| Activation | N/A |
| Safe to Arm Delay | N/A |
| Supply Voltage | None Submitted |
| Main Components | <ul><li>(2) Transistors, NPN – P/N: 2N2219</li><li>Transistor, NPN – P/N: C547</li><li>Transistor, NPN – P/N: PN2222</li><li>Transistor, NPN – P/N: 2N5335</li><li>(7) Resistors – 82Ω, 1kΩ, 4.7kΩ, 6.8kΩ, (2) 10kΩ, 180kΩ</li><li>Resistor, Variable – 50kΩ</li><li>(10) Capacitors – (2) 10pF, (2) 470pF, (2) 1nF, (2) 4.7nF, (2) 4.7µF</li><li>(5) Capacitors, Variable – 3pF–10pF, (2) 7pF–35pF, (2) 10pF–60pF</li><li>(3) Inductors – 3-Turn, P/N: 51573</li><li>(5) Inductors, Custom Air-Core – 1/2-Turn, 3-Turn, 4-Turn, (2) 5-Turn</li><li>Connector, BNC – Plug</li></ul> |
| Wires Used (Gauge/Color/Type) | <ul><li>24 AWG Gray Solid</li><li>24 AWG White/Orange Solid</li><li>24 AWG Black Solid</li><li>22 AWG White Coaxial Cable</li></ul> |
| Comments | <ul><li>"OSC" is handwritten on the PCB in black ink between two black lines to designate the oscillator circuitry (Figure 4).</li><li>A BNC connector provides connectivity to a possible antenna.</li></ul> |

## 1.2   (U) CUSTOM OOK TRANSMITTER CHARACTERISTICS

**(Table is U//FOUO)**

| | |
|---|---|
| Maximum Operating Distance | Not Measured (see Comment 1) |
| Communications Medium | RF (VHF Band) |
| Antenna Type | Not Provided |
| Antenna Connector | BNC Connector – 50Ω cable (L = 295 mm) soldered to PCB |
| Transmit Frequency | 82.975 MHz (Figure 7) (see Comment 2) |
| Transmit Power | 23.7 dBm (230 mW) (Figure 7) |

EXPERT 001237

## 1.2 (U) CUSTOM OOK TRANSMITTER CHARACTERISTICS

**(Table is U//FOUO)**

| | |
|---|---|
| Transmit Secondary Emissions | f = 165.92 MHz, -8.0 dBc (Figure 10)<br>f = 248.88 MHz, -14.7 dBc<br>f = 331.84 MHz, -33.0 dBc<br>f = 414.80 MHz, -53.1 dBc |
| Modulation | OOK |
| Signal Format | Unidentified |
| Data Rate | 1 Hz–150 kHz |
| Comments | 1. The operating distance was not measured because a matching receiver was not identified.<br>2. The transmit frequency was unstable and drifted from 91 MHz at 9V power supply (3 minute warm-up) to 82 MHz at 12V power supply (10 minute warm-up) during testing. |

## 2 (U) BACKGROUND

(U//FOUO) In support of the Terrorist Explosive Device Analytical Center (TEDAC), the Improvised Explosive Device Electronics (IEDE) Program has evaluated a device recovered by the Combined Explosives Exploitation Cell (CEXC) in Iraq that may have been used as part of an Improvised Explosive Device (IED). The submission has been assigned FBI Laboratory number 061208606 (Q143) and CEXC number IZ 7935/06. The following information is provided, as applicable: device identification, Radio Frequency (RF) and signal characterization, electronic schematic reconstruction, operational scenarios, electronic data recovery, and possible trends in design, manufacture, and deployment.

## 3 (U) EXECUTIVE SUMMARY

(U//FOUO) The device under analysis is a custom OOK transmitter (Figure 1). It is unclear whether the device was intended for use in an IED; however, it is possible the transmitter was designed to send wireless signals to an RCIED receiver. No power source was submitted for the device.

(U/FOUO) The transmitter operates at a center frequency of 82.975 MHz with an output power of 23.7 dBm (230 mW), and it uses OOK modulation to send data to a matching receiver (not submitted). Secondary emissions were detected at the antenna connection which are related to the fundamental transmit signal. An operating distance was not measured since a matching receiver was not submitted. Additional communications characteristics for this transmitter are included in Section 6.

(U//FOUO) There is no clear indication that this device was intended for use in an IED, though it is capable of transmitting OOK signals to an RCIED receiver. The custom circuit amplifies, modulates, and broadcasts signals applied to its input. With one or more compatible receivers deployed and armed, the receivers would wait for a command signal from the transmitter. When

EXPERT 001238

a receiver decodes a valid activation signal, it switches power to its detonator output.  See Section 5, "Functional Analysis", for further details.

(U//FOUO) The device under analysis is the first of its kind to be analyzed by the IEDE lab.  Although custom transmitters have been observed, the submitted PCB has a set of components and etched traces which are unique and have not previously been observed by the IEDE lab.



Figure 1:  (U) Device as Received by the IEDE Lab

# 4  (U) PHYSICAL DEVICE DESCRIPTION

## 4.1  (U) CUSTOM TRANSMITTER

(U//FOUO) The custom OOK transmitter's circuit components are listed below, and the functional areas of the transmitter are identified in Figure 2.  Table 1 contains information about the PCB including select labels and markings.

Table 1:  (U) Custom OOK Transmitter PCB

| (Table is U//FOUO) | |
|---|---|
| Top | Translucent |
| Bottom | Translucent |
| Reference Designator Color | N/A |
| Dimensions (L x W x H) | 153 mm x 47 mm x 1.5 mm |
| Fabrication Technology | Etched |
| Board Layers | Single-Layer |
| Mounting Technique | Through-Hole |
| Select Manufacturer Markings | None |
| Handwritten Markings | OSC |
| Modifications | None |
| Comments | • "OSC" is handwritten on the PCB in black ink between two black lines to designate the oscillator circuitry (Figure 4). <br> • A BNC connector provides connectivity to a possible antenna. |

**(Bulleted List is U//FOUO)**

- (2) Transistors, NPN – P/N:  2N2219

- Transistor, NPN – P/N:  C547

- Transistor, NPN – P/N:  PN2222

- Transistor, NPN – P/N:  2N5335

- (7) Resistors – 82Ω, 1kΩ, 4.7kΩ, 6.8kΩ, (2) 10kΩ, 180kΩ

- Resistor, Variable – 50kΩ

- (10) Capacitors – (2) 10pF, (2) 470pF, (2) 1nF, (2) 4.7nF, (2) 4.7μF

- (5) Capacitors, Variable – 3pF–10pF, (2) 7pF–35pF, (2) 10pF–60pF

- (3) Inductors – 3-Turn, P/N:  51573

- (5) Inductors, Custom Air-Core – 1/2-Turn, 3-Turn, 4-Turn, (2) 5-Turn

- Connector, BNC – Plug (Figure 5)

EXPERT 001240

UNCLASSIFIED//FOUO



| A. | RF Bypass Circuitry | D. | Amplifier, First Stage |
|----|---------------------|----|------------------------|
| B. | OOK Input | E. | Amplifier, Second Stage |
| C. | Oscillator | F. | Output Filter |

Figure 2: (U) Custom OOK Transmitter PCB (Top and Bottom)

UNCLASSIFIED//FOUO



Figure 3: (U) Custom OOK Transmitter PCB (Edge)

EXPERT 001241

UNCLASSIFIED//FOUO



Figure 4:  (U) Handwritten Markings on Custom OOK Transmitter PCB

UNCLASSIFIED//FOUO



Figure 5:  (U) BCN Connector

# 5  (U) FUNCTIONAL ANALYSIS

## 5.1  (U) CUSTOM OOK TRANSMITTER

(U//FOUO) The device under analysis is a custom OOK transmitter. The functional areas of the transmitter are shown in Figure 2, and the basic transmitter architecture is shown in Figure 6. Refer to the schematic diagram in Appendix A for component identification and IC pin designators (e.g., Q2, C11, etc).

(U//FOUO) When the device is powered on, it immediately begins transmitting. NPN transistor Q2 is configured as an oscillator which creates a carrier wave signal. The carrier signal is modulated by NPN transistor Q3, which is configured for OOK modulation. When a signal is applied to the base of Q3, it interrupts the amplitude of the carrier signal produced by Q2, creating an OOK signal. The OOK signal is applied to the base of NPN transistor Q4. Q4 and NPN transistor Q5 are configured as two cascaded single stage amplifiers, whose frequencies and gains can be adjusted through tuning of adjustable capacitors C11, C12, C13, and C14. After amplification, the signal is passed through the output filter of inductor L8 and capacitor C15, adjustable through tuning of C15, and then broadcast through the possible antenna.

(U//FOUO) Notably, upon power up of the device, the oscillator circuit requires a period of approximately 10 minutes to stabilize. Furthermore, it is possible that NPN transistor Q1 is configured as a low frequency amplifier which can modulate the frequency of the carrier signal, thus causing the device to function as an FM transmitter. There is no evidence the device was used in this manner.



Figure 6:  (U) Custom OOK Transmitter Functional Block Diagram

## 5.2  (U) OPERATIONAL USE IN AN IED

(U//FOUO) There is no clear indication that this device was intended for use in an IED, though it is capable of transmitting OOK signals to an RCIED receiver. The custom circuit amplifies, modulates, and broadcasts signals applied to its input. With one or more compatible receivers deployed and armed, the receivers would wait for a command signal from the transmitter. When a receiver decodes a valid activation signal, it switches power to its detonator output.

EXPERT 001243

# 6  (U) COMMUNICATIONS CHARACTERISTICS

## 6.1  (U) RF PERFORMANCE AND SIGNAL CHARACTERISTICS

(U/FOUO) The custom circuit amplifies, modulates, and broadcasts signals applied to its input. It operates at a center frequency of 82.975 MHz and has a transmit power of 23.7 dBm (230 mW) (Figure 7). During testing, the device's transmit frequency was unstable and drifted from 91 MHz when supplied with 9V of power, to 82 MHz at 12V power. Upon powering the device on, the oscillator circuit requires a period of approximately 10 minutes to stabilize (Figure 7–Figure 9). Secondary emissions were detected at the antenna connection (Table 2, Figure 10) which are harmonically related to the fundamental transmit signal. The device starts transmitting as soon as it is powered on. The black wire connected to resistor R4 is likely a control and/or a data input (a positive signal above 1V forces the transmitter to idle mode). The transmitter likely uses OOK modulation to send data ranging from 1 Hz to 150 kHz to a matching receiver (not submitted). It is possible that signals can be applied to the base of NPN transistor Q1 to establish FM modulation of the transmit signal; however, there is no evidence the device was used in this manner, so this functionality was not tested. The operating distance was not measured because a matching receiver was not submitted. RF performance and signal characteristics for this transmitter are listed below in Table 2.

