**INDEX OF EXHIBIT**
**TO DEFENDANT'S SUPPLEMENT TO DKT 429 MOTION IN LIMINE TO PRECLUDE GOVERNMENT FROM INTRODUCING EMAIL EVIDENCE**

United States v. Ahmed Alahmedalabdaloklah
No. CR-12-01263-PHX-NVW

| Exhibit No. | Description |
|---|---|
| 1 | Bates U.S. v. AIA 035541—the first email in the government production |

# EXHIBIT 1

**Subject:** السلام عليكم-مختار
**From:** John John <john_john2008812@yahoo.com>
**Date:** Sat, 15 Nov 2008 04:53:14 -0800 (PST)
**To:** nna62n@yahoo.com

السلام عليكم انا ابو ابراهيم مختار

Subject: Peace upon you, Mukhtar
From: John John <johnjohn2008812@yaboo.com>
Date: Sat, 12 November 2008 04:53:14 -0800 (PST)
To: nna62n@yahoo.com>

Peace be upon you,

I am Abu Ibrahim Mukhtar