IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>  Plaintiff,<br><br>v.<br><br>Ahmed Alahmedalabdaloklah,<br><br>  Defendant. | No. CR-12-01263-001-PHX-ROS<br><br>**ORDER** |

On October 26, 2017, the paralegal for defense counsel sent an email to chambers seeking guidance regarding the submission of a motion to compel. That motion would address the government's alleged failure to comply with Judge Wake's August 4, 2017 order requiring the government disclose any information it has regarding the withdrawal of the Hong Kong witness. That order required disclosure of any evidence the government deemed material to the witness's withdrawal. In other words, it did not require the government turn over every piece of evidence merely because it had some tangential connection to the withdrawal of the witness. The Court trusts the government has searched for, reviewed, and turned over all material information as directed by Judge Wake.

The Court's trust in the government is based on the required "presumption . . . that official duty will be done." *United States v. Jennings*, 960 F.2d 1488, 1492 (9th Cir. 1992). Counsel for the government have constitutional and professional obligations to comply with Judge Wake's order and to comply with their related *Brady* and *Giglio*

obligations. But as recognized by the Ninth Circuit, "[t]he judiciary does not have a license to intrude into the authority, powers and functions of the [executive] branch[ ][,] [for] [j]udges are not . . . executive officers, vested with discretion over law enforcement policy and decisions." *Id.* at 1491 (quoting *United States v. Simpson*, 927 F.2d 1088, 1089 (9th Cir. 1992)). Absent some "indication that the government has not or will not comply with its duty" to turn over all required information, there is no basis for Court involvement in this issue. *Id.* at 1492.

Accordingly,

**IT IS ORDERED** Defendant shall not file a motion regarding the Hong Kong witness unless he can offer substantial indication the government has failed to comply with its duty to turn over all material information.

**IT IS FURTHER ORDERED** the government shall respond to the defendant's motions (Doc. 549, 550) no later than **November 2, 2017**. Defendant shall file replies no later than **November 7, 2017**.

Dated this 26th day of October, 2017.

Honorable Roslyn O. Silver
Senior United States District Judge