# EXHIBIT 1

```
                    UNITED STATES DISTRICT COURT

                      FOR THE DISTRICT OF ARIZONA

                       _____


United States of America,      )
                               )    No. CR 12-1263-PHX-NVW
              Plaintiff,       )
                               )
         vs.                   )    Phoenix, Arizona
                               )    September 22, 2017
Ahmed Alahmedalabdaloklah,     )    10:05 a.m.
                               )
              Defendant.       )
_____)


          BEFORE:   THE HONORABLE NEIL V. WAKE, JUDGE

              REPORTER'S TRANSCRIPT OF PROCEEDINGS

                      (*Status Hearing*)
```

Official Court Reporter:
Laurie A. Adams, RMR, CRR
Sandra Day O'Connor U.S. Courthouse, Suite 312
401 West Washington Street, Spc 43
Phoenix, Arizona 85003-2151
(602) 322-7256

Proceedings Reported by Stenographic Court Reporter
Transcript Prepared by Computer-Aided Transcription

```
 1   APPEARANCES:

 2   For the Plaintiff:
             U.S. ATTORNEY'S OFFICE
 3           By:  **David A. Pimsner, Esq.**
             By:  **Melissa B. Karlen, Esq.**
 4           By:  **William C. Solomon, Esq.**
             40 North Central Avenue, Suite 1200
 5           Phoenix, Arizona 85004

 6           U.S. DEPARTMENT OF JUSTICE
             By:  **Joseph N. Kaster, Esq.**
 7           950 Pennsylvania Avenue NW, Suite 2649
             Washington, DC 20530
 8
     For the Defendant:
 9           FEDERAL PUBLIC DEFENDER'S OFFICE
             By:  **Gregory A. Bartolomei, Esq.**
10           By:  **Jami S. Johnson, Esq.**
             By:  **Molly A. Karlin, Esq.**
11           By:  **Shishene Jing, Esq.**
             850 West Adams Street, Suite 201
12           Phoenix, Arizona 85007

13   Also Present:

14           **Steven Scheps, USAO Intelligence Specialist**
             **Renee Rivera-Thomas, FPDO Paralegal**
15           **Oscar Castillo, FPDO Investigator**

16

17

18

19

20

21

22

23

24

25                                                           10:03AM
```

UNITED STATES DISTRICT COURT

|    |                                                                                    |         |
|----|------------------------------------------------------------------------------------|---------|
| 1  | P R O C E E D I N G S                                                              |         |
| 2  |     (The defendant was assisted by the official court                              |         |
| 3  | interpreter.)                                                                      |         |
| 4  |     THE COURTROOM DEPUTY:  Case Number CR 12-1263 United                           |         |
| 5  | States of America versus Ahmed Alahmedalabdaloklah, before the                     | 10:05AM |
| 6  | Court for a status conference.                                                     |         |
| 7  |     MR. PIMSNER:  Good morning, Your Honor.  David                                 |         |
| 8  | Pimsner, Mr. Kaster, Joseph Kaster, from the Department of                         |         |
| 9  | Justice, William Solomon with our office, and Melissa Karlen                       |         |
| 10 | with our office assisted by the intel specialist Steve Scheps.                     | 10:05AM |
| 11 |     THE COURT:  I'm sorry.  Say that again.                                        |         |
| 12 |     MR. PIMSNER:  Intelligence specialist Steve Scheps.                            |         |
| 13 |     MR. BARTOLOMEI:  Good morning, Your Honor.  Gregory                            |         |
| 14 | Bartolomei appearing with Ms. Jami Johnson, Molly Karlin, and                      |         |
| 15 | Shishene Jing, counsel for Defendant Ahmed Alamedalabdaloklah.                     | 10:06AM |
| 16 | Also present is our paralegal, Renee Rivera-Thomas, and our                        |         |
| 17 | investigator, Mr. Castillo.                                                        |         |
| 18 |     The Court interpreter is present, Your Honor, so you                           |         |
| 19 | know.                                                                              |         |
| 20 |     THE COURT:  All right.  And Mr. Alahmedalabdaloklah,                           | 10:06AM |
| 21 | can we have the usual agreement that you will proceed without                      |         |
| 22 | simultaneous translation, but you will tell us any time you                        |         |
| 23 | would like to have help?                                                           |         |
| 24 |     THE DEFENDANT:  Yes, Your Honor.  But may I approach                           |         |
| 25 | the Court?  I have an issue with the transportation.                               | 10:06AM |

```
 1          THE COURT:  Go ahead and tell me.  I'm not sure I will
 2   deal with it right now.  Go ahead and speak.
 3          THE DEFENDANT:  Your Honor, within the last two years,
 4   Your Honor already know I come to this courthouse twice --
 5          THE COURT:  You may sit down.                                  10:06AM
 6          THE DEFENDANT:  Thank you, Your Honor.
 7          Your Honor, every week I come twice to this courthouse
 8   on Tuesday and Friday for the protective order purpose review.
 9   Within the last two years, there was no issue with the
10   transportation.  It was fine.  But just recently, like last           10:07AM
11   month, it's happened that the van they designated for
12   transportation and only for me, they did seal the van from all
13   the directions, the front view, the side view, on the rear view
14   so they make it like box.  I can see nothing from outside.
15   However, what's happening to me that when I would go with this       10:07AM
16   van from Florence to here, like one and half hour, it's
17   happened with the traffic jam and the movement left to right,
18   speed up and slow down, my stomach is just boiling, I threw the
19   food out, I get dizzy.  When I arrive at the courthouse, I'm
20   unable to concentrate even to talk to understand or think about      10:08AM
21   it.  And it's concerned me if it's going to be during the
22   trial.  Maybe during the pretrial hearing I can bear it for
23   such reason because it would be rare to come.  But during the
24   trial I think this is maybe go through the due process, I have
25   to come to the trial morning, rested, able to concentrate, able      10:08AM
```

