JON M. SANDS
Federal Public Defender
District of Arizona
850 W. Adams, Suite 201
Phoenix, Arizona 85007
Telephone: 602-382-2700

GREGORY A. BARTOLOMEI, Bar No. 011803
SHISHENE JING, CA Bar No. 315067
JAMI JOHNSON, NY Bar No. 4823373
MOLLY A. KARLIN, Bar No. 032902
Assistant Federal Public Defenders
gregory_bartolomei@fd.org
shishene_jing@fd.org
jami_johnson@fd.org
molly_karlin@fd.org

*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>   Plaintiff,<br><br>   vs.<br><br>Ahmed Alahmedalabdaloklah,<br><br>   Defendant. | CR-12-01263-PHX-ROS<br><br>**MOTION FOR LEAVE TO FILE RENEWED MOTION TO STRIKE OVERT ACTS (e)(i) AND (e)(ii) AND MOTION *IN LIMINE* REGARDING THE APRIL 6, 2007 AND MAY 14, 2007 EXPLOSIONS PURSUANT TO THE COURT'S AUGUST 30, 2017 ORDER**<br><br>Assigned to the Hon. Roslyn O. Silver |

Pursuant to this Court's December 1, 2017 Order, ECF No. 341, and subject to his pending motion to reconsider that order based on the Court's prior order, ECF No. 597, Defendant Ahmed Alahmedalabdaloklah, through undersigned counsel, respectfully moves this Court for leave to file the Renewed Motion to Strike Overt Acts(e)(i) and (e)(ii) and *Motion in Limine* to Preclude the Government from Introducing Evidence Related to the April 6, 2007 and May 14, 2007 Explosions (the "Motion"), attached as Exhibit A hereto. The Motion could not have been filed earlier because the Court specifically previously directed defense counsel to await further

updates from the Government, denying the original Motion to Strike Overt Acts(e)(i) and (e)(ii) and Motion in Limine to Preclude the Government from Introducing Evidence Related to the April 6, 2007 and May 14, 2007 Explosions "without prejudice as premature" "subject to the Court's requirement that the Government prove up the connections for the April 6 and May 14, 2007, explosions in advance of presenting evidence about them." ECF No. 486. The Government has only recently confirmed to the Court that it does not intend to present such evidence.

The Government suffers no prejudice from the filing of the Motion at this juncture. Mr. Alahmedalabdaloklah, on the other hand, will be severely prejudiced if leave is denied, in violation of his right to due process of law, to present a complete defense, and to a fair trial under the Fifth Amendment and to compulsory process under the Sixth Amendment.

Excludable delay under 18 U.S.C. § 3161(h)(1)(D) may result from this Motion or from an order based thereon. LOCAL R. CRIM. P. 12.2(a).

Respectfully submitted: December 6, 2017.

JON M. SANDS
Federal Public Defender

*s/Shishene Jing*
SHISHENE JING
Assistant Federal Public Defender

*Attorneys for Defendant*
*Ahmed Alahmedalabdaloklah*

| | |
|---|---|
| 1 | Copy of the foregoing transmitted by ECF for filing December 6, 2017, to: |
| 2 | CLERK'S OFFICE |
| 3 | United States District Court<br>Sandra Day O'Connor Courthouse |
| 4 | 401 West Washington Street<br>Phoenix, Arizona 85003 |
| 5 | DAVID PIMSNER |
| 6 | MELISSA KARLEN<br>JOSEPH N. KASTER |
| 7 | WILLIAM C. SOLOMON<br>Assistant U.S. Attorneys |
| 8 | United States Attorney's Office<br>Two Renaissance Square |
| 9 | 40 N. Central Avenue, Suite 1200<br>Phoenix, Arizona 85004-4408 |
| 10 | |
| 11 | Copy mailed to Defendant: |
| 12 | AHMED ALAHMEDALABDALOKLAH<br>USM #30021-408 |
| 13 | CCA/CADC<br>PO Box 6300 |
| 14 | Florence, Arizona 85132 |
| 15 | *s/ny* |