IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>　　　　Plaintiff,<br>vs.<br>Ahmed Alahmedalabdaloklah,<br>　　　　Defendant. | CR-12-1263-PHX-ROS<br><br>ORDER |

Upon consideration of Defendant's Motion to Dismiss for Substantial Government Interference with a Defense Witness (Doc. ___), and finding good cause shown,

**IT IS HEREBY ORDERED** that the Motion to Dismiss for Substantial Government Interference with a Defense Witness (Doc. ___) is **GRANTED**.

The Court finds excludable delay under 18 U.S.C. § 3161(h)(1)(D) from _____ to _____ .

Dated this ____ day of _____, 2017.

　　　　　　　　　　　　　　　　　Honorable Roslyn O. Silver
　　　　　　　　　　　　　　　　　Senior United States District Judge