# INDEX OF EXHIBITS
# TO
# MOTION TO DISMISS FOR SUBSTANTIAL GOVERNMENT INTERFERENCE WITH DEFENSE WITNESS

<u>United States v. Ahmed Alahmedalabdaloklah</u>
No. CR-12-01263-PHX-ROS

| Exhibit No. | Description |
|---|---|
| 1 | Photograph of Guo Xu |
| 2 | Qimitaj Business Card for "Gogo" |
| 3 | Apr. 14, 2016 WeChat Message from Oscar Castillo, Defense Investigator, to G. Xu |
| 4 | July 19, 2016 WeChat Messages between G. Xu & O. Castillo |
| 5 | Apr. 18, 2016 WeChat Messages between G. Xu & O. Castillo |
| 6 | Photographs of Qimitaj |
| 7 | Feb. 3, 2017 Letter from Gregory Bartolomei, Assistant Federal Public Defender, to David Pimsner, Assistant United States Attorney, *et al.* |
| 8 | July 5, 2017 Email from Jami Johnson, Assistant Federal Public Defender, to Melissa Karlen, Assistant United States Attorney |
| 9 | Cover page, excerpts, and certificate from Reporter's Transcript, Status Hearing, April 28, 2017 |
| 10 | June 26, 2017 Letter from J. Johnson to D. Pimsner, *et al.* |
| 11 | Aug. 11, 2017 Letter from D. Pimsner to J. Sands |
| 12 | July 5, 2017 Email from M. Karlen to J. Johnson |
| 13 | July 13, 2017 Email from M. Karlen to J. Johnson |
| 14 | July 13, 2017 Email from J. Johnson to M. Karlen |
| 15 | July 18, 2017 Email from M. Karlen to J. Johnson |
| 16 | July 19, 2017 Email from William Solomon, Assistant United States Attorney, to J. Johnson |
| 17 | July 22, 2017 Email from J. Johnson to W. Solomon |

| | |
|---|---|
| 18 | July 21, 2017 Email from W. Solomon to J. Johnson |
| 19 | July 27, 2017 Email from W. Solomon to G. Bartolomei & J. Johnson |
| 20 | July 27, 2017 Email from J. Johnson to W. Solomon |
| 21 | July 26, 2017 WeChat Message from G. Xu to O. Castillo |
| 22 | July 28, 2017 WeChat Messages between G. Xu & O. Castillo |
| 23 | July 16, 2017 WeChat Message from G. Xu to O. Castillo |
| 24 | Aug. 16, 2017 Email from M. Karlin to D. Pimsner |
| 25 | Aug. 22, 2017 Email from M. Karlen to Molly Karlin, Assistant Federal Public Defender |
| 26 | Aug. 22, 2017 Email from M. Karlin to M. Karlen |
| 27 | Aug. 30, 2017 Email from M. Karlin to W. Solomon & M. Karlen |
| 28 | Aug. 30, 2017 Email from D. Pimsner to M. Karlin |
| 29 | Sept. 5, 2017 Email from J. Johnson to D. Pimsner |
| 30 | Sept. 6, 2017 Email from M. Karlen to M. Karlin |
| 31 | BUREAU OF COUNTERTERRORISM, U.S. DEP'T OF STATE, COUNTRY REPORTS ON TERRORISM 2016: CHINA (HONG KONG & MACAU) (2017) |
| 32 | MURRAY SCOTT TANNER & JAMES BELLACQUA, U.S-CHINA ECON. & SEC. REV. COMM'N (SPONSOR), CHINA'S RESPONSE TO TERRORISM (2016) |
| 33 | U.S. Interpol Red Notice, No. A-2989/5-2011 (May 18, 2011) |
| 34 | BUREAU OF DEMOCRACY, HUMAN RIGHTS, & LABOR, U.S. DEP'T OF STATE, CHINA 2016 HUMAN RIGHTS REPORT (2017) |