# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-12-01263-001-PHX-ROS |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| Ahmed Alahmedalabdaloklah, | |
| Defendant. | |

In its January 2, 2018 Order, the Court explained its understanding of why the government continues to believe the April 6 and May 14 explosions are relevant. Having reviewed additional material in preparation for trial, however, it is unclear why the government believes the explosions are relevant. The government will be required to file a statement setting forth the relevancy of the explosions. In particular, why the explosions are relevant given the government's concession that it "will not argue that the Defendant designed or emplaced those particular DTMF boards at the two IED events." (Doc. 613 at 3).

Accordingly,

**IT IS ORDERED** no later than **noon** on **January 10, 2018**, the government shall file a statement indicating how the two explosions remain relevant.

Dated this 9th day of January, 2018.

Honorable Roslyn O. Silver
Senior United States District Judge