ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona
DAVID A. PIMSNER
MELISSA KARLEN
BILL SOLOMON
Assistant U.S. Attorneys
Arizona State Bar No. 007480
Arizona State Bar No. 033145
Arizona State Bar No. 020012
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona  85004
Telephone:  602-514-7500
David.Pimsner@usdoj.gov
Melissa.Karlen@usdoj.gov
Bill.Solomon@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR-12-01263-PHX-ROS |
| Plaintiff, | |
| vs. | **GOVERNMENT'S NOTICE OF FILING** |
| Ahmed Alahmedalabdaloklah, | |
| Defendant. | |

The United States, through undersigned counsel, respectfully submits Exhibit A which the Court requested at a hearing conducted *in camera*, under seal, on January 11, 2018.

Respectfully submitted this 14th day of January, 2018.

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

*s/ David A. Pimsner*
*s/ Melissa Karlen*
*s/ Bill Solomon*
DAVID A. PIMSNER
MELISSA KARLEN
BILL SOLOMON
Assistant U.S. Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of January, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and that true and accurate copies have been transmitted electronically to counsel for the defendant via the ECF system.

Gregory Bartolomei
Jon Sands
Molly Karlin
Jami Johnson
Shishene Jing
Attorneys for Defendant

_s/DAP/atf_
U.S. Attorney's Office