# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>　　　　Plaintiff,<br>v.<br>Ahmed Alahmedalabdaloklah,<br>　　　　Defendant. | No. CR-12-01263-001-PHX-ROS<br>**ORDER** |

The government seeks a one-week continuance of the trial date. That request will be granted. A continuance is justified, in part, by the Court's translator not yet completing his work regarding documents to be used at trial. The Court made every effort to ensure the translations would be completed well in advance of trial but the translator has not been able to complete his work. It would not be appropriate to proceed to trial before numerous exhibits are in a useable form.

In addition to the translation issue, there are pending motions filed by both sides, regarding the admissibility of certain documents. (Doc. 429, 591). Given all the other pending disputes raised by both sides, there has not been sufficient time to rule on those motions in advance of the scheduled trial date. Moreover, the parties were instructed to submit revised jury instructions and a trial schedule by noon today yet they have not done so. A one-week continuance will allow time for the parties to file all required documents and for the Court to resolve all pending issues.

Finally, after discussing the matter with the Administrative Office of the Courts,

the jurors summoned for this trial will be paid for their services even if the government is otherwise shut down due to funding. The jurors may not, however, be paid on the usual weekly schedule. The jurors will be informed of this.

**IT IS ORDERED** the Motion to Continue (Doc. 689) is **GRANTED**. Trial set for **January 23, 2018** is **RESET** for **January 30, 2018**, at **8:30 a.m.**

**IT IS FURTHER ORDERED** no later than **7:00 a.m.** on **January 22, 2018**, the parties shall filed a revised set of joint proposed jury instructions in compliance with the Court's procedures as set forth on the District of Arizona website. That revised set should include the objections and responses where the parties disagree. The revised set should also be organized such that competing instructions are next to each other.

**IT IS FURTHER ORDERED** all other deadlines remain in place.

The Court finds excludable delay under 18 U.S.C. § 3161(h)(7)(A) from 1/24/18 to 1/30/18.

Dated this 19th day of January, 2018.

Honorable Roslyn O. Silver
Senior United States District Judge