ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona
DAVID A. PIMSNER
MELISSA KARLEN
BILL SOLOMON
Assistant U.S. Attorneys
Arizona State Bar No. 007480
Arizona State Bar No. 033145
Arizona State Bar No. 020012
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona  85004
Telephone:  602-514-7500
David.Pimsner@usdoj.gov
Melissa.Karlen@usdoj.gov
Bill.Solomon@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>              Plaintiff,<br><br>      vs.<br><br>Ahmed Alahmedalabdaloklah,<br><br>              Defendant. | CR-12-01263-PHX-ROS<br><br>**PROPOSED JOINT TRIAL SCHEDULE** |

The United States, through undersigned counsel, pursuant to Court's Order (Doc. 685), respectfully submits the following Proposed Joint Trial Schedule.  Undersigned counsel avows that the government has communicated with Greg Bartolomei and Jami Johnson, counsel for the defendant, and they concur with the proposed joint filing.

The United States anticipates that its opening statement will be approximately one hour in duration.  It estimates its closing argument will be approximately two hours in duration.

I.   Government's Case-In-Chief[1](Estimated Times)

| Witness | Direct Exam | Cross Exam | Redirect |
|---|---|---|---|

---

[1] The government reserves the right to supplement the witness list as needed.

| | | | |
|---|---|---|---|
| Jamal Al-Dhari | 4.0 | 2.0 | 1.0 |
| Bob Aleman | 1.0 | 1.0 | 0.25 |
| Muhammad Husayn Ali Al-Zobai | 4.0 | 0 | 0 |
| James Donald Beller | 0.5 | 1.0 | 0.25 |
| Tamiko Bogad | 3.0 | 2.0 | 1.0 |
| Custodian of Records (Yahoo!) | 0.75 | 0.50 | |
| Custodian of Records (Google) | 0.75 | 0.50 | |
| Glen Alvin Demarcus | 1.0 | 1.0 | 0.5 |
| Richard Allen Dula | 1.0 | 1.0 | 0.25 |
| Andrew English | 1.5 | 0.5 | 0.25 |
| Jeffrey Evans | 2.0 | 1.0 | 0.5 |
| Tina Felipe | 1.0 | 0.5 | 0.25 |
| Daniel Gaston | 0.5 | 1.0 | 0.25 |
| Christopher Graham | 10.0 | 5.0 | 2.0 |
| Hilda Graulau | 2.0 | 1.0 | 0.5 |
| Andy L. Hasenkamp | 1.0 | 1.0 | 0.25 |
| Thomas Hickey | 2.0 | 1.5 | 0.5 |
| William Huff | 3.0 | 2.0 | 1.0 |
| Andrea Johnson | 1.0 | 1.0 | 0.25 |
| Dr. David J. Kilcullen | 3.0 | 2.5 | 1.0 |
| Evan Kohlmann | 1.5 | 2.5 | 0.5 |
| Steven John Joseph Luhowy | 8.0 | 4.0 | 1.5 |
| J. Andre LeMonde | 0.5 | 0.5 | 0.25 |
| Daniel Lien | 8.0 | 4.0 | 2.0 |
| Joseph Andrew Loar | 1.0 | 1.0 | 0.5 |
| Steve Malloy | 8.0 | 5.0 | 2.0 |
| Dina McCarthy | 6.0 | 4.0 | 1.0 |

