ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona
DAVID A. PIMSNER
MELISSA KARLEN
BILL SOLOMON
Assistant U.S. Attorneys
Arizona State Bar No. 007480
Arizona State Bar No. 033145
Arizona State Bar No. 020012
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona  85004
Telephone:  602-514-7500
David.Pimsner@usdoj.gov
Melissa.Karlen@usdoj.gov
Bill.Solomon@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR-12-01263-PHX-ROS |
|---|---|
| Plaintiff, | |
| vs. | **PROPOSED JOINT TRIAL SCHEDULE** |
| Ahmed Alahmedalabdaloklah, | |
| Defendant. | |

The United States, through undersigned counsel, pursuant to Court's Order (Doc. 685), respectfully submits the following Proposed Joint Trial Schedule.   Undersigned counsel avows that he has communicated with Greg Bartolomei, counsel for the defendant, and he concur with the proposed joint filing.

The United States anticipates that its opening statement will be approximately one hour in duration.  It estimates its closing argument will be approximately two hours in duration.

I.    Government's Case-In-Chief[1](Estimated Times)

| Witness | Direct Exam | Cross Exam | Redirect |
|---|---|---|---|
| Jamal Al-Dhari | 4.0 | 2.0 | 0.5 |

[1] The government reserves the right to supplement the witness list as needed.

| | | | |
|---|---|---|---|
| Bob Aleman | 1.0 | 1.0 | 0.25 |
| Muhammad Husayn Ali Al-Zobai | 3.0 | 0 | 0 |
| James Donald Beller | 0.5 | 0.5 | 0.25 |
| Tamiko Bogad | 1.0 | 1.0 | 0.5 |
| Custodian of Records (Yahoo!) | 0.75 | 0.5 | 0 |
| Custodian of Records (Google) | 0.75 | 0.5 | 0 |
| Glen Alvin Demarcus | 1.0 | 1.0 | 0.5 |
| Richard Allen Dula | 0.5 | 0.5 | 0.25 |
| Andrew English | 0.5 | 0.5 | 0.25 |
| Jeffrey Evans | 2.0 | 1.0 | 0.5 |
| Tina Felipe | 0.5 | 0.5 | 0.25 |
| Daniel Gaston | 0.5 | 0.5 | 0.25 |
| Christopher Graham | 5.0 | 3.0 | 2.0 |
| Hilda Graulau | 0.5 | 0.5 | 0.5 |
| Joseph Green | 1.0 | 1.0 | 0.5 |
| Thomas Hickey | 1.0 | 1.0 | 0.5 |
| William Huff | 1.0 | 1.0 | 0.5 |
| Andrea Johnson | 0.5 | 0.5 | 0.25 |
| Dr. David J. Kilcullen | 3.0 | 2.0 | 1.0 |
| Evan Kohlmann | 1.5 | 2.5 | 0.5 |
| Steven John Joseph Luhowy | 5.0 | 2.0 | 1.5 |
| J. Andre LeMonde | 0.5 | 0.5 | 0.25 |
| Daniel Lien | 4.0 | 1.5 | 2.0 |
| Mitch Little | 0.5 | 0.5 | 0 |
| Joseph Andrew Loar | 1.0 | 0.5 | 0.5 |
| Steve Malloy | 6.0 | 2.5 | 2.0 |
| Dina McCarthy | 4.0 | 2.0 | 1.0 |

