JON M. SANDS
Federal Public Defender
District of Arizona
850 W. Adams, Suite 201
Phoenix, Arizona 85007
Telephone: 602-382-2700

GREGORY A. BARTOLOMEI, Bar No. 011803
SHISHENE JING, CA Bar No. 315067
JAMI JOHNSON, NY Bar No. 4823373
MOLLY A. KARLIN, Bar No. 032902
Assistant Federal Public Defenders
gregory_bartolomei@fd.org
shishene_jing@fd.org
jami_johnson@fd.org
molly_karlin@fd.org

*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Ahmed Alahmedalabdaloklah,<br><br>Defendant. | CR-12-01263-PHX-ROS<br><br>***EMERGENCY* MOTION FOR STATUS CONFERENCE REGARDING THE GOVERNMENT'S PRODUCTION OF NEW DISCOVERY**<br><br>Assigned to the Hon. Roslyn O. Silver |

Defendant Ahmed Alahmedalabdaloklah, through undersigned counsel, respectfully requests an expedited status conference to discuss the government's disclosure of CIPA summaries pertaining to its key witness and other crucial information at 4:30 p.m. on January 26, 2018—i.e., just four (4) days before trial.

The materials disclosed by the government will have a significant impact on the trial and the rights of the Defendant, including, but not limited to, his right to a speedy trial under the Sixth Amendment. Substantive motions stemming from these late

disclosures, including a motion to dismiss due to violation of *Brady v. Maryland* and a renewed motion to strike the deposition of Jamal al Dhari, will be filed this evening.

    Respectfully submitted:    January 28, 2018.

                                JON M. SANDS
                                Federal Public Defender

                                *s/Gregory A. Bartolomei*
                                GREGORY A. BARTOLOMEI
                                Assistant Federal Public Defender

                                *Attorneys for Defendant*
                                *Ahmed Alahmedalabdaloklah*

| | |
|---|---|
| 1 | Copy of the foregoing transmitted by ECF for filing January 28, 2018, to: |
| 2 | |
| 3 | CLERK'S OFFICE<br>United States District Court<br>Sandra Day O'Connor Courthouse |
| 4 | 401 West Washington Street<br>Phoenix, Arizona 85003 |
| 5 | |
| 6 | DAVID PIMSNER<br>MELISSA KARLEN |
| 7 | JOSEPH N. KASTER<br>WILLIAM C. SOLOMON |
| 8 | Assistant U.S. Attorneys<br>United States Attorney's Office |
| 9 | Two Renaissance Square<br>40 N. Central Avenue, Suite 1200<br>Phoenix, Arizona 85004-4408 |
| 10 | |
| 11 | Copy mailed to Defendant: |
| 12 | AHMED ALAHMEDALABDALOKLAH<br>USM #30021-408 |
| 13 | CCA/CADC<br>PO Box 6300 |
| 14 | Florence, Arizona 85132 |
| 15 | *s/ny* |