Phoenix Office           **IN THE UNITED STATES DISTRICT COURT**
                         **FOR THE DISTRICT OF ARIZONA**
                         **CRIMINAL MINUTES**

CR-12-01263-01-PHX-ROS          DATE: 1/30/2018
Case Number

HON: ROSLYN O. SILVER

USA v. Ahmed Alahmedalabdaloklah

DEFENDANT: X Present __ Not Present __ Released X Custody __ Writ

Deputy Clerk: Christine Boucher          Court Reporter: Elva Cruz-Lauer

U.S.Atty: Joseph Kaster, David Pimsner,          Defense Atty: Gregory Bartolomei, Jami Johnson
Melissa Karlen, Bill Solomon                     Molly Karlin, Shishene Jing
                                                  X  AFPD ___ apptd ___ retd

Arabic Interpreter: Mohamed Abedalaziz
==================================================================================
**PROCEEDINGS:  / X / JURY TRIAL / _ / COURT TRIAL  / X / VOIR DIRE  / X / JURY SWORN**
Trial Day # 1

8:53 a.m. Counsel present as stated above. Preliminary matters discussed. 9:00 a.m. Court is in recess.

9:20 a.m. Court reconvenes. Prospective jurors are present. The rule of exclusion is invoked. Voir dire commences. Jurors 13, 65, 11, 50, 60, 47, 48, 22, 35, 17, 34, 69, 39, and 6 are excused for cause. 10:42 a.m. Jury panel is excused. Jurors 1, 2, 3, 8, 10, 15, 16, 21, 23, 30, 32, 36, and 40 are questioned individually. Jurors 2 and 21 are excused for cause. 11:34 a.m. Court is in recess while counsel make their strikes.

12:06 p.m. Court reconvenes. Prospective jurors are not present. Defendant makes a Batson challenge. The Batson challenge is denied. Prospective jurors enter the courtroom. Jury of 15 is seated and administered the oath. Jurors are advised not to discuss the case. 12:18 p.m. Court is in recess.

1:27 p.m. Court reconvenes. Jury is not present. Discussion is held. 1:44 p.m. Juror #10 enters the courtroom. Discussion is held with Juror #10. Juror #10 is excused. Juror #14 enters the courtroom. Discussion is held with Juror #14. Juror #14 is excused. Discussion is held. 2:00 p.m. Jury enters the courtroom. Preliminary instructions are read to the jury. The parties give their opening statements. 3:13 p.m. Jury exits the courtroom. Discussion is held regarding notification of witnesses. 3:34 p.m. Court is in recess.

3:39 p.m. Court reconvenes. Jury is present. The jurors are excused for the day. Discussion is held regarding witness order. 3:50 p.m. The Government is excused for the day and sealed proceedings commence with Defendant. 4:04 p.m. Court is in recess and will reconvene on 1/31/2018 at 8:30 a.m.

                                                              Time in court: 5 hrs. 5 min.