Phoenix Office

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA
# CRIMINAL MINUTES

CR-12-01263-01-PHX-ROS     DATE: 1/31/2018
Case Number

HON: ROSLYN O. SILVER

USA v. Ahmed Alahmedalabdaloklah

DEFENDANT: X Present __Not Present __Released X Custody __Writ

Deputy Clerk: Christine Boucher         Court Reporter: Elva Cruz-Lauer (am)/Laurie Adams(pm)

U.S.Atty: Joseph Kaster, David Pimsner, Melissa Karlen, Bill Solomon

Defense Atty: Gregory Bartolomei, Jami Johnson, Molly Karlin, Shishene Jing
  X  AFPD ___apptd __retd

Arabic Interpreter: Mohamed Abedalaziz

===============================================================================

**PROCEEDINGS:** / X / **JURY TRIAL** /_/ **COURT TRIAL** /__/ **VOIR DIRE** /__/ **JURY SWORN**
Trial Day # 2

8:39 a.m. Court reconvenes. Jury is not present Preliminary matters discussed. 8:53 a.m. Jury enters the courtroom. **Government's case:** Col. Kurt Pinkerton is sworn and examined. Exhibit 34 is admitted. 9:41 a.m. Cross-examination. 10:05 a.m. No redirect. Witness is excused. 10:06 a.m. Court is in recess.

10:27 a.m. Court reconvenes. Jury is not present. Discussion is held regarding the video deposition of Jamal Al-Dhari. 10:40 a.m. Court is in recess.

10:46 a.m. Court reconvenes. Jury is not present. Discussion is held regarding the video deposition of Jamal Al-Dhari. 10:48 a.m. Jury enters the courtroom. Government calls Jamal Al-Dhari by way of video deposition. Exhibit 1 is admitted. 12:04 p.m. Court is in recess.

1:14 p.m. Court reconvenes. Jury is present. Deposition of Jamal Al-Dhari continues to be played to the jury. Exhibit 14 admitted. 2:17 p.m. Court is in recess.

2:46 p.m. Court reconvenes. Jury is present. Deposition of Jamal Al-Dhari continues. 4:15 p.m. Jury is excused from the courtroom. Discussion is held regarding upcoming witnesses. 4:18 p.m. Court is in recess and will reconvene on 2/1/18 at 8:30 a.m.

Time in court: 5 hrs. 33 min.