Phoenix Office     **IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**
**CRIMINAL MINUTES**

CR-12-01263-01-PHX-ROS      DATE: 2/1/2018
Case Number

HON: ROSLYN O. SILVER

USA v.    Ahmed Alahmedalabdaloklah

DEFENDANT: X Present __Not Present __Released X Custody __Writ

Deputy Clerk: Christine Boucher      Court Reporter: Elva Cruz-Lauer (am)/Laurie Adams(pm)

U.S.Atty: Joseph Kaster, David Pimsner,      Defense Atty: Gregory Bartolomei, Jami Johnson
Melissa Karlen, Bill Solomon      Shishene Jing, Molly Karlin
     X AFPD __apptd __retd

Arabic Interpreter: Ibtissam Mahayni
===============================================================================
**PROCEEDINGS:** / X / JURY TRIAL / / COURT TRIAL / / VOIR DIRE / / JURY SWORN
Trial Day # 3

8:49 a.m. Court reconvenes. Jury is present. Government's case continues. Todd Wilson is sworn and examined. Exhibits 46t, 46u, 46v, and 46e are admitted. 9:12 a.m. Cross-examination. Exhibit 2118 is admitted. 9:34 a.m. Redirect. 9:35 a.m. Witness is excused. William Huff is sworn and examined. Exhibits 46x, 46w, 46f, 46g, 46l, are admitted. 10:11 a.m. Court is in recess.

10:40 a.m. Court reconvenes. Jury is not present. Discussion is held regarding Juror #1. Juror #1 is questioned. 10:46 a.m. Jury enters the courtroom. Direct examination of William Huff continues. Exhibits 46p, 46y, 47, 47a, 47b, 47q, 47s, 47y, 47z, 47c, 46, 46a, 46c, and 47d are admitted. 11:37 a.m. Cross-examination. Exhibit 1578 is admitted. 11:55 a.m. Court is in recess.

1:02 p.m. Court reconvenes. Jury is present. Cross-examination of William Huff continues. Exhibit 1695 is admitted. 1:42 p.m. Redirect. 1:43 p.m. Witness is excused. 1:44 p.m. Jury exits the courtroom. Discussion is held regarding Juror #1. The parties agree the juror should be excused. Juror #1 is excused. Further discussion is held. 1:50 p.m. Court is in recess.

1:59 p.m. Court reconvenes. Jury is not present. Discussion is held. 2:06 p.m. Court is in recess.

2:13 p.m. Court reconvenes. Jury is present. Geoff Mullin is sworn and examined. 2:51 p.m. Cross-examination. Exhibits 2140 and 2143 are admitted. 3:15 p.m. No redirect. Witness is excused. Jury exits the courtroom. Discussion is held. 3:23 p.m. Court is in recess.

4:06 p.m. Court reconvenes. Jury is not present. Discussion is held regarding diary exhibit. 4:17 p.m. Jury enters the courtroom and is excused for the day. Further discussion is held regarding diary exhibit. 5:00 p.m. Court is in recess and will reconvene on 2/2/18 at 8:30 a.m.

                                                                                 Time in court: 5 hrs. 36 min.