Phoenix Office     **IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**
**CRIMINAL MINUTES**

CR-12-01263-01-PHX-ROS      DATE: 2/2/2018
Case Number

HON: ROSLYN O. SILVER

USA v. Ahmed Alahmedalabdaloklah

DEFENDANT: _X_ Present __ Not Present __ Released _X_ Custody __ Writ

Deputy Clerk: Christine Boucher      Court Reporter: Elva Cruz-Lauer

U.S.Atty: Joseph Kaster, David Pimsner,      Defense Atty: Gregory Bartolomei, Jami Johnson
Melissa Karlen, Bill Solomon      Shishene Jing, Molly Karlin
     _X_ AFPD ___ apptd __ retd

Arabic Interpreter: Mohamed Abedalaziz

===============================================================================
**PROCEEDINGS:** /_X_/ JURY TRIAL /_/ COURT TRIAL /__/ VOIR DIRE /__/ JURY SWORN
Trial Day # 4

8:44 a.m. Court reconvenes. Jury is not present. Preliminary matters are discussed. 8:55 a.m. Jury enters the court. Tamiko Bogad is sworn and examined. 10:21 a.m. Court is in recess.

10:46 a.m. Court reconvenes. Jury is present. Direct examination of Tamiko Bogad continues. 11:28 a.m. Court is in recess.

11:45 a.m. Court reconvenes. Jury is present. Direct examination of Tamiko Bogad continues. Exhibit 2102-065 is admitted as Exhibit 311. 12:06 p.m. Jury exits the courtroom. 12:10 p.m. Court is in recess and will reconvene on 2/6/18 at 8:30 a.m.

     Time in court: 2 hrs. 44 min.