# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-12-01263-001-PHX-ROS |
| Plaintiff, | **ORDER** |
| v. | |
| Ahmed Alahmedalabdaloklah, | |
| Defendant. | |

The translations by the Court-appointed translator are complete. Attached is biographical information provided by the translator regarding his qualifications and experience. If the parties plan on calling the translator, they must first confer and then file a statement indicating when they expect to do so.

Accordingly,

**IT IS ORDERED** no later than **February 12, 2018**, the parties shall file a joint statement indicating whether they plan on calling the translator and, if so, the expected dates.

Dated this 6th day of February, 2018.

Honorable Roslyn O. Silver
Senior United States District Judge