Phoenix Office           **IN THE UNITED STATES DISTRICT COURT**
                         **FOR THE DISTRICT OF ARIZONA**
                         **CRIMINAL MINUTES**

CR-12-01263-01-PHX-ROS          DATE: 2/6/2018
Case Number

HON: ROSLYN O. SILVER

USA v.  Ahmed Alahmedalabdaloklah

DEFENDANT:  X  Present __ Not Present __ Released  X  Custody __ Writ

Deputy Clerk:  Rebekka Walder            Court Reporter: Laurie Adams(am); Elva Cruz Lauer (pm)

U.S.Atty: Joseph Kaster, David Pimsner,           Defense Atty: Gregory Bartolomei, Jami Johnson
Melissa Karlen, Bill Solomon                      Shishene Jing, Molly Karlin
                                                    X   AFPD___apptd __retd

Arabic Interpreter: Souzan Elsayed
=====================================================================
**PROCEEDINGS:  / X / JURY TRIAL / _ / COURT TRIAL  / __ / VOIR DIRE  / ___ / JURY SWORN**
Trial Day # 5

8:33 a.m.  Court reconvenes.  Jury enters the courtroom.  **Government's case continues:** Cross-examination of Tamiko Bogad. 9:23 a.m. Jury is excused from the courtroom, and court remains in session. Physical evidence and order of witness testimony discussed. 9:26 a.m. Court is in recess.

9:51 a.m. Court reconvenes. Jury is present. Cross-examination of Tamiko Bogad continues. 10:03 a.m. Redirect. 10:05 a.m. Witness is excused. Steven Luhowy is sworn and examined. Exhibits 49t, 49u, 50, 50c, 50e, and 64a-q are admitted. 10:53 a.m. Court is in recess.

11:12 a.m. Court reconvenes. Jury is present. Direct examination of Steven Luhowy continues. Exhibits 49, 75, 75a, 78a-d, 87, 89a, 89b (2077b), 89c, 89f, 2077c, 91a-n, 100a-e, 110a-e, 113a-e, 116, and 281a-b are admitted. 11:59 p.m. Court is in recess.

1:08 p.m. Court reconvenes. Jury is not present. Matters discussed. 1:10 p.m. Jury enters the courtroom. Direct examination of Steven Luhowy continues. Exhibits 71, 71a-d, 93, 95a-b, 96a-g, 97a-g, 99a-f, 102, 102a-c, 106b-h, 107, 107a, and 275 are admitted. 1:58 p.m. Court is in recess.

2:16 p.m. Court reconvenes. Jury is present. Direct examination of Steven Luhowy continues. Exhibits 50h, 72a-d (2088a-d), 73a-c, 74a-c, 92a-c, 94a-d, 98a-e, 98g, 98l-o, 98q, 105a-g, 108, 108a-c, 114, 114a-b. 276, 276a, and 283a-b, are admitted. 3:23 p.m. Jury is excused from courtroom and court remains in session. Matters discussed. 3:24 p.m. Court is in recess.

3:43 p.m. Court reconvenes. Jury is present. Direct examination of Steven Luhowy continues. Exhibits 65, 66, 67, 68a-b, 69, 70, 77, 81, 81a-b, 82, 83, 85, and 88 are admitted. 4:27 p.m. Jury is excused until 8:30 a.m. on February 7, 2018, and court remains in session. Matters discussed. 4:36 p.m. Court is in recess.

4:44 p.m. Court reconvenes. Government is not present. A sealed ex-parte hearing is held with defense. 4:46 p.m. Court is in recess and will reconvene at 8:30 a.m. on February 7, 2018.