Phoenix Office     **IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**
**CRIMINAL MINUTES**

CR-12-01263-01-PHX-ROS      DATE: 2/7/2018
Case Number

HON: ROSLYN O. SILVER

USA v. Ahmed Alahmedalabdaloklah

DEFENDANT: X Present __ Not Present __ Released X Custody __ Writ

Deputy Clerk: Rebekka Walder      Court Reporter: Elva Cruz Lauer(am)/Laurie Adams(pm)

U.S.Atty: Joseph Kaster, David Pimsner,      Defense Atty: Gregory Bartolomei, Jami Johnson
Melissa Karlen, Bill Solomon      Shishene Jing, Molly Karlin
     X AFPD __ apptd __ retd

Arabic Interpreter: Souzan Elsayed
==============================================================================
**PROCEEDINGS: / X / JURY TRIAL /_/ COURT TRIAL /__/ VOIR DIRE /___/ JURY SWORN**
Trial Day # 6

8:33 a.m. Court reconvenes. Jury is present. **Government's case continues:** Direct examination of Steven Luhowy continues. Exhibits 2103, 79, 80, 86a-f, 112a-c, 2092, 2092a-c, 58, 59, 59a, 60, and 101 are admitted. 9:31 a.m. Court is in recess.

9:48 a.m. Court reconvenes. Jury is present. Direct examination of Steven Luhowy continues. Exhibits 111a-d, 111f, 57, 57a, 109a-c, 109c.1, 109d, 84, 279, 278a, 119, 119a-z, 120, 120a-q, 124e-g, 124o-q, 125, 125a-b, 126c, 126e-g, 126i-j, 127e, and 244 are admitted. 11:04 a.m. Court is in recess.

11:22 a.m. Court reconvenes. Jury is present. Direct examination of Steven Luhowy continues. Exhibits 128, 128a-b, 128d, 128i-k, 128m, 128q, 128u, 128x-z, 129, 129a-b, 245, 63, 90a, 90c-d, 2067, 61, 61a-h, 103b-h, 103j, 2091, 62, 104, 56, 56a-b, 55, 130a-b, and 2081 are admitted. 12:19 p.m. Court is in recess.

1:21 p.m. Court reconvenes. Jury is not present. Government exhibits discussed. 1:53 p.m. Jury enters courtroom. Exhibits 119a-z, 120, 120a-q, 124a-s, 125c, 126, 126a-z, 127a-b, 127d, 128a-z, 129, 129a-l, 245, 246, 246b, 246d, 246f, and 246h are admitted, affirming those exhibits that were previously admitted. Cross-examination of Steven Luhowy. 3:28 p.m. Jury is excused from the courtroom and court remains in session. Matters discussed. 3:30 p.m. Court is in recess.

4:13 p.m. Court reconvenes. Jury is present. Jury is excused until 8:30 a.m. on February 8, 2018, and court remains in session. Scope of Mr. Graham's testimony discussed. Per discussion held, the Government is directed to provide defense and the Court with a list of which admitted exhibits the Government anticipates that their expert witness will testify to. Further matters discussed. 4:37 p.m. Government is excused, and an ex-parte hearing is held with defense. 4:51 p.m. Court is in recess and will reconvene at 8:30 a.m. on February 8, 2018.