Phoenix Office           **IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**
**CRIMINAL MINUTES**

CR-12-01263-01-PHX-ROS          DATE: 2/8/2018
Case Number

HON: ROSLYN O. SILVER

USA v.   Ahmed Alahmedalabdaloklah

DEFENDANT:  X   Present___Not Present__Released  X   Custody__Writ

Deputy Clerk:  Christine Boucher          Court Reporter: Laurie Adams (am)/Elva Cruz-Lauer (pm)

U.S.Atty: Joseph Kaster, David Pimsner,          Defense Atty: Gregory Bartolomei, Jami Johnson
Melissa Karlen, Bill Solomon                     Shishene Jing, Molly Karlin
                                                  X   AFPD___apptd __retd

Arabic Interpreter: Mohamed Abedalaziz
=====================================================================
**PROCEEDINGS:  / X / JURY TRIAL /_/ COURT TRIAL  /__/ VOIR DIRE  /___/ JURY SWORN**
Trial Day # 7

8:35 a.m.  Court reconvenes. Jury is present. Cross-examination of Steven Luhowy continues. Exhibits 2086, 2086(b), 2086(c), 2086(d), 2086(e), 2086(a), 2087, 2087(b), 2087(c), 2087(a), 2087(e), 2087(d), 2096, 2289(a), 2293(a), 2293(b), 2293(c), 2293(d), 2292(a), 2292(b), 2292(c), 2292(d), and 2292(e) are admitted.  9:56 a.m.  Court is in recess.

10:20 a.m.  Court reconvenes.  Cross-examination of Steven Luhowy continues.  Exhibits 2073(e), 2076, 2076(a), 2079, and 2080 are admitted. 11:06 a.m. Redirect. 11:07 a.m. Witness is excused. Court is in recess.

11:27 a.m.  Court reconvenes. Jury is present. Christopher Graham is sworn and examined. 12:07 p.m. Court is in recess.

1:18 p.m. Court reconvenes. Jury is not present. Discussion is held regarding translations. 1:33 p.m. Court is in recess.

1:43 p.m. Court reconvenes. Jury is present. Direct examination of Christopher Graham continues.  Exhibit 217 and 217(a) are played for the jury.  Exhibits 217 and 217(a) are not admitted. 2:46 p.m. Court is in recess.

3:11 p.m. Court reconvenes. Jury is present. Direct examination of Christopher Graham continues. 4:23 p.m. Jury is excused for the day.  Discussion is held.  4:42 p.m.  Court is in recess until 2/9/18 at 8:30 a.m.

Time in court:  5 hrs. 37 min.