Phoenix Office  **IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**
**CRIMINAL MINUTES**

CR-12-01263-01-PHX-ROS          DATE: 2/9/2018
Case Number

HON: ROSLYN O. SILVER

USA v.   Ahmed Alahmedalabdaloklah

DEFENDANT:  X   Present___Not Present___Released  X   Custody___Writ

Deputy Clerk:   Christine Boucher             Court Reporter: Elva Cruz-Lauer (am)/Laurie Adams (pm)

U.S.Atty: Joseph Kaster, David Pimsner,           Defense Atty: Gregory Bartolomei, Jami Johnson
Melissa Karlen, Bill Solomon                       Shishene Jing, Molly Karlin
                                                    X   AFPD___apptd ___retd

Arabic Interpreter: Mohamed Abedalaziz
=====================================================================
**PROCEEDINGS:  / X / JURY TRIAL / _ / COURT TRIAL  /__ / VOIR DIRE  /___ / JURY SWORN**
Trial Day # 8

8:35 a.m.  Court reconvenes.  Jury is not present.  Discussion is held.  8:46 a.m.  Jury enters the courtroom.  Direct examination of Christopher Graham continues.  9:44 a.m. Court is in recess.

10:10 a.m. Court reconvenes. Jury is present. Direct examination of Christopher Graham continues. The parties clarify that Exhibit 86f was previously admitted. 11:57 a.m.  Court is in recess.

1:06 p.m.  Court reconvenes. Jury is present. Exhibits 121, 121(a)-121(z), 122, 122(a)-122(n) are admitted. 2:23 p.m.  Court is in recess.

2:53 p.m.  Court reconvenes.  Jury is present.  Cross-examination of Christopher Graham.  3:29 p.m.  Jury exits the courtroom.  Discussion is held.  3:36 p.m.  Court is in recess and will reconvene on 2/12/18 at 8:30 a.m.

Time in court: 4 hrs. 56 min.