Phoenix Office        **IN THE UNITED STATES DISTRICT COURT**
                      **FOR THE DISTRICT OF ARIZONA**
                      **CRIMINAL MINUTES**

CR-12-01263-01-PHX-ROS          DATE: 2/12/2018
Case Number

HON: ROSLYN O. SILVER

USA v.   Ahmed Alahmedalabdaloklah

DEFENDANT:  X   Present___Not Present___Released  X   Custody___Writ

Deputy Clerk:   Christine Boucher            Court Reporter: Laurie Adams (am)/Elva Cruz-Lauer(pm)

U.S.Atty: Joseph Kaster, David Pimsner,           Defense Atty: Gregory Bartolomei, Jami Johnson
Melissa Karlen, Bill Solomon                      Shishene Jing, Molly Karlin
                                                    X   AFPD___apptd ___retd

Arabic Interpreter: Mohamed Abedalaziz
=====================================================================
**PROCEEDINGS:  / X / JURY TRIAL / _ / COURT TRIAL  /__/ VOIR DIRE  /___/ JURY SWORN**
Trial Day # 9

9:05 a.m.  Court reconvenes.  Jury is present.  Cross-examination of Christopher Graham continues.  9:53 a.m. Jury exits the courtroom.  9:59 a.m. Court is in recess.

10:13 a.m.  Court reconvenes.  Jury is not present.  Discussion is held regarding email filing due today at noon. The Court grants the Government an extension.  Defendant's response is due 24 hours after.  10:18 a.m.  Jury enters the courtroom.  Cross-examination of Christopher Graham continues.  11:24 a.m.  Court is in recess.

12:32 p.m.  Court reconvenes.  Jury is not present. Discussion is held. 12:36 p.m. Jury enters the courtroom. Exhibit 2073g is admitted.  Exhibits 2322-2328 are marked for identification.  2:06 p.m.  Court is in recess.

2:26 p.m.  Court reconvenes. Jury is present.  Cross-examination of Christopher Graham continues.  Exhibits 2329-2335 are marked for identification.  3:50 p.m.  Court is in recess.

4:05 p.m.  Court reconvenes.  Jury is present.  Cross-examination of Christopher Graham continues.  4:24 p.m. Jury exits the courtroom.  Discussion is held.  4:33 p.m.  Court is in recess until 2/13/2018 at 8:30 a.m.

                                                            Time in court: 5 hrs. 31 min.