Phoenix Office     **IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**
**CRIMINAL MINUTES**

CR-12-01263-01-PHX-ROS      DATE: 2/13/2018
Case Number

HON: ROSLYN O. SILVER

USA v. Ahmed Alahmedalabdaloklah

DEFENDANT: X Present __ Not Present __ Released X Custody __ Writ

Deputy Clerk: Christine Boucher      Court Reporter: Laurie Adams

U.S.Atty: Joseph Kaster, David Pimsner,      Defense Atty: Gregory Bartolomei, Jami Johnson
Melissa Karlen, Bill Solomon      Shishene Jing, Molly Karlin
     X AFPD __ apptd __ retd

Arabic Interpreter: Sousan Elsayed
===========================================================================
**PROCEEDINGS: / X / JURY TRIAL / _ / COURT TRIAL / __ / VOIR DIRE / __ / JURY SWORN**
Trial Day # 10

8:37 a.m. Court reconvenes. Jury is not present. Discussion is held. 8:47 a.m. Jury enters the courtroom. Cross-examination of Christopher Graham continues. Exhibit 2336 is marked and identified. Exhibits 2100, 2100a-2100d, 2106b, and 2106c are admitted. 9:49 a.m. Court is in recess.

10:13 a.m. Court reconvenes. Jury is present. Cross-examination of Christopher Graham continues. Exhibit 2337 is marked for identification. 10:33 a.m. Redirect. 11:09 a.m. Witness is excused. Robert Aleman is sworn and examined. Exhibit 2070 is admitted. 11:44 a.m. Court is in recess and will reconvene on 2/20/18 at 9:30 a.m.

                                                                     Time in court: 2 hrs. 43 min.