# EXHIBIT A

MOTION OF UNITED STATES SENATOR
LINDSEY GRAHAM TO QUASH SUBPOENA

III

115TH CONGRESS
2D SESSION

# S. RES. 406

To authorize representation by the Senate Legal Counsel in the case of *United States v. Ahmed Alahmedalabdaloklah*.

---

## IN THE SENATE OF THE UNITED STATES

FEBRUARY 14, 2018

Mr. MCCONNELL (for himself and Mr. SCHUMER) submitted the following resolution; which was considered and agreed to

---

# RESOLUTION

To authorize representation by the Senate Legal Counsel in the case of *United States v. Ahmed Alahmedalabdaloklah*.

Whereas, in the case of *United States v. Ahmed Alahmedalabdaloklah*, No. CR–12–01263–001–PHX–ROS, pending in the United States District Court for the District of Arizona, the defendant has issued a subpoena for testimony and documents to Senator Lindsey Graham;

Whereas, pursuant to sections 703(a) and 704(a)(2) of the Ethics in Government Act of 1978, 2 U.S.C. §§ 288b(a) and 288c(a)(2), the Senate may direct its counsel to represent Members of the Senate with respect to any subpoena, order, or request for testimony or documents relating to their official responsibilities;

Whereas, by the privileges of the Senate of the United States and Rule XI of the Standing Rules of the Senate, no evi-

2

dence under the control or in the possession of the Senate may, by the judicial or administrative process, be taken from such control or possession but by permission of the Senate; and

Whereas, by Rule VI of the Standing Rules of the Senate, no Senator shall absent himself from the service of the Senate without leave: Now, therefore, be it

*Resolved,* That the Senate Legal Counsel is authorized to represent Senator Lindsey Graham in this matter.

○

•**SRES 406 ATS**