IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Ahmed Alahmedalabdaloklah,<br><br>　　　　　Defendant. | No. CR-12-01263-PHX-ROS<br><br>**ORDER** |

　　　Upon consideration of the Motion of United States Senator Lindsey Graham to Quash Subpoena and all papers filed in support thereof and in opposition thereto, good cause having been shown, it is hereby

　　　ORDERED that the Motion is GRANTED, and the subpoena is hereby quashed.