Phoenix Office    **IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**
**CRIMINAL MINUTES**

CR-12-01263-01-PHX-ROS      DATE: 2/20/2018
Case Number

HON: ROSLYN O. SILVER

USA v. Ahmed Alahmedalabdaloklah

DEFENDANT: X Present ___Not Present ___Released X Custody ___Writ

Deputy Clerk: Rebekka Walder      Court Reporter: Elva Cruz-Lauer/Laurie Adams

U.S.Atty: Joseph Kaster, David Pimsner,    Defense Atty: Gregory Bartolomei, Jami Johnson
Melissa Karlen, Bill Solomon           Shishene Jing, Molly Karlin
                                            X AFPD ___apptd ___retd

Arabic Interpreter: Sousan Elsayed
========================================================================
**PROCEEDINGS:  / X / JURY TRIAL / / COURT TRIAL  / / VOIR DIRE  / / JURY SWORN**
Trial Day # 11

9:47 a.m. Court reconvenes. Jury is not present. Trial schedule discussed. Defense counsel addresses the Court regarding the Governments' response to Brady requests. The Court directs that the parties brief the issue. Pending subpoenas discussed. Testimony of Mr. Rodriguez and Mr. Zibari discussed. Testimony of Mr. Graham discussed. Defense counsel makes an oral motion to strike the testimony of Mr. Graham and moves for a mistrial. Defense counsel's oral motion is DENIED. 10:19 a.m. Jury enters the courtroom. **Government's case continues:** Cross-examination of Robert Aleman. Exhibits 2084(a), 2084(b), 2084(c), 2084(d), 2084(e), 2085(a), 2085(b), 2085(c), 2085(d), 2085(e), 2085(f), 2085(g), 2085(h), 2085(i), 2085(j), 2085(k), 2085(l), 2085(m), 2085(n), 2085(o), 2108, 2108(a), 2108(b), 2108(c), and 2108(d) are admitted. 11:23 a.m. Court is in recess.

11:46 a.m. Court reconvenes. Jury is present. Cross-examination of Robert Aleman continues. Exhibits 2083(a) through 2083(bb) are admitted. 12:04 p.m. Court is in recess.

1:17 p.m. Court reconvenes. Jury is present. Cross-examination of Robert Aleman continues. 1:46 p.m. Redirect. 1:53 p.m. Witness excused, subject to recall. Daniel Lien is sworn and examined. Exhibits 141(a), 141(k), and 141(s) are admitted. 2:52 p.m. Court is in recess.

3:12 p.m. Court reconvenes. Jury is present. Daniel Lien is further examined. Exhibits 133, 134, and 135 are admitted. 4:28 p.m. Jury is excused from the courtroom, and court remains in session. Exhibit 55 is discussed. Defense witnesses and subpoenas discussed. 4:42 p.m. Court is in recess until 8:30 a.m. on February 21, 2018.