Phoenix Office     **IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**
**CRIMINAL MINUTES**

CR-12-01263-01-PHX-ROS      DATE: 2/21/2018
Case Number

HON: ROSLYN O. SILVER

USA v. Ahmed Alahmedalabdaloklah

DEFENDANT: X Present __ Not Present __ Released X Custody __ Writ

Deputy Clerk: Christine Boucher      Court Reporter: Elva Cruz-Lauer (am) and Laurie Adams (pm)

U.S.Atty: Joseph Kaster, David Pimsner,      Defense Atty: Gregory Bartolomei, Jami Johnson
Melissa Karlen, Bill Solomon      Shishene Jing, Molly Karlin
     X AFPD __ apptd __ retd

Arabic Interpreter: Sousan Elsayed
================================================================================
**PROCEEDINGS:** / X / **JURY TRIAL** / _ / **COURT TRIAL** / __ / **VOIR DIRE** / __ / **JURY SWORN**
Trial Day # 12

8:45 a.m. Court reconvenes. Jury is not present. Discussion is held. 9:00 a.m. Court is in recess.

9:06 a.m. Court reconvenes. Jury is present. **Government's case continues**: Exhibit 127 is admitted. Direct examination of Daniel Lien continues. Exhibit 285 is admitted. 9:25 a.m. Court is in recess.

9:53 a.m. Court reconvenes. Jury is not present. Discussion is held regarding exhibits that should be withdrawn. Exhibit 124 is admitted. 10:07 a.m. Jury enters the courtroom. Exhibits 124a, 124c, 124i, 124k, 124m, 124s, 126d, 126h, 126k, 126m, 126x, 126z, 127a, 127d, 127f, 128c, 128f, 128h, 128l, 128p, 128t, 128w, 129e, 129g, and 129i are withdrawn subject to further foundation. Direct examination of Daniel Lien continues. 11:00 a.m. Cross-examination. 11:53 a.m. Court is in recess.

1:06 p.m. Court reconvenes. Jury is not present. Discussion is held. 1:12 p.m. Jury enters the courtroom. Cross-examination continues. 1:38 p.m. Redirect. 1:43 p.m. Witness is excused. Robert Aleman is recalled, sworn, and examined. 2:06 p.m. Cross-examination. 2:13 p.m. Redirect. 2:14 p.m. Court is in recess.

2:39 p.m. Court reconvenes. Jury is not present. Discussion is held. 3:31 p.m. Court is in recess.

3:44 p.m. Court reconvenes. Jury is present. Randall Peterson is sworn and examined. Exhibit 1807 is admitted. 4:21 p.m. Jury exits the courtroom. Discussion is held. 4:24 p.m. Court is in recess until 2/22/2018 at 8:30 a.m.

Time in court: 5 hrs. 14 min.