Phoenix Office    **IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**
**CRIMINAL MINUTES**

CR-12-01263-01-PHX-ROS    DATE: 2/22/2018
Case Number

HON: ROSLYN O. SILVER

USA v. Ahmed Alahmedalabdaloklah

DEFENDANT: X  Present __ Not Present __ Released X Custody (Restraint 0) __ Writ

Deputy Clerk: Christine Boucher    Court Reporter: Elva Cruz-Lauer (am) and Laurie Adams (pm)

U.S.Atty: Joseph Kaster, David Pimsner,    Defense Atty: Gregory Bartolomei, Jami Johnson
Melissa Karlen, Bill Solomon    Shishene Jing, Molly Karlin
    X  AFPD __ apptd __ retd

Arabic Interpreter: Mohamed Abedalaziz

================================================================
**PROCEEDINGS:  / X / JURY TRIAL / _ / COURT TRIAL  /__/ VOIR DIRE  /__/ JURY SWORN**
Trial Day # 13

8:39 a.m. Court reconvenes. Jury is not present. Discussion is held. 8:47 a.m. Jury enters the courtroom. Cross-examination of Randall Peterson. Exhibit 1806 is admitted. 9:46 a.m. Redirect. 9:40 a.m. Witness is excused. Thomas Hickey is sworn and examined. Exhibits 2234, 2253, 2255, 2260, and 207a-207g are admitted. 10:34 a.m. Court is in recess.

10:57 a.m. Court reconvenes. Jury is present. Cross-examination of Thomas Hickey. Exhibit 2285 is admitted. 11:48 a.m. Redirect. Exhibits 203 and 2265 are admitted. 12:01 p.m. Witness is excused. Court is in recess.

1:12 p.m. Court reconvenes. Jury is present. Daniel Lien is recalled, sworn, and examined. Exhibit 210 is admitted. 1:22 p.m. Cross-examination. Page 10 of Exhibit 2338 is admitted. 1:41 p.m. Redirect. 1:43 p.m. Witness is excused. 1:44 p.m. Jury exits the courtroom. Discussion is held. 2:34 p.m. Court is in recess.

2:43 p.m. Court reconvenes. Jury is present. Stephen Malloy is sworn and examined. Exhibits 225, 226, and 226a are admitted. 3:35 p.m. Cross-examination. 4:16 p.m. Jury exits the courtroom. Discussion is held regarding trial schedule. 4:43 p.m. Court is in recess and will reconvene on 2/23/18 at 8:30 a.m.

                        Time in court: 6 hrs. 21 min.