Phoenix Office     **IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**
**AMENDED CRIMINAL MINUTES (to correct clerical error as to witness name)**

CR-12-01263-01-PHX-ROS      DATE: 2/23/2018
Case Number

HON: ROSLYN O. SILVER

USA v. Ahmed Alahmedalabdaloklah

DEFENDANT: X Present __ Not Present __ Released X Custody (Restraint 0) __ Writ

Deputy Clerk: Christine Boucher      Court Reporter: Elva Cruz-Lauer (am)/Laurie Adams (pm)

U.S.Atty: Joseph Kaster, David Pimsner,      Defense Atty: Gregory Bartolomei, Jami Johnson
Melissa Karlen, Bill Solomon      Shishene Jing, Molly Karlin
         X AFPD __ apptd __ retd

Arabic Interpreter: Mohamed Abedalaziz
=======================================================================
**PROCEEDINGS: / X / JURY TRIAL / _ / COURT TRIAL / __ / VOIR DIRE / __ / JURY SWORN**
Trial Day # 14

8:34 a.m. Court reconvenes. Jury is not present. Cross-examination of Stephen Malloy continues. 8:41 a.m. Redirect. 8:46 a.m. Witness is excused. Stipulation is read to the jury. Dr. David J. Kilcullen is sworn and examined. 9:26 a.m. Cross-examination. 9:38 a.m. Court is in recess.

10:00 a.m. Court reconvenes. Jury is present. Cross-examination of Dr. David J. Kilcullen continues. 11:14 a.m. Court is in recess.

11:35 a.m. Court reconvenes. Jury is present. Cross-examination of Dr. David J. Kilcullen continues. 11:55 a.m. Court is in recess.

1:08 p.m. Court reconvenes. Jury is present. Cross-examination of Dr. David J. Kilcullen continues. 1:20 p.m. No redirect. Witness is excused. Mireille Delbecq is sworn and examined. Exhibits 319, 320, and 321 are admitted. 1:34 p.m. Cross-examination. 1:37 p.m. Witness is excused. Jeffrey Evans is sworn and examined. 2:12 p.m. Jury is excused. Discussion is held regarding Monday's hearing. 2:18 p.m. Court is in recess and trial will reconvene on 2/27/18 at 8:30 a.m.

Time in court: 3 hrs. 48 min.