Phoenix Office        **IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
CRIMINAL MINUTES**

CR-12-01263-01-PHX-ROS    DATE: 2/27/2018
Case Number

HON: ROSLYN O. SILVER

USA v. Ahmed Alahmedalabdaloklah

DEFENDANT: X Present __Not Present __Released X Custody (Restraint 0) __Writ

Deputy Clerk: Christine Boucher    Court Reporter: Elva Cruz-Lauer (am)/Laurie Adams (pm)

U.S.Atty: Joseph Kaster, David Pimsner, Melissa Karlen, Bill Solomon

Defense Atty: Gregory Bartolomei, Jami Johnson Shishene Jing, Molly Karlin
  X AFPD __apptd __retd

Arabic Interpreter: Sousan Elsayed

================================================================

**PROCEEDINGS:  / X / JURY TRIAL / _ / COURT TRIAL  /__/ VOIR DIRE  /__/ JURY SWORN**
Trial Day # 15

8:45 a.m. Court reconvenes. Jury is not present. Discussion is held. 8:52 a.m. Jury enters the courtroom. Direct examination of Jeffrey Evans continues. Exhibits 4, 5, 6, 10, 12, 14, 15, 16, 17, and 19 are admitted. Exhibits 18, 18a, 20, 218, 220, 221, 224, 225, 226, 234, 235 are admitted. Exhibits 7, 8, 9, 11, 222, and 223 are admitted. 9:40 a.m. Cross-examination. 9:48 a.m. No redirect. Witness is excused. 9:49 a.m. Court is in recess.

10:13 a.m. Court reconvenes. Jury is not present. Discussion is held. 10:15 a.m. Jury enters courtroom. Muhammad Husayn Al-Zobai appears by way of video deposition. 11:10 a.m. Court is in recess.

11:30 a.m. Court reconvenes. Jury is present. Video deposition of Muhammad Husayn Al-Zobai continues. Exhibit 24 is admitted. 11:55 a.m. Court is in recess.

1:10 p.m. Court reconvenes. Jury is present. Video deposition of Muhammad Husayn Al-Zobai continues. Exhibits 21-31 are admitted. Mohamed Ali is sworn and examined. Exhibits 4a, 5a, and 6a are admitted. Exhibits 7a, 8a, 9a, 10a, 11a, and 12a are admitted. Exhibits 14a, 15a, 17a, 18a, 18A1,19a, 20a, 26a, 27a, 28a, 29a, 30a, and 31a are admitted. Exhibits 122o, 122p, 124a, and 124c are admitted. Exhibit 124d1 is admitted. Exhibits 124i, 124k, 124m, 124n1, and 124s are admitted. Exhibits 125d, 126a, 126d, 126h, 126k, 126m, 126x, 126z are admitted. Exhibits 127a, 127d are admitted. Exhibit 128c is admitted. Exhibits 128f, 128l, 128p, 128t, and 128w are admitted. Exhibits 129e, 129g, 129i, 129k1, and 129m are admitted. Exhibits 218a, 220a, 221a, 222a, 223a, 235a, and 244a are admitted. 3:06 p.m. Court is in recess.

3:42 p.m. Court reconvenes. Jury is present. Direct examination of Mohamed Ali continues. Exhibit 234a is admitted. Exhibits 245a and 245c are admitted. 4:19 p.m. Cross-examination. 4:27 p.m. Jury exits the courtroom. Discussion is held regarding witnesses. 4:38 p.m. Court is in recess and will reconvene on 2/28/18 at 8:30 a.m.                      Time in court: 5 hrs. 18 min.