# INDEX OF EXHIBITS
# TO
# DEFENDANT'S OPPOSITION TO SENATOR LINDSEY GRAHAM'S MOTION TO QUASH SUBPOENA

United States v. Ahmed Alahmedalabdaloklah
No. CR-12-01263-PHX-ROS

| Exhibit No. | Description |
|---|---|
| 1 | Short Form FARA Registration Statement for Christopher Harvin |
| 2 | Ex. A to FARA Registration Statement for Sanitas International |
| 3 | Ex. A to FARA Registration Statement for Nelson Mullins Riley & Scarborough LLP |
| 4 | Ex. A to FARA Registration Statement for Mark Alsalih |
| 5 | Al Dhari Visa Application, Oct. 11, 2017 |
| 6 | Al Dhari Visa Application, Mar. 30, 2017 |
| 7 | Al Dhari Visa Application, Mar. 21, 2017 |
| 8 | Excerpts from Reporter's Transcript of Proceedings, Jan. 17, 2018 |