Phoenix Office     **IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**
**CRIMINAL MINUTES**

CR-12-01263-01-PHX-ROS     DATE: 2/28/2018
Case Number

HON: ROSLYN O. SILVER

USA v. Ahmed Alahmedalabdaloklah

DEFENDANT: X Present __Not Present __Released X Custody (Restraint 0) __Writ

Deputy Clerk: Christine Boucher     Court Reporter: Laurie Adams (am)/Elva Cruz-Lauer (pm)

U.S.Atty: Joseph Kaster, David Pimsner,     Defense Atty: Gregory Bartolomei, Jami Johnson
Melissa Karlen, Bill Solomon     Shishene Jing, Molly Karlin
    X AFPD __apptd __retd

Arabic Interpreter: Sousan Elsayed
================================================================
**PROCEEDINGS: / X / JURY TRIAL / _ / COURT TRIAL / __ / VOIR DIRE / ___ / JURY SWORN**
Trial Day # 16

8:41 a.m. Court reconvenes. Jury is not present. Discussion is held. 8:46 a.m. Court is in recess.

8:52 a.m. Court reconvenes. Jury is present. Cross-examination of Mohamed Ali. Exhibit 2344 is marked for identification. 9:30 a.m. Redirect. 9:34 a.m. Witness is excused. Special Agent Dina McCarthy is sworn and examined. 9:56 a.m. Court is in recess.

10:29 a.m. Court reconvenes. Jury is present. Direct examination of Special Agent Dina McCarthy continues. 10:48 a.m. Cross-examination. 11:55 a.m. Jury exits the courtroom. Discussion is held. 12:00 p.m. Court is in recess.

1:17 p.m. Court reconvenes. Jury is not present. Discussion is held. 1:27 p.m. Jury enters the courtroom. Cross-examination of Special Agent Dina McCarthy continues. Exhibits 2341, 2073, 2073a-2073i are admitted. 2:23 p.m. No redirect. Witness is excused. The Government rests. Rule 29 motion for a judgment of acquittal is made at the sidebar. The Court takes the matter under advisement. 2:26 p.m. Court is in recess.

2:53 p.m. Court reconvenes. Jury is not present. Discussion is held. **Defendant's case:** Thomas Workman, Jr. is sworn and examined. 4:22 p.m. Jury is excused for the day. Court is in recess.

4:38 p.m. Court reconvenes. Jury is not present. Motion for directed verdict is argued. The Rule 29 motion is denied. Argument is presented regarding Defendant's Emergency Motion to Compel Search and Production of *Brady* Material from the Department of Defense (Doc. 806). IT IS ORDERED denying Defendant's Motion (Doc. 806). 5:16 p.m. Court is in recess and will reconvene on 3/1/18 at 8:30 a.m.

                                                                                                                               Time in court: 5 hrs. 56 min.