Phoenix Office     **IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**
**CRIMINAL MINUTES**

CR-12-01263-01-PHX-ROS     DATE: 3/1/2018
Case Number

HON: ROSLYN O. SILVER

USA v. Ahmed Alahmedalabdaloklah

DEFENDANT: X Present __Not Present __Released X Custody (Restraint 0) __Writ

Deputy Clerk: Christine Boucher(am)     Court Reporter: Laurie Adams (am)
             Liliana Figueroa(pm)                         Elva Cruz-Lauer (pm)

U.S.Atty: Joseph Kaster, David Pimsner,     Defense Atty: Gregory Bartolomei, Jami Johnson
Melissa Karlen, Bill Solomon                     Shishene Jing, Molly Karlin

Arabic Interpreter: Mohamed Abedalaziz     X AFPD __Appointed __Retained
=============================================================================
**PROCEEDINGS: / X / JURY TRIAL / _ / COURT TRIAL / __ / VOIR DIRE / __ / JURY SWORN**
Trial Day # 17

8:37 a.m. Court reconvenes. Jury is not present. Discussion is held. 8:39 a.m. Jury enters the courtroom. Joseph L'Etoile is sworn and examined. Exhibit 2345 is marked and admitted. 9:46 a.m. No redirect. Witness is excused. Derrick Draper is sworn and examined. 10:05 a.m. Court is in recess.

10:26 a.m. Court reconvenes. Jury is present. Direct examination of Derrick Draper continues. 10:32 a.m. No cross-examination. Witness is excused. Special Agent Stewart Whitson is sworn and examined. 11:55 a.m. Court is in recess.

1:09 p.m. Court reconvenes. Jury is not present. Discussion is held. 1:26 p.m. Jury enters the courtroom. Direct examination of Special Agent Stewart Whitson continues. 1:53 p.m. Cross-Examination. 2:00 p.m. Redirect. 2:05 p.m. Witness is excused. David Enders sworn and examined. Exhibits 1929, 1926, 1928, 1930, 1931, 1932, 1941, 1958, 1935, 1936 and 1937 are admitted. 2:46 p.m. Recess.

3:08 p.m. Court reconvenes. Jury is present. Direct examination of David Enders continues. Exhibits 1938, 1939, 1940, 1942, 1943, 1944, 1945, 1947, 1949, 1950, 1952, 1955, 1956, 1957, 1951, 1954 and 1948 are admitted. 3:32 p.m. Cross-Examination. 3:39 p.m. Redirect. 3:41 p.m. Witness excused. Taisir El-Qoulaq sworn and examined. 4:09 p.m. Jury exits courtroom. Discussion held re: expert designation of witness. 4:52 p.m. Court is in recess and will reconvene on 3/2/18 at 8:30 a.m.

Time in court: 6 hrs. 13 min.