Phoenix Office

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA
# CRIMINAL MINUTES

CR-12-01263-01-PHX-ROS        DATE: 3/2/2018
Case Number

HON: ROSLYN O. SILVER

USA v. Ahmed Alahmedalabdaloklah

DEFENDANT: X Present ___Not Present ___Released X Custody (Restraint 0) ___Writ

Deputy Clerk: Christine Boucher                    Court Reporter: Elva Cruz-Lauer

U.S.Atty: Joseph Kaster, David Pimsner,            Defense Atty: Gregory Bartolomei, Jami Johnson
Melissa Karlen, Bill Solomon                       Shishene Jing, Molly Karlin
                                                     X  AFPD ___apptd ___retd

Arabic Interpreter: Mohamed Abedalaziz
==================================================================================

**PROCEEDINGS:  / X / JURY TRIAL / _ / COURT TRIAL  /__/ VOIR DIRE  /___/ JURY SWORN**
Trial Day # 18

8:37 a.m. Court reconvenes. Jury is not present. Discussion is held. The Final Jury Instructions are to be filed with the Court by Tuesday morning. 8:43 a.m. **Defendant's case continues:** Direct examination of Taisir El-Qoulaq continues. 9:00 a.m. No cross-examination. Witness is excused. Special Agent Dina McCarthy is sworn and examined. 9:07 a.m. Donald Hansen is sworn and examined. 9:46 a.m. Cross-examination. 10:02 a.m. Redirect. 10:05 a.m. Jury exits the courtroom. Discussion is held. The Court changes the deadline for Final Instructions to Monday, March 5, 2018 at 12:00 p.m. 10:12 a.m. Court is in recess.

10:36 a.m. Court reconvenes. Jury is present. Stipulation is read to the jury. 10:42 a.m. Jury is excused for the day. Discussion is held under seal. 10:46 a.m. Government is excused for the day. Sealed ex parte hearing is held with Defense Counsel. 10:51 a.m. Court is in recess until Tuesday, March 6, 2018 at 8:30 a.m.

Time in court: 1 hr. 50 min.