JON M. SANDS
Federal Public Defender
District of Arizona
850 W. Adams, Suite 201
Phoenix, Arizona 85007
Telephone: 602-382-2700

GREGORY A. BARTOLOMEI, Bar No. 011803
SHISHENE JING, CA Bar No. 315067
JAMI JOHNSON, NY Bar No. 4823373
MOLLY A. KARLIN, Bar No. 032902
Assistant Federal Public Defenders
gregory_bartolomei@fd.org
shishene_jing@fd.org
jami_johnson@fd.org
molly_karlin@fd.org

*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Ahmed Alahmedalabdaloklah,<br><br>Defendant. | CR-12-01263-PHX-ROS<br><br>**DEFENDANT'S NOTICE OF ERRATA TO FINAL JOINT PROPOSED JURY INSTRUCTIONS PURSUANT TO COURT'S PRIOR RULINGS**<br><br>Assigned to the Hon. Roslyn O. Silver |
|---|---|

Defendant Ahmed Alahmedalabdaloklah, through undersigned counsel, respectfully files this Notice of Errata to advise the Court of the following errors to the just-filed Final Joint Proposed Jury Instructions Pursuant to Court's Prior Rulings (Doc. 862):

Page ii, lines 10 and 11 cite Document 404 as the document that reflects Defendant's objections to certain jury instructions. That citation is incorrect. Defendant's objections can be found in Document **704**.

In addition, the Index of Exhibits identifies Exhibit A as an email dated November 24, 2016. The date of the email indicated on the Index is incorrect. As Exhibit A reflects, the email is dated January 24, 2018.

I, undersigned counsel, am personally responsible for these errors and regret the inconvenience.

Respectfully submitted:     March 5, 2018.

JON M. SANDS
Federal Public Defender

 s/Molly A. Karlin
MOLLY A. KARLIN
Assistant Federal Public Defender

*Attorneys for Defendant*
*Ahmed Alahmedalabdaloklah*

1 | Copy of the foregoing transmitted by ECF for filing March 5, 2018, to:

CLERK'S OFFICE
United States District Court
Sandra Day O'Connor Courthouse
401 West Washington Street
Phoenix, Arizona 85003

DAVID PIMSNER
MELISSA KARLEN
JOSEPH N. KASTER
WILLIAM C. SOLOMON
Assistant U.S. Attorneys
United States Attorney's Office
Two Renaissance Square
40 N. Central Avenue, Suite 1200
Phoenix, Arizona 85004-4408

Copy to Defendant:

AHMED ALAHMEDALABDALOKLAH
USM #30021-408
CCA/CADC
PO Box 6300
Florence, Arizona 85132

*s/ny*

3