JON M. SANDS
Federal Public Defender
District of Arizona
850 W. Adams, Suite 201
Phoenix, Arizona 85007
Telephone: 602-382-2700

GREGORY A. BARTOLOMEI, Bar No. 011803
SHISHENE JING, CA Bar No. 315067
JAMI JOHNSON, NY Bar No. 4823373
MOLLY A. KARLIN, Bar No. 032902
Assistant Federal Public Defenders
gregory_bartolomei@fd.org
shishene_jing@fd.org
jami_johnson@fd.org
molly_karlin@fd.org

*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Ahmed Alahmedalabdaloklah,<br><br>Defendant. | CR-12-01263-PHX-ROS<br><br>**JOINT STATEMENT OF DEFENDANT AND U.S. SENATOR LINDSEY GRAHAM**<br><br>Assigned to the Hon. Roslyn O. Silver |

Pursuant to the Court's March 5, 2018 Order, Defendant, Ahmed Alahmedalabdaloklah, through undersigned counsel, submits the following joint statement. Counsel avers that Assistant Senate Legal Counsel Thomas Caballero, counsel for Senator Lindsey Graham, has reviewed this statement and concurs in its submission.

In lieu of testimony, Senator Graham is willing to stipulate that he met with Mr. Al-Dhari in March 2017. Defendant is not willing to so stipulate, as he is entitled to present his defense through conventional evidence, in all its persuasive power. *See Old Chief v. United States*, 519 U.S. 172, 186-92 (1997).

1

| | |
|---|---|
| Respectfully submitted: | March 6, 2018. |
| | JON M. SANDS |
| | Federal Public Defender |
| | |
| | *s/Molly A. Karlin* |
| | MOLLY A. KARLIN |
| | Assistant Federal Public Defender |
| | |
| | *Attorneys for Defendant* |
| | *Ahmed Alahmedalabdaloklah* |

PATRICIA MACK BRYAN
Senate Legal Counsel

MORGAN J. FRANKEL
Deputy Senate Legal Counsel

 GRANT R. VINIK
Assistant Senate Legal Counsel

 *s/ Thomas E. Caballero*
THOMAS E. CABALLERO
Assistant Senate Legal Counsel

*Attorneys for Senator Lindsey Graham*

| | |
|---|---|
| 1 | |
| 2 | Copy of the foregoing transmitted by ECF for filing March 6, 2018, to: |
| 3 | CLERK'S OFFICE |
| 4 | United States District Court<br>Sandra Day O'Connor Courthouse |
| 5 | 401 West Washington Street<br>Phoenix, Arizona 85003 |
| 6 | DAVID PIMSNER |
| 7 | MELISSA KARLEN<br>JOSEPH N. KASTER |
| 8 | WILLIAM C. SOLOMON<br>Assistant U.S. Attorneys |
| 9 | United States Attorney's Office<br>Two Renaissance Square |
| 10 | 40 N. Central Avenue, Suite 1200<br>Phoenix, Arizona 85004-4408 |
| 11 | |
| 12 | Copy mailed to Defendant: |
| 13 | AHMED ALAHMEDALABDALOKLAH<br>USM #30021-408 |
| 14 | CCA/CADC<br>PO Box 6300 |
| 15 | Florence, Arizona 85132 |
| 16 | *s/ny* |

3