CR-12-01263-01-PHX-ROS          DATE: 3/6/2018
Case Number

HON: ROSLYN O. SILVER

USA v.   Ahmed Alahmedalabdaloklah

DEFENDANT: X  Present___Not Present__Released X  Custody (Restraint 0)___Writ

Deputy Clerk: Christine Boucher            Court Reporter: Laurie Adams (am)/Elva Cruz-Lauer(pm)

U.S.Atty: Joseph Kaster, David Pimsner,            Defense Atty: Gregory Bartolomei, Jami Johnson
Melissa Karlen, Bill Solomon                         Shishene Jing, Molly Karlin
                                                       X   AFPD___apptd __retd

Arabic Interpreter: Sousan Elsayed
==========================================================================
**PROCEEDINGS:  / X / JURY TRIAL / _/ COURT TRIAL  /__/ VOIR DIRE  /___/ JURY SWORN**
Trial Day # 19

8:40 a.m. Court reconvenes. Jury is not present. Discussion is held. Joel Rubin is sworn and examined. 9:03 a.m. No cross-examination. 9:04 a.m. Direct examination of Thomas Workman continues. 10:05 a.m. Court is in recess.

10:29 a.m. Court reconvenes. Jury is present. Direct examination of Thomas Workman continues. Exhibits 2347 and 2346 are admitted. 11:21 a.m. Cross-examination. 11:54 a.m. Court is in recess.

2:18 p.m. Court reconvenes. Jury is not present. Discussion is held. 2:26 p.m. Jury enters the courtroom. Cross-examination continues. 2:39 p.m. Redirect. 2:59 p.m. Witness is excused. Defense rests with leave to reopen for stipulations to be read. 3:02 p.m. Jury exits the courtroom. Discussion is held regarding how physical evidence will be handled during deliberations. Final Instructions with the objections shall be provided to the Court by noon on 3/7/2018. Discussion is held regarding the stipulations. Defense Counsel's statement regarding the subpoenaing of a Department of Defense witness is due by 3/7/18 at 10:00 a.m. Government's response is due by end of day. 3:27 p.m. Jury enters the courtroom. Jury is advised of the schedule for the rest of the week. 3:30 p.m. Court is in recess and will reconvene on 3/9/18 at 8:30 a.m.

                                                                Time in court: 4 hrs. 12 min.