Phoenix Office     **IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
CRIMINAL MINUTES**

CR-12-01263-01-PHX-ROS     DATE: 3/9/2018
Case Number

HON: ROSLYN O. SILVER

USA v. Ahmed Alahmedalabdaloklah

DEFENDANT: X Present __ Not Present __ Released X Custody (Restraint 0) __ Writ

Deputy Clerk: Liliana Figueroa     Court Reporter: Laurie Adams

U.S.Atty: Joseph Kaster, David Pimsner,     Defense Atty: Gregory Bartolomei, Molly Karlin
Melissa Karlen, Bill Solomon

Arabic Interpreter: Ahmed Al-Ahmad     X AFPD __ Appointed __ Retained

======================================================================

**PROCEEDINGS: / X / JURY TRIAL / / COURT TRIAL / / VOIR DIRE / / JURY SWORN**
Trial Day # 20

10:40 a.m. Court reconvenes. Counsel and defendant are present. The jury is not present on this date for these proceedings. Discussion held as to the pending motions. As to the CENTCOM motion, the parties agree the Court previously ruled. Argument heard as to Defendant's Motion to Dismiss for Prosecutorial Misconduct; Alternatively, for a Mistrial or to Strike the Testimony of Mohamed Ali and All Translated Government Exhibits (Doc. 885). **IT IS ORDERED denying** Defendant's Motion (Doc. 885). Discussion held re: Defendant's oral Motion to Strike Testimony of Christopher Graham and for a Mistrial as supplemented (Doc. 858), and the United States' response thereto (Doc. 867). **IT IS FURTHER ORDERED denying** the Defendant's oral Motion as supplemented (Doc. 858). Exhibit 285 discussed. The parties agree Exhibit 285 was not admitted. 11:36 a.m. Recess.

11:39 a.m. Court reconvenes. Counsel and defendant are present. Jury Instructions discussed. Exhibit 34 as discussed on the record is admitted. 11:46 a.m. Recess.

1:16 p.m. Court reconvenes. Counsel and defendant are present. Jury Instructions discussed further. **IT IS FURTHER ORDERED** the parties shall prepare and file the Final Jury Instructions as set forth on the record by 9:00 a.m. on 3/12/18. Pursuant to the parties' oral stipulation, Exhibit 2106c will include pages 13 and 16. 3:16 p.m. Court is in recess and will reconvene on 3/13/18 at 8:30 a.m. (or on 3/12/18 at 10:00 a.m. without the jury, if necessary.)

                                                                                                              **Time in Court: 3hrs., 26 min.**