Phoenix Office            **IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**
**CRIMINAL MINUTES**

CR-12-01263-01-PHX-ROS          DATE: 3/12/2018
Case Number

HON: ROSLYN O. SILVER

USA v.   Ahmed Alahmedalabdaloklah

DEFENDANT:  X   Present___Not Present___Released  X   Custody (Restraint 0)___Writ

Deputy Clerk: Christine Boucher            Court Reporter:  Elva Cruz-Lauer

U.S.Atty: Joseph Kaster,                   Defense Atty: Shishene Jing and Molly Karlin
Melissa Karlen, and Bill Solomon
                                             X   AFPD___apptd ___retd

Arabic Interpreter: Mohamed Abedalaziz
================================================================
**PROCEEDINGS:  / X / JURY TRIAL / _ / COURT TRIAL  /__/ VOIR DIRE  /___/ JURY SWORN**
Trial Day # 21

11:02 a.m. Court reconvenes.  Jury is not present.   The Court reviews the Final Jury Instructions and Verdict Form with the parties.  The Defendant objects to the Verdict Form as set forth on the record.  The objection is overruled.  Argument is presented on pending motions. **IT IS ORDERED** denying the Defendant's Motion to Dismiss (Doc. 869). **IT IS FURTHER ORDERED** affirming the Court's previous ruling and denying the Motion to Dismiss (Doc. 885). **IT IS FURTHER ORDERED** granting the Motion to Quash Subpoena (Doc. 800).  Any stipulations the parties do not agree to shall be filed today by 2:00 p.m.   12:13 p.m.  Court is in recess and will reconvene on 3/13/18 at 8:30 a.m.

Time in court: 1 hr. 11 min.