Phoenix Office       **IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**
**CRIMINAL MINUTES**

CR-12-01263-01-PHX-ROS        DATE: 3/13/2018
Case Number

HON: ROSLYN O. SILVER

USA v. Ahmed Alahmedalabdaloklah

DEFENDANT: X Present __Not Present __Released X Custody (Restraint 0) __Writ

Deputy Clerk: Christine Boucher        Court Reporter: Elva Cruz-Lauer

U.S.Atty: Joseph Kaster, David Pimsner,        Defense Atty: Gregory Bartolomei, Jami Johnson
Melissa Karlen, Bill Solomon        Shishene Jing, Molly Karlin
       X AFPD __apptd __retd

Arabic Interpreter: Sousan Elsayed
===================================================================
**PROCEEDINGS: / X / JURY TRIAL / _ / COURT TRIAL /__/ VOIR DIRE /___/ JURY SWORN**
Trial Day # 22

8:36 a.m. Court reconvenes. Jury is not present. Discussion is held regarding the Government's PowerPoint. 8:51 a.m. Defendant's case is reopened. Stipulations are read to the Jury. Parties stipulate to admission of Exhibit 2321. Defense rests. Motion made at sidebar. Motion is denied. Final Instructions are read to the Jury. 9:58 a.m. Court is in recess.

10:05 a.m. Court reconvenes. Jury is not present. Discussion is held regarding contact with the Defendant. 10:09 a.m. Court is in recess.

10:23 a.m. Court reconvenes. Jury is present. Government's closing arguments. 12:02 p.m. Court is in recess.

1:05 p.m. Court reconvenes. Jury is not present. Discussion is held regarding remaining time. 1:07 p.m. Jury enters the courtroom. Government's closing arguments continues. 1:19 p.m. Court is in recess.

1:31 p.m. Court reconvenes. Jury is present. Defendant's closing arguments. 3:25 p.m. Court is in recess.

3:43 p.m. Court reconvenes. Jury is present. Government's rebuttal. 3:54 p.m. Corrected instruction is read to the Jury. 3:57 p.m. Jury exits the courtroom to deliberate. Discussion is held regarding the evidence. 3:58 p.m. Court is in recess while the Jury deliberates. 4:33 p.m. Jury leaves for the day and will continue deliberations on 3/14/2018 at 8:30 a.m.

                                                              Time in court: 5 hrs. 28 min.