Phoenix Office

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
CRIMINAL MINUTES**

CR-12-01263-01-PHX-ROS        DATE: 3/14/2018
Case Number

HON: ROSLYN O. SILVER

USA v.   Ahmed Alahmedalabdaloklah

DEFENDANT:  X  Present __ Not Present __ Released  X  Custody (Restraint 0) __ Writ

Deputy Clerk: Christine Boucher          Court Reporter: Elva Cruz-Lauer

U.S. Atty: Joseph Kaster, David Pimsner,       Defense Atty: Gregory Bartolomei, Jami Johnson
Melissa Karlen, Bill Solomon                   Shishene Jing, Molly Karlin
                                                 X  AFPD ___ apptd ___ retd

Arabic Interpreter: Sousan Elsayed
=====================================================================
**PROCEEDINGS:  / X / JURY TRIAL / _ / COURT TRIAL  /__/ VOIR DIRE  /___/ JURY SWORN**
Trial Day # 23

8:45 a.m.  Jury continues deliberations.

11:34 a.m.  Court reconvenes.  Jury is not present.  Discussion is held regarding jury questions.  11:55 a.m.  Jury enters the courtroom.  The Court addresses the jury regarding each question.  12:06 p.m.  Court is in recess while the Jury continues to deliberate.

4:35 p.m.  The Jury leaves for the day and will continue deliberations on 3/15/2018 at 10:30 a.m.

Time in court: 32 min.