Phoenix Office     **IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**
**CRIMINAL MINUTES**

CR-12-01263-01-PHX-ROS          DATE: 3/16/2018
Case Number

HON: ROSLYN O. SILVER

USA v.   Ahmed Alahmedalabdaloklah

DEFENDANT:  X   Present___Not Present___Released  X   Custody (Restraint 0)___Writ

Deputy Clerk: Christine Boucher          Court Reporter: Laurie Adams

U.S.Atty: Joseph Kaster, David Pimsner,          Defense Atty: Gregory Bartolomei, Jami Johnson
Melissa Karlen, Bill Solomon                     Shishene Jing, Molly Karlin
                                                   X   AFPD___apptd ___retd

Arabic Interpreter: Sousan Elsayed
================================================================
**PROCEEDINGS:  / X / JURY TRIAL / _ / COURT TRIAL  /__/ VOIR DIRE  /___/ JURY SWORN**
Trial Day # 25

8:30a.m.  Jury continues deliberations.

12:12 p.m.  Court reconvenes. Jury is not present. Discussion is held regarding jury question. 12:15 p.m. Jury enters the courtroom. Question is discussed. 12:17 p.m. Court is in recess.

3:04 p.m. Court reconvenes. Jury is present. The Jury informs the Court it has reached a verdict. Defendant is found guilty as to Counts 1-5. Defendant is found not guilty as to Counts 5-6. Jury exits the courtroom. Probation is directed to prepare a presentence report. The Defendant informs the Court he will not be participating in a presentence interview. Sentencing is set for June 5, 2018 at 1:30 p.m. in Courtroom 604. 3:09 p.m. Court is adjourned. Exhibits are returned to all parties.

Time in court: 10 min.