

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | CR-12-01263-PHX-ROS |
|---|---|
| Plaintiff, | |
| vs. | **VERDICT** |
| Ahmed Alahmedalabdaloklah, | |
| Defendant. | |

We, the jury, find the Defendant, Ahmed Alahmedalabdaloklah:

Count 1: Conspiring to Use a Weapon of Mass Destruction

_____NOT GUILTY  \_\_\_✓\_\_\_GUILTY

Count 2: Conspiring to Maliciously Damage or Destroy United States Government Property by Means of an Explosive

_____NOT GUILTY  \_\_\_✓\_\_\_GUILTY

Count 3: Aiding and Abetting Other Persons to Possess a Destructive Device in Furtherance of a Crime of Violence

_____NOT GUILTY  \_\_\_✓\_\_\_GUILTY

Count 4: Conspiring to Possess a Destructive Device in Furtherance of a Crime of Violence

_____NOT GUILTY   ___✓___GUILTY

Count 5: Conspiring to Commit Extraterritorial Murder of a National of the United States

___✓___NOT GUILTY   _____GUILTY

Count 6: Providing Material Support to Terrorists

___✓___NOT GUILTY   _____GUILTY

_Juror #9_
Foreperson

_3-16-18_
Date