**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| **United States of America** <br><br> v. <br><br> **Ahmed Alahmedalabdaloklah** | **JUDGMENT IN A CRIMINAL CASE** <br> (For Offenses Committed On or After November 1, 1987) <br><br> **No. CR-12-01263-001-PHX-ROS** <br><br> Molly Karlin, Gregory Bartolomei, and Jami Johnson (AFPD) <br> Attorneys for Defendant |

USM#: 30021-408     ICE# A206177567

**THERE WAS A VERDICT OF** guilty on 3/16/2018 as to Counts 1, 2 3, and 4 of the Second Superseding Indictment. There was a verdict of not guilty as to Counts 5 and 6 of the Second Superseding Indictment.

**ACCORDINGLY, THE COURT HAS ADJUDICATED THAT THE DEFENDANT IS GUILTY OF THE FOLLOWING OFFENSE(S):** violating Title 18, U.S.C. §§2332(a)(1) and (3), Conspiracy to Use a Weapon of Mass Destruction, a Class A Felony offense, as charged in Count 1 of the Second Superseding Indictment; Title 18, U.S.C. §§844(f)(1) and (n), Conspiracy to Maliciously Damage or Destroy U.S. Government Property by Means of an Explosive, a Class C Felony offense, as charged in Count 2 of the Second Superseding Indictment; Title 18, U.S.C. §§924(c)(1)(A) and (B)(ii) and 2, Possession of a Destructive Device in Furtherance of a Crime of Violence and Aiding and Abetting, a Class A Felony offense, as charged in Count 3 of Second the Superseding Indictment; Title 18, U.S.C. §924(o), Conspiracy to Possess a Destructive Device in Furtherance of a Crime of Violence, a Class A Felony offense, as charged in Count 4 of the Second Superseding Indictment.

**IT IS THE JUDGMENT OF THIS COURT THAT** the defendant is committed to the custody of the Bureau of Prisons for a term of **LIFE** on Counts 1 and 4, to run concurrently to each other; **TWO HUNDRED FORTY (240) MONTHS** on Count 2, to run concurrently with Counts 1 and 4; and **THREE HUNDRED SIXTY (360) MONTHS** on Count 3, to run consecutively to Counts 1, 2, and 4, with credit for time served.

**IT IS ORDERED** that Counts 5 and 6 of the Second Superseding Indictment are dismissed pursuant to the jury verdict of not guilty.

**CRIMINAL MONETARY PENALTIES**

The defendant shall pay to the Clerk the following total criminal monetary penalties:

**SPECIAL ASSESSMENT:** $400.00     **FINE:** WAIVED     **RESTITUTION:** N/A

The defendant shall pay a special assessment of $400.00.

The Court finds the defendant does not have the ability to pay a fine and orders the fine waived.

If incarcerated, payment of criminal monetary penalties are due during imprisonment at a rate of not less than $25 per quarter and payment shall be made through the Bureau of Prisons' Inmate Financial Responsibility Program. Criminal monetary payments shall be made to the Clerk of U.S. District Court, Attention: Finance, Suite 130, 401 West Washington Street, SPC 1, Phoenix, Arizona 85003-2118. Payments should be credited to the various monetary penalties imposed by the Court in the priority established under 18 U.S.C. § 3612(c). The total special assessment of $400.00 shall be paid pursuant to Title 18, United States Code, Section 3013 for Counts 1, 2, 3, and 4 of the Second Superseding Indictment.

Any unpaid balance shall become a condition of supervision and shall be paid within 90 days prior to the expiration of supervision. Until all restitutions, fines, special assessments and costs are fully paid, the defendant shall immediately notify the Clerk, U.S. District Court, of any change in name and address. The Court hereby waives the imposition of interest and penalties on any unpaid balances.

**IT IS FURTHER ORDERED** the defendant must cooperate in the collection of DNA if ordered by the Bureau of Prisons.

**THE DEFENDANT IS ADVISED OF DEFENDANT'S RIGHT TO APPEAL BY FILING A NOTICE OF APPEAL IN WRITING WITHIN 14 DAYS OF ENTRY OF JUDGMENT.**

The Court orders commitment to the custody of the Bureau of Prisons.

The defendant is remanded to the custody of the United States Marshal.

Date of Imposition of Sentence: **Wednesday, November 07, 2018**

Dated this 8th day of November, 2018.

Honorable Roslyn O. Silver
Senior United States District Judge

**RETURN**

I have executed this Judgment as follows:

defendant delivered on _____ to _____ at _____, the institution designated by the Bureau of Prisons with a certified copy of this judgment in a Criminal case.

United States Marshal                                                                        By:   Deputy Marshal