JON M. SANDS
Federal Public Defender
District of Arizona
850 W. Adams, Suite 201
Phoenix, Arizona  85007
Telephone: 602-382-2700

GREGORY A. BARTOLOMEI, Bar No. 011803
JAMI JOHNSON, NY Bar No. 4823373
MOLLY A. KARLIN, Bar No. 032902
Assistant Federal Public Defenders
gregory_bartolomei@fd.org
jami_johnson@fd.org
molly_karlin@fd.org

*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | CR-12-01263-PHX-ROS |
|---|---|
| Plaintiff, | **NOTICE OF APPEAL** |
| v. | |
| Ahmed Alahmedalabdaloklah, | |
| Defendant. | |

Notice is hereby given that Defendant Ahmed Alahmedalabdaloklah appeals to the United States Court of Appeals for the Ninth Circuit from the judgment entered on November 8, 2018 (Dkt. 1008).

Respectfully submitted:    November 8, 2018.

JON M. SANDS
Federal Public Defender

 s/Molly A. Karlin
MOLLY A. KARLIN
Assistant Federal Public Defender

*Attorneys for Defendant*
*Ahmed Alahmedalabdaloklah*

Copy of the foregoing transmitted by ECF for filing November 8, 2018, to:

CLERK'S OFFICE
United States District Court
Sandra Day O'Connor Courthouse
401 West Washington Street
Phoenix, Arizona 85003

DAVID PIMSNER
MELISSA KARLEN
WILLIAM C. SOLOMON
Assistant U.S. Attorneys
JOSEPH N. KASTER
Trial Attorney, National Security Division
United States Attorney's Office
Two Renaissance Square
40 N. Central Avenue, Suite 1800
Phoenix, Arizona 85004

*s/Kellie Larkin*
KELLIE LARKIN