**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-12-01263-001-PHX-ROS |
| Plaintiff, | **ORDER** |
| v. | |
| Ahmed Alahmedalabdaloklah, | |
| Defendant. | |

The judgment states, in relevant part, Defendant was found guilty of "violating Title 18, U.S.C. §§2332(a)(1) and (3)." (Doc. 1008 at 1). Defendant requests the Court amend that judgment "to reflect that the Count 1 conviction was for a violation of **18 U.S.C. §§ 2332a(a)(1) and (3)**." (Doc. 1081 at 2). To avoid any issue regarding jurisdiction to make this change, the Court will indicate it would amend the judgment should the court of appeals remand for that purpose. Fed. R. Crim. P. 37(a)(3).

Accordingly,

**IT IS ORDERED** the Motion to Amend (Doc. 1081) is **DENIED**.

**IT IS FURTHER ORDERED** the Court would amend the judgment should the court of appeals remand for that purpose.

DATED this 15th day of November, 2021.

Honorable Roslyn O. Silver
Senior United States District Judge