Table 2:  (U) Custom OOK Transmitter Characteristics

| (Table is U//FOUO) | |
|---|---|
| Maximum Operating Distance | Not Measured (see comment 1) |
| Communications Medium | RF (VHF Band) |
| Antenna Type | Not Provided |
| Antenna Connector | BNC connector – 50Ω cable (L = 295 mm) soldered to the PCB |
| Transmit Frequency | 82.975 MHz (Figure 7) (see comment 2) |
| Transmit Power | 23.7 dBm (230 mW) (Figure 7) |
| Transmit Secondary Emissions | $f$ = 165.92 MHz, - 8.0 dBc (Figure 10)<br>$f$ = 248.88 MHz, -14.7 dBc<br>$f$ = 331.84 MHz, -33.0 dBc<br>$f$ = 414.80 MHz, -53.1 dBc |
| Modulation | OOK |
| Signal Format | Unidentified |
| Data Rate | 1 Hz–150 kHz |
| Comments | 1.  The operating distance was not measured because a matching receiver was not identified.<br>2.  The transmit frequency was unstable and drifted from 91 MHz at 9V power supply (3 min warm-up) to 82 MHz at 12V power supply (10 min warm-up) during testing. |

EXPERT 001244



Figure 7: (U) Transmitted Signal (a)



Figure 8: (U) Transmitted Signal (b)

EXPERT 001245



Figure 9: (U) Transmitted Signal (c)



Figure 10: (U) Transmit Signal (Marker 1) and Secondary Emissions

EXPERT 001246

# 7 (U) POSSIBLE TRENDS

## 7.1 (U) UNIQUE CUSTOM TRANSMITTER

(U//FOUO) The device under analysis is the first of its kind to be analyzed by the IEDE lab. Although custom transmitters have been observed, the submitted PCB has a set of components and etched traces which are unique and have not previously been observed by the IEDE lab.

# 8 (U) ANALYSIS CONSIDERATIONS

- (U//FOUO) The schematic diagram (Appendix A) has been recreated based on physical analysis of the connections and circuit functionality. Dashed lines represent possible connections and/or circuit elements that were missing or not intact. Items labeled "Possible" represent missing or unidentifiable components which are required for the device to function as described.

- (U//FOUO) It is unclear if this device under analysis was intended for use in an IED.

- (U//FOUO) This submission is part of a large cache which was assigned CEXC # IZ 7935/06. The IEDE lab also analyzed devices from this submission which were assigned the following FBI Laboratory numbers.

Table 3: (U) FBI Laboratory Numbers Associated with Cache under Analysis

| (Table is U//FOUO) |
| --- |
| FBI Lab Numbers |
| 060918602 |
| 061105602 |
| 061205643 |
| 061208606 |

- (U//FOUO) The submission includes numerous items which are commonly used in IEDs. The items include electronic components, documentation, circuit boards, commercially available electronics, tools, and chemicals. These items were not associated with a specific device. A detailed list of additional items is available upon request.

EXPERT 001247

# 9 (U) IEDE PROGRAM MODIFICATIONS

(U//FOUO) During analysis, the gray and white/orange wires soldered to the PCB became disconnected. The white wire terminating in the BNC connector also became disconnected. Figure 11 shows the device before and after modification.



**UNCLASSIFIED//FOUO**

Figure 11: (U) Custom OOK Transmitter Before (Top) and After (Bottom) Modification

## 10 (U) CUSTOMER SURVEY AND CONTACT INFORMATION

(U) A customer survey is included with this document as an attached PDF.  The survey may be accessed by viewing the attached files, as shown in Figure 12.  To provide feedback, please fill out the form, print it to PDF format and email it to ▓▓▓▓@fbi.sgov.gov.



Figure 12:  (U) Attached PDFs Accessible Via Paperclip Icon

(U) For additional information pertaining to this or any other submission analyzed by the IEDE Program, refer to the TEDAC website http://tedac.fbi.sgov.gov or contact TEDAC directly.  The IEDE Program may be contacted at (703) 985-1109.

> TEDAC
> 2501 Investigation Parkway
> Quantico, VA 22135
> (703) 632-8389

**UNCLASSIFIED//FOUO**

**Appendix A: (U) Schematic Diagrams**



LEGEND
– – – Possible Connection
⊙ Spliced Connection

Certain connections were recreated based on analysis.

EXPERT 001250

# Appendix B: (U) Abbreviations and Terms

**(List is UNCLASSIFIED)**

**A**
AC:  Alternating Current
AIR:  Active Infrared
ASK:  Amplitude-Shift Keying

**B**
BCD:  Binary-Coded Decimal

**C**
CDCSS:  Continuous Digital Controlled Squelch System
CDR:  Call Data Record
COTS:  Commercial-Off-The-Shelf
CTCSS:  Continuous Tone-Coded Squelch System
CWIED:  Command Wire IED

**D**
dBc:  Decibels Referenced to Carrier Level
DC:  Direct Current
DCS:  Digital Coded Squelch
DTMF:  Dual-Tone Multi-Frequency

**E**
EEPROM:  Electrically Erasable Programmable Read-Only Memory

**F**
FM:  Frequency Modulation
FRS:  Family Radio Service
FSK:  Frequency-Shift Keying

**G**
GMRS:  General Mobile Radio Service
G-MSK:  Gaussian-Filtered Minimum Shift Keying
GSM:  Global System for Mobile Communication
GPS:  Global Positioning System

**I**
IC:  Integrated Circuit
ICCID:  Integrated Circuit Card Identification
IEC:  Interface Eliminator Code
IED:  Improvised Explosive Device
IF:  Intermediate Frequency
IMEI:  International Mobile Equipment Identity
IMSI:  International Mobile Subscriber Identity
IR:  Infrared
ISO:  International Standards Organization

**L**
LCD:  Liquid Crystal Display
LED:  Light-Emitting Diode
LO:  Local Oscillator
LRCT:  Long-Range Cordless Telephone

**M**
MCC:  Mobile Country Code
MNC:  Mobile Network Code
MSC:  Mobile Switching Center
MSIN:  Mobile Subscriber Identification Number
MSK:  Minimum-Shift Keying

**N**
NC:  Normally Closed
NMSI:  National Mobile Subscriber Identity
NO:  Normally Open

**O**
OEM:  Original Equipment Manufacturer
OGA:  Other Government Agency
OOK:  On-Off Keying

**P**
PCB:  Printed Circuit Board
PIR:  Passive Infrared
PMR:  Personal Mobile Radio
PTT:  Push-To-Talk

**R**
RCIED:  Radio Controlled IED
RF:  Radio Frequency
RKE:  Remote Keyless Entry

**S**
SIM:  Subscriber Identity Module
SMS:  Short Messaging Service
SWR:  Standing Wave Ratio

**U**
UHF:  Ultra High Frequency

**V**
VHF:  Very High Frequency
VOIED:  Victim Operated IED

**(U) SZSAW DYK2000-12 Remote Control Transmitter (Q167)**

**(U) Electronic and Trend Analysis Report**

**(U) FBI Laboratory Number:  061208606-Part 59**
**(U) CEXC Number:  IZ 7935/06**

Revision 1
1.18.2011



# Federal Bureau of Investigation
## Terrorist Explosive Device Analytical Center
### Improvised Explosive Device Electronics Program

For Lead Purposes Only

EXPERT 001252

## (U) Table of Contents

**1 (U) ANALYSIS SUMMARY TABLES** ................................................................ **3**

   1.1 (U) SZSAW DYK2000-12 REMOTE CONTROL TRANSMITTER ............................ 3
   1.2 (U) SZSAW DYK2000-12 TRANSMITTER CHARACTERISTICS ............................ 3

**2 (U) BACKGROUND** ................................................................................................ **4**

**3 (U) EXECUTIVE SUMMARY** ................................................................................ **4**

**4 (U) PHYSICAL DEVICE DESCRIPTION** ............................................................ **5**

   4.1 (U) ENCLOSURE ................................................................................................ 5
   4.2 (U) ELECTRONICS ............................................................................................ 7
   4.3 (U) BATTERY .................................................................................................... 9

**5 (U) FUNCTIONAL ANALYSIS** ............................................................................ **10**

   5.1 (U) SZSAW DYK2000-12 REMOTE CONTROL TRANSMITTER .................... 10
   5.2 (U) OPERATIONAL USE IN AN IED .............................................................. 10

**6 (U) COMMUNICATION CHARACTERISTICS** .................................................. **11**

   6.1 (U) RF PERFORMANCE AND SIGNAL CHARACTERISTICS ................................ 11
   6.2 (U) SIGNAL STRUCTURE .............................................................................. 13

**7 (U) POSSIBLE TRENDS** ...................................................................................... **15**

   7.1 (U) UNIQUE REMOTE CONTROL TRANSMITTER ...................................... 15
   7.2 (U) SIMILAR WIRELESS TRANSMITTERS .................................................. 15

**8 (U) ANALYSIS CONSIDERATIONS** .................................................................. **17**

**9 (U) CUSTOMER SURVEY AND CONTACT INFORMATION** ........................ **17**

**APPENDIX A: (U) ABBREVIATIONS AND TERMS** .......................................... **18**

# 1 (U) ANALYSIS SUMMARY TABLES

## 1.1 (U) SZSAW DYK2000-12 REMOTE CONTROL TRANSMITTER

**(Table is U//FOUO)**

| | |
|---|---|
| Name / Model / Application | SZSAW DYK2000-12 Remote Control Transmitter |
| Functional Use in an IED | Possible Transmitter |
| Operational Status | Operational |
| Supply Voltage | 9V Battery |
| Feature Exploited | N/A |
| Physical / Electrical Modifications | No Apparent Modifications |
| Comments | No custom electronics or matching receiver was associated with the device so it is unclear if it was intended for use in an IED. |