1  to talk, able to understand, able to focus with what's going on
2  with the trial.  And such transportation in this van, in this
3  box, with this condition is really tough, hard for me to bear
4  it during the trial.
5       I appreciate Your Honor if you can address the issue       10:08AM
6  and help me to solve it out.  Thank you, Your Honor.
7       THE COURT:  All right.  Mr. Bartolomei, I am going to
8  leave to you to deal with the marshals.  If it cannot be
9  resolved you can come to the Court about it.
10      MR. BARTOLOMEI:  Yes, Your Honor.  I have already          10:09AM
11 addressed it so I may have to come to the Court.  I have been
12 in contact with them about this matter.
13      THE COURT:  All right.  Counsel, we are not going to
14 have a final pretrial conference today, but I think it was
15 still helpful to have you all here.  A health matter has arisen 10:09AM
16 that prevents me from trying this case as scheduled or from
17 trying any case within about three months.  And while I am up
18 to doing a couple hours of office work a day, I am following my
19 physician's instructions in not doing any trials or anything
20 more than a few hours of office work for that period of time.   10:10AM
21 Hence, I posed the question of whether the parties still wanted
22 a trial continuance which would obviate the need for a trial
23 continuance due to my health.
24      The government does not seek a continuance, but one
25 could not be granted on the government's request under the      10:10AM

|   |   |   |
|---|---|---|
| 1 | Speedy Trial Act, Section 3161(h)(1)(C) which provides that a | |
| 2 | continuance may not be granted due to the lack of diligent | |
| 3 | preparation on the part of the attorney for the government. | |
| 4 | But the cases seem to consistently say that doesn't stop the | |
| 5 | defendant from seeking a continuance based on the lack of | 10:10AM |
| 6 | diligent preparation by the government.  But the defendant does | |
| 7 | not seek a continuance. | |
| 8 |       So I conclude that a continuance cannot be -- well, | |
| 9 | should not be granted on the basis of the government's lack of | |
| 10 | diligent preparation which has prejudiced the defendant, and | 10:11AM |
| 11 | the defendant does not seek a continuance. | |
| 12 |       So I conclude then that I must ground a continuance on | |
| 13 | the health considerations I have identified.  The cases are | |
| 14 | clear on that.  Even though there is nothing explicitly in the | |
| 15 | Speedy Trial Act about unavailability or health of the judge, | 10:11AM |
| 16 | the cases do consistently uphold that. | |
| 17 |       Now, I had thought that a continuance to January would | |
| 18 | fit in a lot of ways.  I cannot guarantee that I will be able | |
| 19 | to try that case in January, although I think it likely.  I'm | |
| 20 | not doing anything other than what my physicians instruct me | 10:12AM |
| 21 | both as to my needs and the needs of the court as to my ability | |
| 22 | to function in court.  It would really be a catastrophe if I | |
| 23 | started the trial and then something very bad happened. | |
| 24 |       So I thought for a lot of reasons it would be very | |
| 25 | unwise to start this trial before January.  You would not want | 10:12AM |