|  |  |  |  |
|---|---|---|---|
| Geof Mullins | 4.0 | 3.0 | 1.0 |
| Sam Mum | 1.0 | 1.0 | 0.25 |
| Col. Kurt Pinkerton | 1.0 | 1.0 | 0.25 |
| Neil Reede | 1.5 | 1.5 | 0.5 |
| Hector Rodriguez | 1.0 | 1.0 | 0.25 |
| Thomas Rose | 1.0 | 0.75 | 0.25 |
| Joseph P. Shramovich, III | 3.0 | 2.0 | 1.0 |
| Rafael Henryk Stachowski | 1.0 | 0.75 | 0.25 |
| Todd Wilson | 1.0 | 0.75 | 0.25 |
| Kakil (Kevin) Zibari | 2.5 | 2.0 | 1.0 |
| Nancy Barker | 1.0 | 1.0 | 0.5 |
| Gayle P. Davenport | 1.0 | 0.5 | 0.5 |
| Debora Caine | 1.0 | 0.75 | 0.5 |
| Rimon Dahdal | 4.0 | 3.0 | 1.0 |
| Rosa Harris | 1.0 | 0.5 | 0.5 |
| Mollie Marie Kirkland | 1.0 | 0.5 | 0.5 |
| Rachel Newton | 1.0 | 1.0 | 0.5 |
| Elaine Otter | 1.0 | 0.5 | 0.5 |
| Donna J. Roberts | 1.0 | 0.5 | 0.5 |
| Donald C. Siefert | 1.0 | 0.5 | 0.5 |
| Alfredia L. Spence | 1.0 | 0.5 | 0.5 |
| Susan K. Trunzo | 1.0 | 1.5 | 0.5 |
| Court Appointed Translator | 4.0 | 4.0 | 1.0 |

II. Defendant's Case[2] (Estimated Times)

| Witness | Direct Exam | Cross Exam | Redirect |
|---|---|---|---|
| Ammar Al Shamma | 1.0 | 0.5 | 0.5 |
| Falah Al Shamma | 1.0 | 0.5 | 0.5 |
| Tamiko Bogad | 2.0 | 1.0 | 1.0 |
| Jack Dempsey | 2.0 | 1.0 | 1.0 |
| Derrick Draper | 3.0 | 2.0 | 1.0 |
| Taisir El Qoulaq | 4.0 | 3.0 | 1.5 |
| David Enders | 3.0 | 3.0 | 1.5 |
| Christopher Graham | 2.0 | 1.0 | 1.0 |
| Donald L. Hansen | 4.0 | 4.0 | 1.5 |
| William Huff | 2.0 | 1.0 | 1.0 |
| Lt. Col. Joseph L'Etoile | 2.0 | 1.5 | 1.0 |
| Richard Low | 1.0 | 1.0 | 0.5 |
| Dina McCarthy | 3.0 | 2.0 | 1.0 |
| Michael Spence | 4.0 | 3.0 | 1.0 |
| Thomas Workman | 4.0 | 4.0 | 1.0 |
| Stewart Whitson | 3.0 | 2.0 | 1.0 |
| Kathleen Bright-Birnbaum | 3.0 | 3.0 | 1.0 |
| Somer Mossa | 1.5 | 1.5 | 0.5 |
| Andrew Tarasar | 2.0 | 1.5 | 1.0 |
| Michael Disho | 1.0 | 1.0 | 0.5 |
|  |  |  |  |

---

[2] The defendant reserves the right to supplement the witness list as needed. The Defendant also does not waive any objections challenging the late disclosures and additions of witnesses and reports by the government.

III. Government's Rebuttal Case[3] (Estimated Time)

|  |  |  |  |
|--|--|--|--|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Respectfully submitted this 19th day of January, 2018.

> ELIZABETH A. STRANGE
> First Assistant United States Attorney
> District of Arizona
>
> *s/ David A. Pimsner*
> *s/ Melissa Karlen*
> *s/ Bill Solomon*
> DAVID A. PIMSNER
> MELISSA KARLEN
> BILL SOLOMON
> Assistant U.S. Attorneys

---

[3] The United States reserves the right to call witnesses as needed to rebut any witness called by the Defendant in his case.

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of January, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and that true and accurate copies have been transmitted electronically to counsel for the defendant via the ECF system.

Gregory Bartolomei
Jon Sands
Molly Karlin
Jami Johnson
Shishene Jing
Attorneys for Defendant

 _s/DAP_
U.S. Attorney's Office