| | | | |
|---|---|---|---|
| Geoffrey Mullin | 2.0 | 1.5 | 1.0 |
| Sam Mum | 0.5 | 0.5 | 0.25 |
| Randall Peterson | 1.0 | 0.5 | 0.25 |
| Col. Kurt Pinkerton | 1.0 | 1.5 | 0.25 |
| Neil Reede | 1.0 | 1.5 | 0.5 |
| Hector Rodriguez | 0.5 | 0.5 | 0.25 |
| Thomas Rose | 0.5 | 0.75 | 0.25 |
| Joseph P. Shramovich, III | 1.5 | 1.0 | 1.0 |
| Rafael Henryk Stachowski | 1.0 | 0.75 | 0.25 |
| Todd Wilson | 0.5 | 0.75 | 0.25 |
| Kakil (Kevin) Zibari | 1.5 | 1.0 | 1.0 |
| Nancy Barker | 0.5 | 0.5 | 0.5 |
| Gayle P. Davenport | 0.5 | 0.5 | 0.5 |
| Debora Caine | 0.5 | 0.75 | 0.5 |
| Rimon Dahdal | 2.0 | 1.0 | 1.0 |
| Rosa Harris | 0.5 | 0.5 | 0.5 |
| Mollie Marie Kirkland | 0.5 | 0.5 | 0.5 |
| Rachel Newton | 1.0 | 1.0 | 0.5 |
| Elaine Otter | 0.5 | 0.5 | 0.5 |
| Donna J. Roberts | 0.5 | 0.5 | 0.5 |
| Donald C. Siefert | 0.5 | 0.5 | 0.5 |
| Alfredia L. Spence | 0.5 | 0.5 | 0.5 |
| Susan K. Trunzo | 0.5 | 1.5 | 0.5 |
| Court Appointed Translator | 4.0 | 2.0 | 1.0 |

II.  Defendant's Case[2] (Estimated Times)

| Witness | Direct Exam | Cross Exam | Redirect |
|---|---|---|---|
| Ammar Al Shamma | 1.0 | 0.5 | 0.5 |
| Falah Al Shamma | 1.0 | 0.5 | 0.5 |
| Tamiko Bogad | 2.0 | 0.5 | 1.0 |
| Jack Dempsey | 1.5 | 1.0 | 1.0 |
| Derrick Draper | 2.0 | 1.0 | 1.0 |
| Taisir El Qoulaq | 4.0 | 2.0 | 1.5 |
| David Enders | 3.0 | 3.0 | 1.5 |
| Christopher Graham | 2.0 | 1.0 | 1.0 |
| Donald L. Hansen | 4.0 | 2.0 | 1.5 |
| William Huff | 2.0 | 1.0 | 1.0 |
| Lt. Col. Joseph L'Etoile | 2.0 | 0.75 | 1.0 |
| Richard Low | 2.0 | 0.5 | 0.5 |
| Dina McCarthy | 3.0 | 1.0 | 1.0 |
| Michael Spence | 3.0 | 2.0 | 1.0 |
| Thomas Workman | 4.0 | 4.0 | 1.0 |
| Stewart Whitson | 3.0 | 3.0 | 1.0 |
| Kathleen Bright-Birnbaum | 3.0 | 3.0 | 1.0 |
| Somer Mossa | 1.5 | .75 | 0.5 |
| Andrew Tarasar | 2.0 | 1.0 | 1.0 |
| Michael Disho | 1.0 | 0.5 | 0.5 |

---

[2] The defendant reserves the right to supplement the witness list as needed.   The Defendant also does not waive any objections challenging the late disclosures and additions of witnesses and reports by the government.

III.   Government's Rebuttal Case[3] (Estimated Time)

| Witness | Direct Exam | Cross Exam | Redirect |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Respectfully submitted this 24th day of January, 2018.

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

s/ David A. Pimsner

DAVID A. PIMSNER
MELISSA KARLEN
BILL SOLOMON
Assistant U.S. Attorneys

**CERTIFICATE OF SERVICE**

I hereby certify that on the 24th day of January, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and that true and accurate copies have been transmitted electronically to counsel for the defendant via the ECF system.

Gregory Bartolomei
Jon Sands
Molly Karlin

[3] The United States reserves the right to call witnesses as needed to rebut any witness called by the Defendant in his case.

- 5 -

Jami Johnson
Shishene Jing
Attorneys for Defendant

  _s/DAP/tah_____
U.S. Attorney's Office