## 1.2 (U) SZSAW DYK2000-12 TRANSMITTER CHARACTERISTICS

**(Table is U//FOUO)**

| | |
|---|---|
| Operating Distance | Not Measured (see Comments) |
| Communications Medium | RF |
| Antenna Type | 24 cm Telescopic monopole |
| Antenna Connector | Solder Connection |
| Operating Frequency | 314.97 MHz (Figure 10) |
| Transmit Power | 21.13 dBm (130 mW) (Figure 10) |
| Secondary Emissions: Frequency, Power | $f =$ 630.07 MHz, -6.1 dBc (Figure 11)<br>$f =$ 945.11 MHz, -30.4 dBc<br>$f =$ 1,259.89 MHz, -39.5 dBc<br>$f =$ 1,574.93 MHz, -27.1 dBc<br>$f =$ 1,889.97 MHz, -36.1 dBc |
| Signal Format | Princeton Technology Corp. PT2262/2272 (Section 6.2) |
| Modulation | OOK |
| Data Rate | 1,087 tri-state bps (8,696 elements/sec) |
| Binary Time Element Duration | 115 us (Figure 13) |
| Address (A0–A7, Tri-state) | f f f f f f f f ($f =$ float) |
| Commands (D3–D0, Tri-state) | Button 1:  0 0 0 1<br>Button 2:  0 0 1 0<br>Button 3:  0 0 1 1<br>Button 4:  0 1 0 0<br>Button 5:  0 1 0 1<br>Button 6:  0 1 1 0<br>Button 7:  0 1 1 1<br>Button 8:  1 0 0 0<br>Button 9:  1 0 0 1<br>Button 10: 1 0 1 0<br>Button 11: 1 0 1 1<br>Button 12: 1 1 0 0 |
| Number of Possible Address Codes | $3^8$ (6,561) |
| Comments | An operating distance was not measured because a matching receiver was not identified. |

EXPERT 001254

## 2  (U) BACKGROUND

(U//FOUO) In support of the Terrorist Explosive Device Analytical Center (TEDAC), the Improvised Explosive Device Electronics (IEDE) Program has evaluated a device recovered by the Combined Explosives Exploitation Cell (CEXC) in Iraq that may have been used as part of an Improvised Explosive Device (IED).  The submission has been assigned FBI Laboratory number 061208606 (Q167) and CEXC number IZ 7935/06.  The following information is provided, as applicable:  device identification, Radio Frequency (RF) and signal characterization, electronic schematic reconstruction, operational scenarios, electronic data recovery, and possible trends in design, manufacture, and deployment.

## 3  (U) EXECUTIVE SUMMARY

(U//FOUO) The device under analysis is a commercially available DYK2000-12 remote control transmitter manufactured by Shenzhen SZSAW Electronic Co. Ltd[1]. (Figure 1), and is designed to be a general-purpose wireless remote control.  The device does not include a matching receiver and has no modifications relevant to an IED application, so it is unclear if the device was intended for use in this manner.  A 9V battery powers the device.

(U//FOUO) The SZSAW DYK2000-12 transmitter operates at a center frequency of 314.97 MHz with an output power of 21.1 dBm (130 mW) and uses OOK modulation to send address and command data to the matching receiver.  Transmitted messages are generated by the PT2262 encoder IC and conform to the Princeton Technology signal format as described in Section 6.2.  Secondary emissions were measured radiating from the antenna while transmitting, which were harmonics of the transmitter's fundamental RF signal.  An operating range was not measured because a matching receiver was not identified.  Additional communications characteristics are included in Section 6.

(U//FOUO) The DYK2000-12 can function as a transmitter in an RCIED when combined with a matching receiver with a switched detonator output (not identified).  Once the matching receiver is deployed and armed, it is ready to receive signals from the DYK2000-12 transmitter.  Upon receipt of a valid command signal, the receiver switches power to its detonator output.  Refer to Section 5, "Functional Analysis", for additional information.

(U//FOUO) The SZSAW DYK2000-12 remote control transmitter has not been previously observed by the IEDE lab, though similar remote control transmitters are commonly used in RCIED applications.  Refer to Section 7, "Possible Trends", for details.

---

[1] (U) Shenzhen SZSAW Electronic CO., Ltd:  http://www.szsaw.com



UNCLASSIFIED//FOUO

Figure 1: (U) Device as Received by the IEDE Lab

# 4 (U) PHYSICAL DEVICE DESCRIPTION

## 4.1 (U) ENCLOSURE

(U//FOUO) An SZSAW DYK2000-12 remote control transmitter is included in the submission (Figure 2–Figure 5). Table 1 includes information about its enclosure and select manufacturer labels and markings.

Table 1: (U) SZSAW DYK2000-12 Remote Control Transmitter Enclosure

| (Table is U//FOUO) | | |
|---|---|---|
| Color | Gray | |
| Material | Plastic | |
| Dimensions (L x W x H) | 146 mm x 42 mm x 26 mm | |
| OEM/Custom | OEM | |
| Modifications | None | |
| Select Manufacturer Markings | Right Side<br>OFF<br>ON | |
| Printed Labels | Front Label<br>YK2000 | Battery Compartment<br>+ (Damaged) |

EXPERT 001256

**UNCLASSIFIED//FOUO**



Figure 2: (U) SZSAW DYK2000-12 Remote Control Transmitter Enclosure (Front and Back)

**UNCLASSIFIED//FOUO**



Figure 3: (U) SZSAW DYK2000-12 Remote Control Transmitter Enclosure (Sides)

**UNCLASSIFIED//FOUO**



Figure 4: (U) SZSAW DYK2000-12 Remote Control Transmitter Enclosure (Top and Bottom)

EXPERT 001257



Figure 5:  (U) SZSAW DYK2000-12 Remote Control Transmitter Enclosure (Interior)

## 4.2   (U) ELECTRONICS

(U//FOUO) The SZSAW DYK2000-12 Remote Control Transmitter's electronics are contained on a single, professionally manufactured PCB (Figure 6).  Table 2 includes information about the PCB as well as select manufacturer labels and markings.

Table 2:  (U) SZSAW DYK2000-12 Remote Control Transmitter PCB

| (Table is U//FOUO) | |
|---|---|
| Top Color | Green |
| Bottom Color | Green |
| Reference Designator Color | White |
| Dimensions (L x W x H) | 76 mm x 37 mm x 1.0 mm |
| Fabrication Technology | Etched |
| Board Layers | Double-layer |
| Mounting Technique | Surface-Mount and Through-Hole |
| Select Manufacturer Markings | SZSAW DYK2000-12 |
| Printed Labels | None |
| Handwritten Markings | None |
| Modifications | No Apparent Modifications |

EXPERT 001258

**UNCLASSIFIED//FOUO**



| | |
|---|---|
| A. Telescoping Antenna | E. ON/OFF Switch |
| B. LED | F. SAW Resonator |
| C. Princeton Technology PT2262 Encoder IC | G. Battery Contacts |
| D. 12-Button Keypad | H. Silkscreen "SZSAW DYK2000-12" |

Figure 6: (U) SZSAW DYK2000-12 Remote Control Transmitter PCB (Top and Bottom)

EXPERT 001259

### 4.3 (U) BATTERY

(U//FOUO) The SZSAW DYK2000-12 remote control transmitter is powered by a single 9V battery (Figure 7–Figure 8).  Table 3 includes labels and markings found on the battery.

Table 3:  (U) Everyday 9V Battery

| (Table is U//FOUO) | |
| --- | --- |
| Manufacturer | Everyday |
| Model Number | 6F22 9V |
| Voltage | 9V |
| Manufacture Location | Not Specified |
| Select Manufacturer Markings | Front<br>EXTRA HEAVY DUTY<br>Side<br>0% MERCURY<br>Bottom<br>06-2009 (expiration date) |

UNCLASSIFIED//FOUO



Figure 7:  (U) 9V Battery (Front and Back)

UNCLASSIFIED//FOUO



Figure 8:  (U) 9V Battery (Expiration Date)

EXPERT 001260

# 5 (U) FUNCTIONAL ANALYSIS

## 5.1 (U) SZSAW DYK2000-12 REMOTE CONTROL TRANSMITTER

(U//FOUO) The SZSAW DYK2000-12 transmitter is unmodified, and does not require any modifications for it to be used as a transmitter in an RCIED. The transmitter uses a Princeton Technology PT2262 encoder IC to generate encoded signals consisting of an address and command. See Section 6 for a detailed explanation of the Princeton Technology signal structure. The encoded signal is applied to the 314.97 MHz RF carrier frequency using OOK modulation.

(U//FOUO) The address of the device is set by soldering the address pins (A0–A7, pins 1–8) of the PT2262 encoder to one of three states: 1 (Vcc), float, or 0 (ground). As shown in Figure 9, the address of the transmitter has been set to f – f – f – f – f – f – f – f (A0–A7). Note that the address of the device must match that of the receiver (not identified) for successful communication. Refer to Section 6 for RF and signaling information pertaining to the submitted transmitter.

(U//FOUO) The transmitted command is determined by pressing any combination of the 12 function buttons (Figure 6). When a button is pressed, the corresponding command (see Table 4) is transmitted and the transmitter's LED illuminates.



Figure 9: (U) Encoder Address Pins

## 5.2 (U) OPERATIONAL USE IN AN IED

(U//FOUO) The DYK2000-12 can function as a transmitter in an RCIED when combined with a matching receiver with a switched detonator output (not identified). Once the matching receiver is deployed and armed, it is ready to receive signals from the DYK2000-12 transmitter. Upon receipt of a valid command signal from the transmitter, the receiver switches power to its detonator output. Because the transmitter was not associated with a matching receiver or any custom electronics, it is unclear if it was used in an IED application.

EXPERT 001261

# 6   (U) COMMUNICATION CHARACTERISTICS

## 6.1   (U) RF PERFORMANCE AND SIGNAL CHARACTERISTICS

(U//FOUO) The SZSAW DYK2000-12 transmitter operates at a center frequency of 314.97 MHz with an output power of 21.1 dBm (130 mW) and uses OOK modulation to send address and command data to a matching receiver (not identified).  Transmitted messages are generated by the PT2262 encoder IC and conform to the Princeton Technology signal format as described in Section 6.2.  Secondary emissions were measured radiating from the antenna while transmitting, which were harmonics of the transmitter's fundamental RF signal (Figure 11).  Additional RF performance and signal characteristics for the transmitter are listed below in Table 4.