1  to start it before the holiday period and break up that period
2  with the jury.
3  　　　　　Now, in these circumstances, and with the defendant
4  entirely appropriately objecting to a continuance based on his
5  own needs, I can seek a substitute judge.  And here are my                    10:13AM
6  preliminary thoughts on that.  If anyone requests it, I will
7  make that effort.  We'll make a good faith effort.  I'm not
8  optimistic.  Our court is -- we have two vacancies out of
9  eight.  The active judges in the court are overwhelmed.  And no
10 one can step into this case in a week or two or even with some               10:13AM
11 brief continuance.
12 　　　　　We can also seek through the Circuit Executive's
13 Office a judge from out of the district.  Again, I am not
14 optimistic about that, but we will make every effort to do that
15 if either side requests a replacement judge.                                  10:14AM
16 　　　　　There is a lot of loss of efficiency in me not
17 finishing this trial, but so be it if it comes to it.  Also, I
18 would have to see how it goes, but I cannot make any commitment
19 that I would rule on any pending matters in the interim.  So
20 there you have it.                                                            10:15AM
21 　　　　　I would like, first of all, to give you all a chance
22 to confer.  You've got a lot of lawyers on each team.  I think
23 the first question I need to put to you all is:  Would you like
24 me to seek a substitute judge, which I'm happy to try, although
25 I'm not optimistic?                                                           10:15AM

1    MR. KASTER: Good morning, Your Honor. Joseph Kaster
2    for the United States.
3            THE COURT: Speak into the microphone.
4            MR. KASTER: I'm sorry, Your Honor.
5            Joseph Kaster for the United States. I can approach,    10:15AM
6    actually.
7            Your Honor, first, I think I speak for everyone. I'm
8    very sorry to hear of the Court's illness, and we would wish
9    you a very speedy recovery.
10           THE COURT: Thank you.    10:16AM
11           MR. KASTER: I was not anticipating the Court's
12   question along these lines. I certainly agree with the Court
13   that given the complexity of the case it would be very
14   difficult to find a judge who could very quickly step into Your
15   Honor's shoes, read enough of the record to get up to speed,    10:16AM
16   but also be able to do that before the holiday season ensues.
17           So if I understood the Court's explanation correctly,
18   I think that whether Your Honor retains the case or whether
19   another judge is brought in, in either case we would be looking
20   to begin trial after the holidays given the various    10:16AM
21   circumstances at work. And as to the specific question as far
22   as seeking another judge from another district, and I think --
23   is it possible for us just be able to confer for a few moments?
24           THE COURT: Let me do this. Let me take a recess and
25   go have a cup of tea. And you let the clerk know when you are    10:17AM

1	all ready for me to come back.

2	            MR. BARTOLOMEI:  Thank you, Judge.

3	            (Recess from 10:17 a.m. until 10:38 a.m.)

4	            THE COURT:  Please be seated.

5	            Well, what do you think?                                    10:38AM

6	            MR. KASTER:  Thank you, Your Honor, for the recess to

7	allow us to confer.

8	            From the government's perspective, we would answer the

9	Court's question as follows:  I think Your Honor, given the

10	options that the Court presented, and also given the history of    10:39AM

11	the case as well as the uncertainties ahead, we would

12	respectfully recommend a substitute judge be brought in at the

13	earliest point so that he or she could get up to speed and we

14	wouldn't lose time over the next several months leading to a

15	January trial date.                                                 10:39AM

16	            The new judge would be able to rule on matters, keep

17	things progressing, and then come the beginning of the year, we

18	would be able to select a jury and have the case resolved, and

19	that would be in the interest of justice.  Among options that

20	are hard to fully weigh, given the uncertainties, we think that    10:39AM

21	is the best way of proceeding.