Table 4:  (U) SZSAW DYK2000-12 Transmitter Characteristics

| (Table is U//FOUO) | |
|---|---|
| Operating Distance | Not Measured (see Comments) |
| Communications Medium | RF |
| Antenna Type | 24 cm Telescopic monopole |
| Antenna Connector | Solder Connection |
| Operating Frequency | 314.97 MHz (Figure 10) |
| Transmit Power | 21.13 dBm (130 mW) (Figure 10) |
| Secondary Emissions: Frequency, Power | f = 630.07 MHz, -6.1 dBc (Figure 11)<br>f = 945.11 MHz, -30.4 dBc<br>f = 1,259.89 MHz, -39.5 dBc<br>f = 1,574.93 MHz, -27.1 dBc<br>f = 1,889.97 MHz, -36.1 dBc |
| Signal Format | Princeton Technology Corp. PT2262/2272 (Section 6.2) |
| Modulation | OOK |
| Data Rate | 1,087 tri-state bps (8,696 elements/sec) |
| Binary Time Element Duration | 115 us (Figure 13) |
| Address (A0–A7, Tri-state) | f f f f f f f f (f = float) |
| Commands (D3–D0, Tri-state) | Button 1:  0 0 0 1<br>Button 2:  0 0 1 0<br>Button 3:  0 0 1 1<br>Button 4:  0 1 0 0<br>Button 5:  0 1 0 1<br>Button 6:  0 1 1 0<br>Button 7:  0 1 1 1<br>Button 8:  1 0 0 0<br>Button 9:  1 0 0 1<br>Button 10:  1 0 1 0<br>Button 11:  1 0 1 1<br>Button 12:  1 1 0 0 |
| Number of Possible Address Codes | $3^8$ (6,561) |
| Comments | An operating distance was not measured because a matching receiver was not identified. |

EXPERT 001262



Figure 10: (U) Transmit Signal



Figure 11: (U) Transmit Signal and Secondary Emissions

## 6.2 (U) SIGNAL STRUCTURE

(U//FOUO) The signal structure used by the SZSAW DYK2000-12 transmitter conforms to the Princeton Technology PT2262/2272 encoder/decoder format, which uses a unique code word structure to convey address and data information. A complete message consists of two 128 binary-element code words. Each code word consists of eight address code bit patterns (64 elements), four data code bit patterns (32 elements), and a 32 binary-time element sync period. Each code bit pattern consists of eight binary time elements and represents one of three states (Figure 12). The code bit timing used by the transmitter/receiver pair under analysis is shown in Figure 13, and an activate command code word (Button 1) is shown in Figure 14. The 12 commands used by this device are listed in Table 5.

<strong>UNCLASSIFIED//FOUO</strong>

| Address/Data State | Code Bit Pattern | | | | | | | | | Code Bit Hexadecimal |
|---|---|---|---|---|---|---|---|---|---|---|
| Tri-State '0' | 1 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | | 0x88 |
| Tri-State '1' | 1 | 1 | 1 | 0 | 1 | 1 | 1 | 0 | | 0xEE |
| Tri-State 'f' (float) | 1 | 0 | 0 | 0 | 1 | 1 | 1 | 0 | | 0x8E |
| Binary Time Element | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | | |

Figure 12: (U) PT2262/2272 Tri-State Code Bit Map



Figure 13: (U) Tri-State Code Bit Timing (Float State Shown)

EXPERT 001264



| | **Address** | | | | | | | | **Command** | | | | **Sync.** |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | A0 | A1 | A2 | A3 | A4 | A5 | A6 | A7 | D3 | D2 | D1 | D0 | |
| Tri-State | f | f | f | f | f | f | f | f | 0 | 0 | 0 | 1 | |
| Hex | 8E | 8E | 8E | 8E | 8E | 8E | 8E | 8E | 88 | 88 | 88 | EE | |

UNCLASSIFIED//FOUO

Figure 14: (U) Command Code Word from Button 1 (One of 12 Code Words Shown)

Table 5: (U) Command Table

| (Table is U//FOUO) | | | | | |
|---|---|---|---|---|---|
| **Command (note 1)** | **Code Bits** | | **Encoded Code Word (Hexadecimal) (note 2)** | | |
| | **Address (A0–A7)** | **Data (D3–D0)** | **Address (A0–A7)** | **Data (D3–D0)** | **Sync** |
| **Button 1** | f f f f f f f f | 0 0 0 1 | 0x8E8E8E8E8E8E8E8E | 0x888888EE | 0x80000000 |
| **Button 2** | f f f f f f f f | 0 0 1 0 | 0x8E8E8E8E8E8E8E8E | 0x8888EE88 | 0x80000000 |
| **Button 3** | f f f f f f f f | 0 0 1 1 | 0x8E8E8E8E8E8E8E8E | 0x8888EEEE | 0x80000000 |
| **Button 4** | f f f f f f f f | 0 1 0 0 | 0x8E8E8E8E8E8E8E8E | 0x88EE8888 | 0x80000000 |
| **Button 5** | f f f f f f f f | 0 1 0 1 | 0x8E8E8E8E8E8E8E8E | 0x88EE88EE | 0x80000000 |
| **Button 6** | f f f f f f f f | 0 1 1 0 | 0x8E8E8E8E8E8E8E8E | 0x88EEEE88 | 0x80000000 |
| **Button 7** | f f f f f f f f | 0 1 1 1 | 0x8E8E8E8E8E8E8E8E | 0x88EEEEEE | 0x80000000 |
| **Button 8** | f f f f f f f f | 1 0 0 0 | 0x8E8E8E8E8E8E8E8E | 0xEE888888 | 0x80000000 |
| **Button 9** | f f f f f f f f | 1 0 0 1 | 0x8E8E8E8E8E8E8E8E | 0xEE8888EE | 0x80000000 |
| **Button 10** | f f f f f f f f | 1 0 1 0 | 0x8E8E8E8E8E8E8E8E | 0xEE88EE88 | 0x80000000 |
| **Button 11** | f f f f f f f f | 1 0 1 1 | 0x8E8E8E8E8E8E8E8E | 0xEE88EEEE | 0x80000000 |
| **Button 12** | f f f f f f f f | 1 1 0 0 | 0x8E8E8E8E8E8E8E8E | 0xEEEE8888 | 0x80000000 |

1. Values shown are for single button activation. Pressing multiple buttons simultaneously changes the transmitted data correspondingly.
2. A complete message consists of two code words, and two consecutive valid code words must be received to register a valid transmission.

EXPERT 001265

# 7  (U) POSSIBLE TRENDS

## 7.1  (U) UNIQUE REMOTE CONTROL TRANSMITTER

(U//FOUO) The SZSAW DYK2000-12 remote control transmitter under analysis is the first of this model to be analyzed by the IEDE lab.  The transmitter was manufactured by Shenzhen Szsaw Electronic Co., LTD, and the IEDE lab has previously observed various other wireless transmitter models from this manufacturer.  Refer to Section 7.2, "Similar Wireless Transmitters", for more information.

## 7.2  (U) SIMILAR WIRELESS TRANSMITTERS

(U//FOUO) The IEDE lab has previously analyzed several similar commercially available SZSAW wireless transmitters that use Princeton Technology signal structures (Table 6).  All of these devices are functionally and physically similar.  Examples of these transmitters are shown in Figure 15 for comparison.  It is unclear if there are any further associations between these devices.

Table 6:  (U) Similar SZSAW Wireless Transmitters

| (Table is U//FOUO) | | |
|---|---|---|
| **FBI Lab #** | **CEXC #** | **Device Description** |
| 040928708 | IZ 0867/04 | SZSAW DYK1000-4A Transmitter |
| 041109710 | IZ 1019/04 | SZSAW DYK1000-4A Transmitter |
| 061102614-Part 1 | IZ 8317/06 | SZSAW SYK200-4 Transmitter |
| 061208606–Part 48 | IZ 7935/06 | SZSAW DYK2000-2 Transmitter |
| 061208606-Part 59 | IZ 7935/06 | SZSAW DYK2000-12 Transmitter |
| 061208606-Part 60 | IZ 7935/06 | SZSAW DYK2000-8 Transmitter |
| 061208606-Part 61 | IZ 7935/06 | SZSAW DYK2000-4 Transmitter |
| 061208606-Part 64 | IZ 7935/06 | SZSAW YK1000-1 Transmitter |
| 061208606-Part 65 | IZ 7935/06 | SZSAW YK1500-2 Transmitter, SZSAW JDQ-6B RF Receiver |
| 071015604-Part 3 | IZ 14757/07 | SZSAW YK1500-2 Transmitter, JDQ-6B Receiver |
| 071015604-Part 4 | IZ 14757/07 | SZSAW YK1500-2 Transmitter, JDQ-6B Receiver |
| 090318694-Part 3 | IZ 22788/08 | SZSAW YK1000-2 Transmitter |
| 090706604 | AF 1254/09 | SZSAW DYK3000-4 Transmitter |
| 091207601-Part 2 | IZ 25917/09 | SZSAW YK1000-4A Transmitter |
| 091207601-Part 3 | IZ 25917/09 | SZSAW YK1500-2 Transmitters (2) |
| 091207601-Part 7 | IZ 25917/09 | SZSAW YK1000-2 Transmitter |
| 091222739-Part 17 | IZ 25917/09 | SZSAW YK1500-2 Transmitters (21) |
| 091222845-Part 33 | IZ 25917/09 | SZSAW YK1000-2 Transmitter |

EXPERT 001266

**(U) SZSAW DYK2000-12**
<span style="color:red">**(U) FBI Lab # 061208606-Part 59, CEXC # IZ 7935/06**</span>
**UNCLASSIFIED//FOUO**

 

**(U) SZSAW DYK2000-8**
(U) FBI Lab # 061208606-Part 60, CEXC # IZ 7935/06
**UNCLASSIFIED//FOUO**

 

**(U) SZSAW YK1500-2**
(U) FBI Lab# 071015604-Part 3, CEXC # IZ 14757/07
**UNCLASSIFIED//FOUO**

 

**(U) SZSAW YK1000-2**
(U) FBI Lab # 090318694-Part 3, CEXC # IZ 22788/08
**UNCLASSIFIED//FOUO**

 

Figure 15: (U) Examples of Similar SZSAW Wireless Transmitters

## 8 (U) ANALYSIS CONSIDERATIONS

- (U//FOUO) This submission is part of a large cache which was assigned CEXC # IZ 7935/06. The IEDE lab also analyzed devices from this submission which were assigned the following FBI Laboratory numbers:

Table 7: (U) FBI Laboratory Numbers Associated with Cache Under Analysis

| (Table is U//FOUO) |
|---|
| FBI Lab Numbers |
| 060918602 |
| 061105602 |
| 061205643 |
| 061208606 |

- (U//FOUO) The submission includes numerous items which are commonly used in IEDs. The items include electronic components, documentation, circuit boards, commercially available electronics, tools, and chemicals. These items were not associated with a specific device. A detailed list of additional items is available upon request.