22	            THE COURT:  All right.  How about the defendant?

23	            MR. BARTOLOMEI:  Your Honor, it's our position and the

24	defendant's position that we would very much prefer that Your

25	Honor remain on this case given your familiarity with the long     10:40AM

1  history of this case and the particular nuances.  We have
2  recommended or respectfully suggested the possible appointment
3  of a magistrate judge to hear the pretrial hearings and what
4  have you, and we remain hopeful that Your Honor will be in the
5  best of shape come January.  And it is our client's position                10:40AM
6  that he would like you to continue to preside over this matter.
7  But we certainly understand your situation, Judge.
8          We remain concerned that during the interim of this
9  period that there's continued production of discovery, that
10 things that the scheduling order is not clearly defined, or                  10:41AM
11 applied and we would like to have some guidance in that respect
12 as well so that we don't have continued process of receiving
13 documents.  And we would like to finalize all these matters as
14 soon as possible.
15         THE COURT:  Well, yes.  The question of what to do in                10:41AM
16 the interim, I cannot tell you that I would be in a position to
17 do that, or else we could find ourselves again in January with
18 the government disclosing new documents or new evidence.  It
19 seems that what happens in the meantime needs to be rigorously
20 policed and enforced, and I'm not sure I'm up to that.                       10:41AM
21         So I will make these efforts.  I will ask the
22 presiding judge and we'll ask the circuit to make their
23 efforts.  And if somebody is available, so be it.  It won't
24 surprise me if nobody steps up.  And if nobody steps up, well,
25 as I said, I am optimistic that I will be recovered and able to              10:42AM

```
 1  do this by January but I cannot guarantee it.  If there are
 2  problems there I might, in November, we might have to make
 3  another effort.
 4          So here's what I think we're going to have to do.  I'm
 5  going to enter an order -- well, tell you what.  For right now,          10:42AM
 6  we have a trial set for October 3rd.  The speedy trial date, I
 7  think, is November 23rd.  So I think I don't need to enter an
 8  order granting a continuance right now on my own motion for the
 9  reasons I have said.
10          So we'll make an effort, and on the off chance that              10:43AM
11  someone is available then we'll be driven by the availability
12  of that judge.  But before the trial, the trial is not going to
13  start on October 3rd, but before that date comes, I will enter
14  an order for continuance in the situation that we find
15  ourselves in then.                                                       10:43AM
16          I will say one thing, Mr. Bartolomei.
17          MR. BARTOLOMEI:  Yes, sir.
18          THE COURT:  You have been too patient for the
19  government for three years.  It's time for you to start filing
20  motions, seeking enforcement, and stop relying on their rolling          10:44AM
21  assurance it will come some day, otherwise, whether it's me or
22  some other judge doesn't have a solid basis to enforce things.
23          MR. BARTOLOMEI:  Thank you.
24          THE COURT:  All right.  Thank you all.  I hope you
25  will forgive me for making you all come here.  Mr. Kaster, I             10:44AM
```

```
 1  figured you should be here.
 2          MR. KASTER:  Not at all, Your Honor.  Not at all.
 3          THE COURT:  And I thought it best for us to have this
 4  discussion here rather than by written orders.
 5          All right.  We will be adjourned.  Thank you.          10:44AM
 6          (Proceeding concluded at 10:44 a.m.)
```

C E R T I F I C A T E

I, LAURIE A. ADAMS, do hereby certify that I am duly appointed and qualified to act as Official Court Reporter for the United States District Court for the District of Arizona.

I FURTHER CERTIFY that the foregoing pages constitute a full, true, and accurate transcript of all of that portion of the proceedings contained herein, had in the above-entitled cause on the date specified therein, and that said transcript was prepared under my direction and control.

DATED at Phoenix, Arizona, this 25th day of September, 2017.


s/Laurie A. Adams
_____
Laurie A. Adams, RMR, CRR