## 9 (U) CUSTOMER SURVEY AND CONTACT INFORMATION

(U) A customer survey is included with this document as an attached PDF. The survey may be accessed by viewing the attached files, as shown in Figure 16. To provide feedback, please fill out the form, print it to PDF format and email it to ▮▮▮▮▮@fbi.sgov.gov.



Figure 16: (U) Attached PDFs Accessible Via Paperclip Icon

(U) For additional information pertaining to this or any other submission analyzed by the IEDE Program, refer to the TEDAC website http://tedac.fbi.sgov.gov or contact TEDAC directly. The IEDE Program may be contacted at (703) 985-1272.

> TEDAC
> 2501 Investigation Parkway
> Quantico, VA 22135
> (703) 632-8389

EXPERT 001268

# Appendix A:  (U) Abbreviations and Terms

**(List is UNCLASSIFIED)**

**A**
AC:  Alternating Current
AIR:  Active Infrared
ASK:  Amplitude-Shift Keying

**B**
BCD:  Binary-Coded Decimal

**C**
CDCSS:  Continuous Digital Controlled Squelch System
CDR:  Call Data Record
COTS:  Commercial-Off-The-Shelf
CTCSS:  Continuous Tone-Coded Squelch System
CWIED:  Command Wire IED

**D**
dBc:  Decibels Referenced to Carrier Level
DC:  Direct Current
DCS:  Digital Coded Squelch
DTMF:  Dual-Tone Multi-Frequency

**E**
EEPROM:  Electrically Erasable Programmable Read-Only Memory

**F**
FM:  Frequency Modulation
FRS:  Family Radio Service
FSK:  Frequency-Shift Keying

**G**
GMRS:  General Mobile Radio Service
G-MSK:  Gaussian-Filtered Minimum Shift Keying
GSM:  Global System for Mobile Communication
GPS:  Global Positioning System

**I**
IC:  Integrated Circuit
ICCID:  Integrated Circuit Card Identification
IEC:  Interface Eliminator Code
IED:  Improvised Explosive Device
IF:  Intermediate Frequency
IMEI:  International Mobile Equipment Identity
IMSI:  International Mobile Subscriber Identity
IR:  Infrared
ISO:  International Standards Organization

**L**
LCD:  Liquid Crystal Display
LED:  Light-Emitting Diode
LO:  Local Oscillator
LRCT:  Long-Range Cordless Telephone

**M**
MCC:  Mobile Country Code
MNC:  Mobile Network Code
MSC:  Mobile Switching Center
MSIN:  Mobile Subscriber Identification Number
MSK:  Minimum-Shift Keying

**N**
NC:  Normally Closed
NMSI:  National Mobile Subscriber Identity
NO:  Normally Open

**O**
OEM:  Original Equipment Manufacturer
OGA:  Other Government Agency
OOK:  On-Off Keying

**P**
PCB:  Printed Circuit Board
PIR:  Passive Infrared
PMR:  Personal Mobile Radio
PTT:  Push-To-Talk

**R**
RCIED:  Radio Controlled IED
RF:  Radio Frequency
RKE:  Remote Keyless Entry

**S**
SIM:  Subscriber Identity Module
SMS:  Short Messaging Service
SWR:  Standing Wave Ratio

**U**
UHF:  Ultra High Frequency

**V**
VHF:  Very High Frequency
VOIED:  Victim Operated IED

UNCLASSIFIED//FOR OFFICIAL USE ONLY

**(U) SZSAW DYK2000-8 Remote Control Transmitter (Q168)**

**(U) Electronic and Trend Analysis Report**

**(U) FBI Laboratory Number:  061208606-Part 60**
**(U) CEXC Number:  IZ 7935/06**

Revision 1
1.18.2011



# Federal Bureau of Investigation
## Terrorist Explosive Device Analytical Center
### Improvised Explosive Device Electronics Program

For Lead Purposes Only

UNCLASSIFIED//FOR OFFICIAL USE ONLY

EXPERT 001270

# (U) Table of Contents

**1  (U) ANALYSIS SUMMARY TABLES** ........................................................................... **3**

   1.1  (U) SZSAW DYK2000-8 REMOTE CONTROL TRANSMITTER .............................. 3

   1.2  (U) SZSAW DYK2000-8 TRANSMITTER CHARACTERISTICS ............................. 3

**2  (U) BACKGROUND** ........................................................................................................ **4**

**3  (U) EXECUTIVE SUMMARY** ....................................................................................... **4**

**4  (U) PHYSICAL DEVICE DESCRIPTION** .................................................................. **5**

   4.1  (U) ENCLOSURE .......................................................................................................... 5

   4.2  (U) ELECTRONICS ...................................................................................................... 8

   4.3  (U) BATTERY ............................................................................................................. 10

**5  (U) FUNCTIONAL ANALYSIS** ................................................................................ **11**

   5.1  (U) SZSAW DYK2000-8 REMOTE CONTROL TRANSMITTER ......................... 11

   5.2  (U) OPERATIONAL USE IN AN IED ...................................................................... 12

**6  (U) COMMUNICATION CHARACTERISTICS** ...................................................... **12**

   6.1  (U) RF PERFORMANCE AND SIGNAL CHARACTERISTICS .............................. 12

   6.2  (U) SIGNAL STRUCTURE ........................................................................................ 15

**7  (U) POSSIBLE TRENDS** ............................................................................................ **17**

   7.1  (U) UNIQUE REMOTE CONTROL TRANSMITTER .............................................. 17

   7.2  (U) SIMILAR WIRELESS TRANSMITTERS .......................................................... 17

**8  (U) ANALYSIS CONSIDERATIONS** ....................................................................... **19**

**9  (U) CUSTOMER SURVEY AND CONTACT INFORMATION** ............................. **20**

**APPENDIX A:  (U) ABBREVIATIONS AND TERMS** ............................................... **21**

# 1 (U) ANALYSIS SUMMARY TABLES

## 1.1 (U) SZSAW DYK2000-8 REMOTE CONTROL TRANSMITTER

**(Table is U//FOUO)**

| | |
|---|---|
| Name / Model / Application | SZSAW DYK2000-8 Remote Control Transmitter |
| Functional use in an IED | Possible Transmitter |
| Operational Status | Operational |
| Supply Voltage | 9V Battery |
| Feature Exploited | N/A |
| Physical / Electrical Modifications | No Apparent Modifications |
| Comments | No custom electronics or matching receiver was identified with the device so it is unclear if it was intended for use in an IED. |

## 1.2 (U) SZSAW DYK2000-8 TRANSMITTER CHARACTERISTICS

**(Table is U//FOUO)**

| | |
|---|---|
| Operating Distance | Not Measured (see Comments) |
| Communications Medium | RF |
| Antenna Type | 24 cm Telescopic |
| Antenna Connector | Solder Connection |
| Operating Frequency | 315.05 MHz (Figure 11) |
| Transmit Power | 22.5 dBm (180 mW) (Figure 11) |
| Secondary Emissions: Frequency, Power | $f = 157.62$ MHz, -12.0 dBc (Figure 12)<br>$f = 472.60$ MHz, -15.1 dBc<br>$f = 630.09$ MHz, -5.8 dBc<br>$f = 787.58$ MHz, -16.6 dBc<br>$f = 945.07$ MHz, -20.8 dBc<br>$f = 1,102.81$ MHz, -28.2 dBc<br>$f = 1,260.30$ MHz, -25.4 dBc<br>$f = 1,575.52$ MHz, -24.1 dBc<br>$f = 1,732.77$ MHz, -24.9 dBc |
| Signal Format | Princeton Technology Corp. PT2262/2272 (Section 6.2) |
| Modulation | OOK |
| Data Rate | 1,042 tri-state bps (8,333 elements/sec) |
| Binary Time Element Duration | 960 us (Figure 14) |
| Address (A0–A7, Tri-state) | f f f f f f f f (f = float) |
| Commands (D3–D0, Tri-state) | Button 1: 1 0 0 0<br>Button 2: 0 1 0 0<br>Button 3: 1 1 0 0<br>Button 4: 0 0 1 0<br>Button 5: 1 0 1 0<br>Button 6: 0 1 1 0<br>Button 7: 1 1 1 0<br>Button 8: 0 0 0 1 |
| Number of Possible Address Codes | $3^8$ (6,561) |
| Comments | An operating distance was not measured because a matching receiver was not identified. |

EXPERT 001272

## 2 (U) BACKGROUND

(U//FOUO) In support of the Terrorist Explosive Device Analytical Center (TEDAC), the Improvised Explosive Device Electronics (IEDE) Program has evaluated a device recovered by the Combined Explosives Exploitation Cell (CEXC) in Iraq that may have been used as part of an Improvised Explosive Device (IED). The submission has been assigned FBI Laboratory number 061208606 (Q168) and CEXC number IZ 7935/06. The following information is provided, as applicable: device identification, Radio Frequency (RF) and signal characterization, electronic schematic reconstruction, operational scenarios, electronic data recovery, and possible trends in design, manufacture, and deployment.

## 3 (U) EXECUTIVE SUMMARY

(U//FOUO) The device under analysis is a commercially available DYK2000-8 remote control transmitter manufactured by Shenzhen SZSAW Electronic Co. Ltd[1]. (Figure 1), and is designed to be a general-purpose wireless remote control. The device does not include a matching receiver and has no modifications relevant to an IED application, so it is unclear if the device was intended for use in this manner. A 9V battery powers the device.

(U//FOUO) The SZSAW DYK2000-8 transmitter operates at a center frequency of 315.05 MHz with an output power of 22.5 dBm (180 mW) and uses OOK modulation to send address and command data to the matching receiver (not identified). Transmitted messages are generated by the PT2262 encoder IC and conform to the Princeton Technology signal format as described in Section 6.2. Secondary emissions were measured radiating from the antenna while transmitting, which are harmonics of the transmitter's fundamental RF signal. An operating range was not measured because a matching receiver was not identified. Additional communications characteristics are included in Section 6.

(U//FOUO) The DYK2000-8 can function as a transmitter in an RCIED as follows. When deployed and armed, a matching receiver with a switched detonator output (not identified) waits to receive signals from the DYK2000-8 transmitter. Upon receipt of a valid command signal from the transmitter, the receiver switches power to its detonator output. Refer to Section 5, "Functional Analysis", for additional information.

(U//FOUO) The SZSAW DYK2000-8 remote control transmitter has not been previously observed by the IEDE lab, though similar remote control transmitters are commonly used in RCIED applications. Refer to Section 7, "Possible Trends", for details.

---

[1] (U) Shenzhen SZSAW Electronic CO., Ltd: http://www.szsaw.com



Figure 1:  (U) Device as Received by the IEDE Lab

# 4   (U) PHYSICAL DEVICE DESCRIPTION

## 4.1   (U) ENCLOSURE

(U//FOUO) An SZSAW DYK2000-8 remote control transmitter was included in the submission (Figure 2–Figure 5).  Table 1 includes information about its enclosure and select manufacturer labels and markings.

Table 1:  (U) SZSAW DYK2000-8 Remote Control Transmitter Enclosure

| (Table is U//FOUO) | |
| --- | --- |
| Color | Gray |
| Material | Plastic |
| Dimensions (L x W x H) | 135 mm x 41 mm x 28 mm |
| OEM/Custom | OEM |
| Modifications | None |
| Select Manufacturer Markings | Right Side<br>OFF<br>ON |
| Printed Labels | Front Label<br>YK2000<br>Battery Compartment<br>+ - |



**UNCLASSIFIED//FOUO**

Figure 2:  (U) SZSAW DYK2000-8 Enclosure (Front, Back, and Battery Compartment)

EXPERT 001275

UNCLASSIFIED//FOUO



Figure 3: (U) SZSAW DYK2000-8 Enclosure (Sides)

UNCLASSIFIED//FOUO



Figure 4: (U) SZSAW DYK2000-8 Enclosure (Top and Bottom)

EXPERT 001276



Figure 5: (U) SZSAW DYK2000-8 Enclosure (Front and Back)

## 4.2 (U) ELECTRONICS

(U//FOUO) The SZSAW DYK2000-8 remote control transmitter's electronics are contained on a single, professionally manufactured PCB (Figure 6). Table 2 includes information about the PCB as well as select manufacturer labels and markings.

Table 2: (U) SZSAW DYK2000-8 Remote Control Transmitter PCB

| (Table is U//FOUO) | |
|---|---|
| Top Color | Green |
| Bottom Color | Green |
| Reference Designator Color | White |
| Dimensions (L x W x H) | 76 mm x 37 mm x 1.0 mm |
| Fabrication Technology | Etched |
| Board Layers | Double-Layer |
| Mounting Technique | Surface-Mount and Through-Hole |
| Select Manufacturer Markings | SZSAW DYK2000-8 |
| Printed Labels | None |
| Handwritten Markings | None |
| Modifications | No Apparent Modifications |

EXPERT 001277

UNCLASSIFIED//FOUO



A. Telescoping Antenna
B. LED
C. Princeton Technology PT2262 Encoder IC
D. 8-Button Keypad
E. ON/OFF Switch
F. SAW Resonator
G. Battery Contacts
H. Silkscreen "SZSAW DYK2000-8"

Figure 6: (U) SZSAW DYK2000-8 Remote Control Transmitter PCB (Top and Bottom)

EXPERT 001278

### 4.3 (U) BATTERY

(U//FOUO) The SZSAW DYK2000-8 remote control transmitter is powered by a single 9V battery (Figure 7–Figure 9).  Table 3 includes labels and markings found on the battery.

Table 3:  (U) Everyday 9V Battery

| (Table is U//FOUO) | |
| --- | --- |
| Manufacturer | EVERYDAY |
| Model Number | 6F22 9V |
| Voltage | 9V |
| Manufacture Location | Not Specified |
| Select Manufacturer Markings | Front<br>EXTRA HEAVY DUTY<br>Side<br>0% MERCURY<br>Bottom<br>06-2009 |



UNCLASSIFIED//FOUO

Figure 7:  (U) 9V Battery (Front and Back)

EXPERT 001279



Figure 8: (U) 9V Battery (Sides)



Figure 9: (U) 9V Battery (Top and Bottom)

# 5 (U) FUNCTIONAL ANALYSIS

## 5.1 (U) SZSAW DYK2000-8 REMOTE CONTROL TRANSMITTER

(U//FOUO) The SZSAW DYK2000-8 transmitter is unmodified and does not require any modifications to be used as a transmitter in an RCIED. The transmitter uses a Princeton Technology PT2262 encoder IC to generate encoded signals consisting of an address and command. See Section 6.2 for a detailed explanation of the Princeton Technology signal structure. The encoded signal is applied to the 315.05 MHz RF carrier frequency using OOK modulation.

(U//FOUO) The address of the device is set by soldering the address pins (A0–A7, pins 1–8) of the PT2262 encoder to one of three states: 1 (Vcc), float, or 0 (ground). As shown in Figure 10, the address of the transmitter has been set to f – f – f – f – f – f – f – f (A0–A7). Note that the address of the device must match that of the receiver (not identified) for successful communication. Refer to Section 6 for RF and signaling information pertaining to the submitted transmitter.

(U//FOUO) The transmitted command is determined by pressing any combination of the eight function buttons (Figure 6). When a button is pressed, the corresponding command (see Table 4) is transmitted and the device's LED illuminates.



Figure 10: (U) Encoder Address Pins

## 5.2 (U) OPERATIONAL USE IN AN IED

(U//FOUO) The DYK2000-8 can function as a transmitter in an RCIED as follows. When deployed and armed, a matching receiver with a switched detonator output (not identified) waits to receive signals from the DYK2000-8 transmitter. Upon receipt of a valid command signal from the transmitter, the receiver switches power to its detonator output. Because the transmitter was not associated with a matching receiver or any custom electronics, it is unclear if it was used in an IED.

# 6 (U) COMMUNICATION CHARACTERISTICS

## 6.1 (U) RF PERFORMANCE AND SIGNAL CHARACTERISTICS

(U//FOUO) The SZSAW DYK2000-8 transmitter operates at a center frequency of 315.05 MHz with an output power of 22.5 dBm (180 mW) (Figure 11) and uses OOK modulation to send address and command data to a matching receiver (not identified). Transmitted messages are generated by the PT2262 encoder IC and conform to the Princeton Technology signal format as described in Section 6.2. Secondary emissions were measured radiating from the antenna while transmitting, which are harmonics of the transmitter's fundamental RF signal (Figure 12). An operating range was not measured because the matching receiver was not identified. Additional RF performance and signal characteristics for the transmitter are listed below in Table 4.

EXPERT 001281

Table 4: (U) SZSAW DYK2000-8 Transmitter Characteristics

| (Table is U//FOUO) | |
|---|---|
| Operating Distance | Not Measured (see comment) |
| Communications Medium | RF |
| Antenna Type | 24 cm Telescopic |
| Antenna Connector | Solder Connection |
| Operating Frequency | 315.05 MHz (Figure 11) |
| Transmit Power | 22.5 dBm (180 mW) (Figure 11) |
| Secondary Emissions: Frequency, Power | f = 157.62 MHz, -12.0 dBc (Figure 12) |
| | f = 472.60 MHz, -15.1 dBc |
| | f = 630.09 MHz, -5.8 dBc |
| | f = 787.58 MHz, -16.6 dBc |
| | f = 945.07 MHz, -20.8 dBc |
| | f = 1,102.81 MHz, -28.2 dBc |
| | f = 1,260.30 MHz, -25.4 dBc |
| | f = 1,575.52 MHz, -24.1 dBc |
| | f = 1,732.77 MHz, -24.9 dBc |
| Signal Format | Princeton Technology Corp. PT2262/2272 (Section 6.2) |
| Modulation | OOK |
| Data Rate | 1,042 tri-state bps (8,333 elements/sec) |
| Binary Time Element Duration | 960 us (Figure 14) |
| Address (A0–A7, Tri-state) | f f f f f f f f (f = float) |
| Commands (D3–D0, Tri-state) | Button 1: 1 0 0 0 |
| | Button 2: 0 1 0 0 |
| | Button 3: 1 1 0 0 |
| | Button 4: 0 0 1 0 |
| | Button 5: 1 0 1 0 |
| | Button 6: 0 1 1 0 |
| | Button 7: 1 1 1 0 |
| | Button 8: 0 0 0 1 |
| Number of Possible Address Codes | $3^8$ (6,561) |
| Comments | An operating distance was not measured because a matching receiver was not identified. |

EXPERT 001282



Figure 11:  (U) Transmit Signal



Figure 12:  (U) Transmit Signal and Secondary Emissions

**6.2 (U) SIGNAL STRUCTURE**

(U//FOUO) The signal structure used by the SZSAW DYK2000-8 transmitter conforms to the Princeton Technology PT2262/2272 encoder/decoder format, which uses a unique code word structure to convey address and data information. A complete message consists of two 128 binary-element code words. Each code word consists of eight address code bit patterns (64 elements), four data code bit patterns (32 elements), and a 32 binary-time element sync period. Each code bit pattern consists of eight binary time elements and represents one of three states (Figure 13). The code bit timing used by the transmitter under analysis is shown in Figure 14, and an activate command code word (Button 1) is shown in Figure 15. The eight commands used by this device are listed in Table 5.

| | UNCLASSIFIED//FOUO | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Address/Data State** | **Code Bit Pattern** | | | | | | | | **Code Bit Hexadecimal** |
| Tri-State '0' | 1 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0x88 |
| Tri-State '1' | 1 | 1 | 1 | 0 | 1 | 1 | 1 | 0 | 0xEE |
| Tri-State 'f' (float) | 1 | 0 | 0 | 0 | 1 | 1 | 1 | 0 | 0x8E |
| **Binary Time Element** | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | |

Figure 13: (U) PT2262/2272 Tri-State Code Bit Map



Figure 14: (U) Tri-State Code Bit Timing (float state shown)

EXPERT 001284



| | | | | | UNCLASSIFIED//FOUO | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Address | | | | | | | | Command | | | | Sync. |
| | A0 | A1 | A2 | A3 | A4 | A5 | A6 | A7 | D3 | D2 | D1 | D0 | |
| Tri-State | f | f | f | f | f | f | f | f | 1 | 0 | 0 | 0 | |
| Hex | 8E | 8E | 8E | 8E | 8E | 8E | 8E | 8E | EE | 88 | 88 | 88 | |

Figure 15: (U) Command Code Word from Button 1 (One of Eight code words shown)

Table 5: (U) Command Table

| (Table is U//FOUO) | | | | | |
|---|---|---|---|---|---|
| Command (note 1) | Code Bits | | Encoded Code Word (Hexadecimal) (note 2) | | |
| | Address (A0–A7) | Data (D3–D0) | Address (A0–A7) | Data (D3–D0) | Sync |
| Button 1 | f f f f f f f f | 1 0 0 0 | 0x8E8E8E8E8E8E8E8E | 0xEE888888 | 0x80000000 |
| Button 2 | f f f f f f f f | 0 1 0 0 | 0x8E8E8E8E8E8E8E8E | 0x88EE8888 | 0x80000000 |
| Button 3 | f f f f f f f f | 1 1 0 0 | 0x8E8E8E8E8E8E8E8E | 0xEEEE8888 | 0x80000000 |
| Button 4 | f f f f f f f f | 0 0 1 0 | 0x8E8E8E8E8E8E8E8E | 0x8888EE88 | 0x80000000 |
| Button 5 | f f f f f f f f | 1 0 1 0 | 0x8E8E8E8E8E8E8E8E | 0xEE88EE88 | 0x80000000 |
| Button 6 | f f f f f f f f | 0 1 1 0 | 0x8E8E8E8E8E8E8E8E | 0x88EEEE88 | 0x80000000 |
| Button 7 | f f f f f f f f | 1 1 1 0 | 0x8E8E8E8E8E8E8E8E | 0xEEEEEE88 | 0x80000000 |
| Button 8 | f f f f f f f f | 0 0 0 1 | 0x8E8E8E8E8E8E8E8E | 0x888888EE | 0x80000000 |

1. Values shown are for single button activation. Pressing multiple buttons simultaneously changes the transmitted data correspondingly.
2. A complete message consists of two code words, and two consecutive valid code words must be received to register a valid transmission.

EXPERT 001285

# 7 (U) POSSIBLE TRENDS

## 7.1 (U) UNIQUE REMOTE CONTROL TRANSMITTER

(U//FOUO) The SZSAW DYK2000-8 remote control transmitter under analysis is the first of this model to be analyzed by the IEDE lab. The transmitter was manufactured by Shenzhen SZSAW Electronic Co., LTD, and the IEDE lab has previously observed various other wireless transmitter models from this manufacturer. Refer to Section 7.2, "Similar Wireless Transmitters", for more information.

## 7.2 (U) SIMILAR WIRELESS TRANSMITTERS

(U//FOUO) The IEDE lab has previously analyzed several similar commercially available SZSAW wireless transmitters that use Princeton Technology signal structures (Table 6). All of these devices are functionally and physically similar. Examples of these transmitters are shown in Figure 16 for comparison. It is unclear if there are any further associations between these devices.

Table 6:  (U) Similar SZSAW Wireless Transmitters

| (Table is U//FOUO) | | |
|---|---|---|
| **FBI Lab #** | **CEXC #** | **Device Description** |
| 040928708 | IZ 0867/04 | SZSAW DYK1000-4A Transmitter |
| 041109710 | IZ 1019/04 | SZSAW DYK1000-4A Transmitter |
| 061102614-Part 1 | IZ 8317/06 | SZSAW SYK200-4 Transmitter |
| 061208606–Part 48 | IZ 7935/06 | SZSAW DYK2000-2 Transmitter |
| 061208606-Part 59 | IZ 7935/06 | SZSAW DYK2000-12 Transmitter |
| **061208606-Part 60** | **IZ 7935/06** | **SZSAW DYK2000-8 Transmitter** |
| 061208606-Part 61 | IZ 7935/06 | SZSAW DYK2000-4 Transmitter |
| 061208606-Part 64 | IZ 7935/06 | SZSAW YK1000-1 Transmitter |
| 061208606-Part 65 | IZ 7935/06 | SZSAW YK1500-2 Transmitter, SZSAW JDQ-6B RF Receiver |
| 071015604-Part 3 | IZ 14757/07 | SZSAW YK1500-2 Transmitter, JDQ-6B Receiver |
| 071015604-Part 4 | IZ 14757/07 | SZSAW YK1500-2 Transmitter, JDQ-6B Receiver |
| 090318694-Part 3 | IZ 22788/08 | SZSAW YK1000-2 Transmitter |
| 090706604 | AF 1254/09 | SZSAW DYK3000-4 Transmitter |
| 091207601-Part 2 | IZ 25917/09 | SZSAW YK1000-4A Transmitter |
| 091207601-Part 3 | IZ 25917/09 | SZSAW YK1500-2 Transmitters (2) |
| 091207601-Part 7 | IZ 25917/09 | SZSAW YK1000-2 Transmitter |
| 091222739-Part 17 | IZ 25917/09 | SZSAW YK1500-2 Transmitters (21) |
| 091222845-Part 33 | IZ 25917/09 | SZSAW YK1000-2 Transmitter |

EXPERT 001286

**(U) SZSAW DYK2000-12**

(U) FBI Lab # 061208606-Part 59, CEXC # IZ 7935/06

**UNCLASSIFIED//FOUO**

 

**(U) SZSAW DYK2000-8**

(U) **FBI Lab # 061208606-Part 60, CEXC # IZ 7935/06**

**UNCLASSIFIED//FOUO**

 

**(U) SZSAW YK1500-2**

(U) FBI Lab# 071015604-Part 3, CEXC # IZ 14757/07

**UNCLASSIFIED//FOUO**

 

**(U) SZSAW YK1000-2**

(U) FBI Lab # 090318694-Part 3, CEXC # IZ 22788/08

**UNCLASSIFIED//FOUO**

 

Figure 16:  (U) Examples of Similar SZSAW Wireless Transmitters

# 8  (U) ANALYSIS CONSIDERATIONS

- (U//FOUO) This submission is part of a large cache which was assigned CEXC # IZ 7935/06.  The IEDE lab also analyzed devices from this submission which were assigned the following FBI Laboratory numbers:

Table 7:  (U) FBI Laboratory Numbers Associated with Cache under Analysis

| (Table is U//FOUO) |
| --- |
| FBI Lab Numbers |
| 060918602 |
| 061105602 |
| 061205643 |
| 061208606 |

- (U//FOUO) The submission includes numerous items which are commonly used in IEDs.  The items include electronic components, documentation, circuit boards, commercially available electronics, tools, and chemicals.  These items were not associated with a specific device.  A detailed list of additional items is available upon request.

EXPERT 001288

# 9 (U) CUSTOMER SURVEY AND CONTACT INFORMATION

(U) A customer survey is included with this document as an attached PDF. The survey may be accessed by viewing the attached files, as shown in Figure 17. To provide feedback, please fill out the form, print it to PDF format and email it to ▮▮▮▮▮▮@fbi.sgov.gov.



Figure 17: (U) Attached PDFs Accessible Via Paperclip Icon

(U) For additional information pertaining to this or any other submission analyzed by the IEDE Program, refer to the TEDAC website http://tedac.fbi.sgov.gov or contact TEDAC directly. The IEDE Program may be contacted at (703) 985-1109.

TEDAC
2501 Investigation Parkway
Quantico, VA 22135
(703) 632-8389

# Appendix A: (U) Abbreviations and Terms

**(List is UNCLASSIFIED)**

**A**
AC:  Alternating Current
AIR:  Active Infrared
ASK:  Amplitude-Shift Keying

**B**
BCD:  Binary-Coded Decimal

**C**
CDCSS:  Continuous Digital Controlled Squelch System
CDR:  Call Data Record
COTS:  Commercial-Off-The-Shelf
CTCSS:  Continuous Tone-Coded Squelch System
CWIED:  Command Wire IED

**D**
dBc:  Decibels Referenced to Carrier Level
DC:  Direct Current
DCS:  Digital Coded Squelch
DTMF:  Dual-Tone Multi-Frequency

**E**
EEPROM:  Electrically Erasable Programmable Read-Only Memory

**F**
FM:  Frequency Modulation
FRS:  Family Radio Service
FSK:  Frequency-Shift Keying

**G**
GMRS:  General Mobile Radio Service
G-MSK:  Gaussian-Filtered Minimum Shift Keying
GSM:  Global System for Mobile Communication
GPS:  Global Positioning System

**I**
IC:  Integrated Circuit
ICCID:  Integrated Circuit Card Identification
IEC:  Interface Eliminator Code
IED:  Improvised Explosive Device
IF:  Intermediate Frequency
IMEI:  International Mobile Equipment Identity
IMSI:  International Mobile Subscriber Identity
IR:  Infrared
ISO:  International Standards Organization

**L**
LCD:  Liquid Crystal Display
LED:  Light-Emitting Diode
LO:  Local Oscillator
LRCT:  Long-Range Cordless Telephone

**M**
MCC:  Mobile Country Code
MNC:  Mobile Network Code
MSC:  Mobile Switching Center
MSIN:  Mobile Subscriber Identification Number
MSK:  Minimum-Shift Keying

**N**
NC:  Normally Closed
NMSI:  National Mobile Subscriber Identity
NO:  Normally Open

**O**
OEM:  Original Equipment Manufacturer
OGA:  Other Government Agency
OOK:  On-Off Keying

**P**
PCB:  Printed Circuit Board
PIR:  Passive Infrared
PMR:  Personal Mobile Radio
PTT:  Push-To-Talk

**R**
RCIED:  Radio Controlled IED
RF:  Radio Frequency
RKE:  Remote Keyless Entry

**S**
SIM:  Subscriber Identity Module
SMS:  Short Messaging Service
SWR:  Standing Wave Ratio

**U**
UHF:  Ultra High Frequency

**V**
VHF:  Very High Frequency
VOIED:  Victim Operated IED

**(U) SZSAW DYK2000-4 Remote Control Transmitter (Q169)**

**(U) Electronic and Trend Analysis Report**

**(U) FBI Laboratory Number:  061208606-Part 61**
**(U) CEXC Number:  IZ 7935/06**

Revision 1
1.18.2011



# Federal Bureau of Investigation
## Terrorist Explosive Device Analytical Center
### Improvised Explosive Device Electronics Program

For Lead Purposes Only

## (U) Table of Contents

**1 (U) ANALYSIS SUMMARY TABLES**................................................................................**3**

   1.1    (U) SZSAW DYK2000-4 REMOTE CONTROL TRANSMITTER ...........................3
   1.2    (U) SZSAW DYK2000-4 TRANSMITTER CHARACTERISTICS ...........................3

**2 (U) BACKGROUND**................................................................................................**4**

**3 (U) EXECUTIVE SUMMARY** ..................................................................................**4**

**4 (U) PHYSICAL DEVICE DESCRIPTION** ..............................................................**5**

   4.1    (U) ENCLOSURE ................................................................................5
   4.2    (U) ELECTRONICS ..............................................................................8
   4.3    (U) BATTERY ....................................................................................10

**5 (U) FUNCTIONAL ANALYSIS** ..............................................................................**11**

   5.1    (U) SZSAW DYK2000-4 REMOTE CONTROL TRANSMITTER .........................11
   5.2    (U) OPERATIONAL USE IN AN IED .......................................................12

**6 (U) COMMUNICATION CHARACTERISTICS** ........................................................**13**

   6.1    (U) RF PERFORMANCE AND SIGNAL CHARACTERISTICS..............................13
   6.2    (U) SIGNAL STRUCTURE ....................................................................15

**7 (U) POSSIBLE TRENDS** ......................................................................................**16**

   7.1    (U) UNIQUE REMOTE CONTROL TRANSMITTER .............................................16
   7.2    (U) SIMILAR WIRELESS TRANSMITTERS .................................................17

**8 (U) ANALYSIS CONSIDERATIONS** ......................................................................**19**

**9 (U) CUSTOMER SURVEY AND CONTACT INFORMATION** ..................................**20**

**APPENDIX A: (U) ABBREVIATIONS AND TERMS**.......................................................**21**

# 1 (U) ANALYSIS SUMMARY TABLES

## 1.1 (U) SZSAW DYK2000-4 REMOTE CONTROL TRANSMITTER

**(Table is U//FOUO)**

| | |
|---|---|
| Name / Model / Application | SZSAW DYK2000-4 Remote Control Transmitter |
| Functional use in an IED | Possible Transmitter |
| Operational Status | Operational |
| Supply Voltage | 9V Battery |
| Feature Exploited | N/A |
| Physical / Electrical Modifications | No Apparent Modifications |
| Comments | No custom electronics or matching receiver was identified with the device. Therefore, it is unclear if the device was intended for use in an IED. |

## 1.2 (U) SZSAW DYK2000-4 TRANSMITTER CHARACTERISTICS

**(Table is U//FOUO)**

| | |
|---|---|
| Operating Distance | Not Measured (see Comments) |
| Communications Medium | RF |
| Antenna Type | Telescoping Whip, 244 mm |
| Antenna Connector | N/A (Soldered Connection) |
| Operating Frequency | 315.0125 MHz (Figure 11) |
| Transmit Power | 11.8 dBm (15 mW) (Figure 11) |
| Secondary Emissions: Frequency, Power | f = 157.51 MHz, -23.5 dBc (Figure 12)<br>f = 472.55 MHz, -27.2 dBc<br>f = 630.07 MHz, -23.1 dBc<br>f = 787.59 MHz, -26.1 dBc<br>f = 945.11 MHz, -11.0 dBc<br>f = 1,102.63 MHz, -27.2 dBc<br>f = 1,260.15 MHz, -22.5 dBc<br>f = 1,417.66 MHz, -30.4 dBc<br>f = 1,575.18 MHz, -18.1 dBc |
| Signal Format | Princeton Technology Corp. PT2262/2272 (Section 6.2) |
| Modulation | OOK |
| Data Rate | 289 tri-state bps (2,314 elements/sec) |
| Binary Time Element Length | 432 µs (Figure 14) |
| Address (A0–A7, Tri-state) | f f f f f f f f (f = float) |
| Commands (D3–D0, Tri-state) | Button 1: 1 0 0 0<br>Button 2: 0 1 0 0<br>Button 3: 0 0 1 0<br>Button 4: 0 0 0 1 |
| Number of Possible Address Codes | $3^8$ (6,561) |
| Comments | An operating distance was not measured because a matching receiver was not identified. |

EXPERT 001293

## 2  (U) BACKGROUND

(U//FOUO) In support of the Terrorist Explosive Device Analytical Center (TEDAC), the Improvised Explosive Device Electronics (IEDE) Program has evaluated a device recovered by the Combined Explosives Exploitation Cell (CEXC) in Iraq that may have been used as part of an Improvised Explosive Device (IED).  The submission has been assigned FBI Laboratory number 061208606 (Q169) and CEXC number IZ 7935/06.  The following information is provided, as applicable:  device identification, Radio Frequency (RF) and signal characterization, electronic schematic reconstruction, operational scenarios, electronic data recovery, and possible trends in design, manufacture, and deployment.

## 3  (U) EXECUTIVE SUMMARY

(U//FOUO) The device under analysis is a commercially available DYK2000-4 remote control transmitter manufactured by Shenzhen SZSAW Electronic Co. Ltd[1]. (Figure 1), and is designed to be a general-purpose wireless remote control.  The device does not include a matching receiver and has no modifications relevant to an IED application, so it is unclear if the device was intended for use in this manner.  A 9V battery powers the device.

(U//FOUO) The SZSAW DYK2000-4 transmitter operates at a center frequency of 315.0125 MHz with an output power of 11.8 dBm (15 mW) and uses OOK modulation to send address and command data to a matching receiver (not identified).  Transmitted messages are generated by the PT2262 encoder IC and conform to the Princeton Technology signal format as described in Section 6.2.  Secondary emissions were detected radiating from the antenna while transmitting, which are harmonics of the transmit signal.  An operating range was not measured because the matching receiver was not identified.  Additional communications characteristics are included in Section 6.

(U//FOUO) The DYK2000-4 can function as a transmitter in an RCIED as follows.  When deployed and armed, a matching receiver with a switched detonator output (not identified) waits to receive signals from the DYK2000-4 transmitter.  Upon receipt of a valid command signal from the transmitter, the receiver switches power to its detonator output.  Refer to Section 5, "Functional Analysis", for additional information.

(U//FOUO) The SZSAW DYK2000-4 remote control transmitter is the first of this particular model to be observed by the IEDE lab, though similar remote control transmitters are commonly used in RCIED applications.  Refer to Section 7, "Possible Trends", for details.

---

[1] (U) Shenzhen SZSAW Electronic CO., Ltd:  http://www.szsaw.com

**UNCLASSIFIED//FOUO**



Figure 1:  (U) Device as Received by the IEDE Lab

# 4  (U) PHYSICAL DEVICE DESCRIPTION

## 4.1  (U) ENCLOSURE

(U//FOUO) An SZSAW DYK2000-4 remote control transmitter was included in the submission (Figure 2–Figure 4).  Table 1 includes information about its enclosure and select manufacturer labels and markings.

Table 1:  (U) SZSAW DYK2000-4 Remote Control Transmitter Enclosure

| (Table is U//FOUO) | |
|---|---|
| Color | Gray |
| Material | Plastic |
| Dimensions (L x W x H) | 136 mm x 43 mm x 26 mm |
| OEM/Custom | OEM |
| Modifications | None |
| Select Manufacturer Markings | Right Side<br>OFF<br>ON |
| Printed Labels | Front Label<br>YK2000<br>Battery Compartment<br>+ - |



UNCLASSIFIED//FOUO

Figure 2:  (U) SZSAW DYK2000-4 Enclosure (Front, Back, and Battery Compartment)

EXPERT 001296

UNCLASSIFIED//FOUO



Figure 3:  (U) SZSAW DYK2000-4 Enclosure (Sides)

UNCLASSIFIED//FOUO



Figure 4:  (U) SZSAW DYK2000-4 Enclosure (Top and Bottom)

EXPERT 001297



Figure 5: (U) SZSAW DYK2000-4 Enclosure (Interior)

## 4.2 (U) ELECTRONICS

(U//FOUO) The SZSAW DYK2000-4 remote control transmitter's electronics are contained on a single, professionally manufactured PCB (Figure 6). Table 2 includes information about the PCB as well as select manufacturer labels and markings.

Table 2: (U) SZSAW DYK2000-4 Remote Control Transmitter PCB

| (Table is U//FOUO) | |
|---|---|
| Top Color | Green |
| Bottom Color | Green |
| Reference Designator Color | White |
| Dimensions (L x W x H) | 76 mm x 37 mm x 1.0 mm |
| Fabrication Technology | Etched |
| Board Layers | Double-Layer |
| Mounting Technique | Surface-Mount and Through-Hole |
| Select Manufacturer Markings | SZSAW DYK2000-4 |
| Printed Labels | None |
| Handwritten Markings | None |
| Modifications | No Apparent Modifications |

EXPERT 001298

UNCLASSIFIED//FOUO



A. Telescoping Antenna
B. LED
C. Princeton Technology PT2262 Encoder IC
D. 4-Button Keypad
E. ON/OFF Switch
F. SAW Resonator
G. Battery Contacts
H. Silkscreen "SZSAW DYK2000-4"

Figure 6: (U) SZSAW DYK2000-4 Remote Control Transmitter PCB (Top and Bottom)

EXPERT 001299

### 4.3 (U) BATTERY

(U//FOUO) The SZSAW DYK2000-4 remote control transmitter is powered by a single 9V battery (Figure 7–Figure 9). Table 3 includes labels and markings found on the battery.

Table 3: (U) Everyday 9V Battery

| (Table is U//FOUO) | |
|---|---|
| Manufacturer | Everyday |
| Model Number | 6F22 9V |
| Voltage | 9V |
| Manufacture Location | Not Specified |
| Select Manufacturer Markings | Front<br>EXTRA HEAVY DUTY<br>Side<br>0% MERCURY<br>Bottom<br>06-2009 |

UNCLASSIFIED//FOUO



Figure 7: (U) Everyday 9V Battery (Front and Back)

EXPERT 001300